

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/16/2016

| | | |
|---|---|---|
| In re: § | Chapter 11 | |
| SANDRIDGE ENERGY, INC., § | Case No. 16-32488 | |
| Debtor. § | | |
| Tax I.D. No. 20-8084793 § | | |
| In re: § | Chapter 11 | |
| 4TH STREET PROPERTIES, LLC, § | Case No. 16-32495 | |
| Debtor. § | | |
| Tax I.D. No. N/A § | | |
| In re: § | Chapter 11 | |
| BLACK BAYOU EXPLORATION, L.L.C., § | Case No. 16-32496 | |
| Debtor. § | | |
| Tax I.D. No. 20-4790561 § | | |
| In re: § | Chapter 11 | |
| BRANIFF RESTAURANT HOLDINGS, LLC, § | Case No. 16-32497 | |
| Debtor. § | | |
| Tax I.D. No. 61-1682453 § | | |
| In re: § | Chapter 11 | |
| CEBA GATHERING, LLC, § | Case No. 16-32498 | |
| Debtor. § | | |
| Tax I.D. No. 47-4776478 § | | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CEBA MIDSTREAM GP, LLC, | § | Case No. 16-32499 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 46-5390511 | § | |
| In re: | § | Chapter 11 |
| | § | |
| CEBA MIDSTREAM, LP, | § | Case No. 16-32500 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 30-0827252 | § | |
| In re: | § | Chapter 11 |
| | § | |
| CHOLLA PIPELINE, L.P., | § | Case No. 16-32489 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 26-0025092 | § | |
| In re: | § | Chapter 11 |
| | § | |
| CORNHUSKER ENERGY, L.L.C., | § | Case No. 16-32501 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 73-1474609 | § | |
| In re: | § | Chapter 11 |
| | § | |
| FAE HOLDINGS 389322R, LLC, | § | Case No. 16-32502 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. N/A | § | |

2

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| INTEGRA ENERGY, L.L.C., | § § | Case No. 16-32503 |
| Debtor. | § § § | |
| Tax I.D. No. 75-2887527 | § § | |
| In re: | § § § | Chapter 11 |
| LARIAT SERVICES, INC., | § § | Case No. 16-32504 |
| Debtor. | § § § | |
| Tax I.D. No. 75-2500702 | § § | |
| In re: | § § § | Chapter 11 |
| MIDCONTINENT RESOURCES, LLC, | § § | Case No. 16-32505 |
| Debtor. | § § § | |
| Tax I.D. No. 20-0096928 | § § | |
| In re: | § § § | Chapter 11 |
| MISTMADA OIL COMPANY, INC., | § § | Case No. 16-32506 |
| Debtor. | § § § | |
| Tax I.D. No. 73-1393032 | § § | |
| In re: | § § § | Chapter 11 |
| PIÑON GATHERING COMPANY, LLC, | § § | Case No. 16-32507 |
| Debtor. | § § § | |
| Tax I.D. No. 27-0465943 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SABINO EXPLORATION, LLC, | § | Case No. 16-32508 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 20-5931929 | § | |
| In re: | § | Chapter 11 |
| | § | |
| SAGEBRUSH PIPELINE, LLC, | § | Case No. 16-32490 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 20-1550515 | § | |
| In re: | § | Chapter 11 |
| | § | |
| SANDRIDGE CO2, LLC, | § | Case No. 16-32509 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 76-0547903 | § | |
| In re: | § | Chapter 11 |
| | § | |
| SANDRIDGE EXPLORATION AND PRODUCTION, LLC, | § | Case No. 16-32491 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 87-0776535 | § | |
| In re: | § | Chapter 11 |
| | § | |
| SANDRIDGE HOLDINGS, INC., | § | Case No. 16-32492 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 20-5878401 | § | |

