UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re<br><br>SANDRIDGE ENERGY, INC., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-32488 (DRJ)<br><br>Jointly Administered |

**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Oracle America, Inc., successor-in-interest to Oracle USA, Inc. ("Oracle"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter Nemer, A Professional Corporation
> 55 Second Street, 17th Floor
> San Francisco, California  94105-3493
> Telephone:     (415) 227-0900
> Facsimile:     (415) 227-0770
> schristianson@buchalter.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or

-1-

recoupments to which Oracle is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

                                                    BUCHALTER NEMER,
                                                    A Professional Corporation

Dated: June 8, 2016                    By: __/s/ Shawn M. Christianson_____
                                                      Shawn M. Christianson, Esq.
                                                      55 Second Street, 17th Floor
                                                      San Francisco, CA 94105
                                                      Telephone:  (415) 227-0900
                                                      Facsimile:   (415) 227-0770

                                                      Attorneys for Oracle America, Inc.

**In re: SandRidge Energy**
**Case No. 16-32488**

### CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at Buchalter Nemer, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

On **June 8, 2016**, I served the foregoing document described as:

### REQUEST FOR NOTICE

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope or package as follows:

- **Alexander M. Baggio**   abaggio@nka.com, assistant@nka.com
- **John T Banks**   jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
- **Christopher Robert Belmonte**   cbelmonte@ssbb.com
- **Michael Halley Bernick**   mbernick@reedsmith.com, kwright@reedsmith.com;czavitsky@reedsmith.com
- **Suzanna Caroline Bonham**   sbonham@seyfarth.com, nandres@seyfarth.com
- **Andrew A Braun**   abraun@glllaw.com
- **Duane J Brescia**   duane.brescia@strasburger.com, susan.millsapps@strasburger.com;donna.krupa@strasburger.com;bkrtcynotices@strasburger.com
- **James W Brewer**   jbrewer@kempsmith.com, tschoemer@kempsmith.com
- **Deirdre Carey Brown**   brown@hooverslovacek.com, rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com
- **Carolyn V Carollo**   carolyncarollo@snowspencelaw.com, janissherrill@snowspencelaw.com
- **Jeffrey D. Carruth**   jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com
- **Mark Adam Castillo**   mcastillo@curtislaw.net, mcastillo@curtislaw.net;mgoolsby@curtislaw.net
- **Sonia Anne Chae**   chaes@sec.gov, chaes@sec.gov
- **Zack A Clement**   zack.clement@icloud.com
- **Stephanie D Curtis**   scurtis@curtislaw.net
- **Timothy Alvin Davidson**   tdavidson@akllp.com
- **John P Dillman**   Houston_bankruptcy@publicans.com
- **Hector Duran**   Hector.Duran.Jr@usdoj.gov
- **Henry Flores**   floresh@haynesboone.com, johnsonj@haynesboone.com
- **Thomas H Grace**   thgrace@vorys.com, sghaskins@vorys.com;kbconiglio@vorys.com
- **James Tillman Grogan**   jamesgrogan@paulhastings.com, michaelcomerford@paulhastings.com;leslieplaskon@paulhastings.com;andrewtenzer@paulhastings.com
- **Charles Dick Harris**   dharris_law_firm@swbell.net
- **Michael S Haynes**   mhaynes@gardere.com, koliver@gardere.com;jcharrison@gardere.com
- **Robert M Hirsh**   robert.hirsh@arentfox.com, leah.eisenberg@arentfox.com;andrew.silfen@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.com;mariola.wiatrak@arentfox.com
- **Elizabeth Frances Karpati**   elizabeth.karpati@usdoj.gov, JJones5@usa.doj.gov;denise.caldwell@usdoj.gov

- **Wayne Kitchens**   jwk@hwallp.com, scastillo@hwa.com
- **Kim Ellen Lewinski**   klewinski@dorelawgroup.net
- **Christopher Manuel Lopez**   chris.lopez@weil.com, patrick.thompson@weil.com
- **Kourtney Pickens Lyda**   kourtney.lyda@haynesboone.com
- **Christopher Marcus**   christopher.marcus@kirkland.com
- **Zachary S McKay**   zmckay@dorelawgroup.net
- **Maria A Milano**   mmilano@riddellwilliams.com
- **Trey A Monsour**   trey.monsour@klgates.com
- **Angela Nicole Offerman**   aofferman@krcl.com, crichison@krcl.com;aofferman@ecf.courtdrive.com
- **Jean Paul Picou Overton**   jeanpaul.overton@superiorenergy.com
- **Patricia Williams Prewitt**   pwp@pattiprewittlaw.com
- **Steven N Serajeddini**   steven.serajeddini@kirkland.com, spencer.winters@kirkland.com;csroka@kirkland.com;kevin.chang@kirkland.com;michael.esser@kirkland.com;sean.hilson@kirkland.com
- **Mark D Sherrill**   mark.sherrill@sutherland.com
- **Owen Mark Sonik**   osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;houbank@pbfcm.com
- **Steven W Soule**   ssoule@hallestill.com
- **Don Stecker**   sanantonio.bankruptcy@lgbs.com
- **John Mark Stern**   john.stern@texasattorneygeneral.gov, Sherri.Simpson@texasattorneygeneral.gov
- **US Trustee**   USTPRegion07.HU.ECF@USDOJ.GOV
- **Rene Alejandro Weatherford**   aweatherford@dorelawgroup.net
- **Frank J Wright**   bankruptcy@coatsrose.com, emcgee@coatsrose.com

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:** The foregoing documents will be served by the court via email and hyperlink to the document. On **June 8, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons listed above are on the Electronic Mail Notice List to receive email notice/service for this case at the email addresses stated above.


[ ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on **June 8, 2016**, at San Francisco, California.


Hallina Pohyar                                       __/s/ Hallina Pohyar_