4

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| SANDRIDGE MIDSTREAM, INC., | § § § | Case No. 16-32494 |
| Debtor. | § § § | |
| Tax I.D. No. 75-2541148 | § § | |
| In re: | § § § | Chapter 11 |
| SANDRIDGE OPERATING COMPANY, | § § § | Case No. 16-32487 |
| Debtor. | § § § | |
| Tax I.D. No. 75-2541245 | § § | |
| In re: | § § § | Chapter 11 |
| SANDRIDGE REALTY, LLC, | § § § | Case No. 16-32493 |
| Debtor. | § § § | |
| Tax I.D. No. 26-0586079 | § § | |
| In re: | § § § | Chapter 11 |
| SIERRA MADERA CO2 PIPELINE, LLC, | § § § | Case No. 16-32510 |
| Debtor. | § § § | |
| Tax I.D. No. 47-0881558 | § § | |
| In re: | § § § | Chapter 11 |
| WTO GAS GATHERING COMPANY, LLC, | § § § | Case No. 16-32511 |
| Debtor. | § § § | |
| Tax I.D. No. N/A | § | |

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion ~~and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing")~~; and this Court having determined that the legal and factual bases set forth in the Motion ~~and at the Hearing~~ establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.   The Motion is granted as set forth in this Order.

2.   The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 16-32488 (DRJ). Additionally, the following checked items are ordered:

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

6

a. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

b. ☒ Case Nos. 16-32488, 16-32489, 16-32492, 16-32493, 16-32496, 16-32498, 16-32500, 16-32505, 16-32507, 16-32508, 16-32510 (higher case numbers) shall be transferred to Judge David R. Jones, who has the lowest numbered case.

c. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

d. ☒ Other: See below.

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SANDRIDGE ENERGY, INC., *et al.*,[1] | § | Case No. 16-32488 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SandRidge Energy, Inc. (4793); 4th Street Properties, LLC (N/A); Black Bayou Exploration, L.L.C. (0561); Braniff Restaurant Holdings, LLC (2453); CEBA Gathering, LLC (6478); CEBA Midstream GP, LLC (0511); CEBA Midstream, LP (7252); Cholla Pipeline, L.P. (5092); Cornhusker Energy, L.L.C. (4609); FAE Holdings 389322R, LLC (N/A); Integra Energy, L.L.C. (7527); Lariat Services, Inc. (0702); MidContinent Resources, LLC (6928); Mistmada Oil Company, Inc. (3032); Piñon Gathering Company, LLC (5943); Sabino Exploration, LLC (1929); Sagebrush Pipeline, LLC (0515); SandRidge CO2, LLC (7903); SandRidge Exploration and Production, LLC (6535); SandRidge Holdings, Inc. (8401); SandRidge Midstream, Inc. (1148); SandRidge Operating Company (1245); SandRidge Realty, LLC (6079); Sierra Madera CO2 Pipeline, LLC (1558); and WTO Gas Gathering Company, LLC (N/A). The location of the Debtors' service address is: 123 Robert S. Kerr Avenue, Oklahoma City, Oklahoma 73102.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than SandRidge Energy, Inc.:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy

7

Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: SandRidge Energy, Inc., Case No. 16-32488; 4th Street Properties, LLC, Case No. 16-32495 Black Bayou Exploration, L.L.C., Case No. 16-32496; Braniff Restaurant Holdings, LLC, Case No. 16-32497; CEBA Gathering, LLC, Case No. 16-32498; CEBA Midstream GP, LLC, Case No. 16-32499; CEBA Midstream, LP, Case No. 16-32500; Cholla Pipeline, L.P., Case No. 16-32489; Cornhusker Energy, L.L.C., Case No. 16-32501; FAE Holdings 389322R, LLC, Case No. 16-32502; Integra Energy, L.L.C., Case No. 16-32503; Lariat Services, Inc., Case No. 16-32504; MidContinent Resources, LLC, Case No. 16-32505; Mistmada Oil Company, Inc., Case No. 16-32506; Piñon Gathering Company, LLC, Case No. 16-32507; Sabino Exploration, LLC, Case No. 16-32508; Sagebrush Pipeline, LLC, Case No. 16-32490; SandRidge CO2, LLC, Case No. 16-32509; SandRidge Exploration and Production, LLC, Case No. 16-32491; SandRidge Holdings, Inc., Case No. 16-32492; SandRidge Midstream, Inc., Case No. 16-32494; SandRidge Operating Company, Case No. 16-32487; SandRidge Realty, LLC, Case No. 16-32493; Sierra Madera CO2 Pipeline, LLC, Case No. 16-32510; and WTO Gas Gathering Company, LLC, Case No. 16-32511. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 16-32488 (DRJ).**

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

8

10. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  May 16, 2016.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE