**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SANDRIDGE ENERGY, INC., *et al.*,[1] | § | Case No. 16-32488 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

SandRidge Energy, Inc. ("SandRidge") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), under section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 1007-1 of the of the Bankruptcy Local Rules of for the Southern District of Texas (the "Bankruptcy Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SandRidge Energy, Inc. (4793); 4th Street Properties, LLC (N/A); Black Bayou Exploration, L.L.C. (0561); Braniff Restaurant Holdings, LLC (2453); CEBA Gathering, LLC (6478); CEBA Midstream GP, LLC (0511); CEBA Midstream, LP (7252); Cholla Pipeline, L.P. (5092); Cornhusker Energy, L.L.C. (4609); FAE Holdings 389322R, LLC (N/A); Integra Energy, L.L.C. (7527); Lariat Services, Inc. (0702); MidContinent Resources, LLC (6928); Mistmada Oil Company, Inc. (3032); Piñon Gathering Company, LLC (5943); Sabino Exploration, LLC (1929); Sagebrush Pipeline, LLC (0515); SandRidge CO2, LLC (7903); SandRidge Exploration and Production, LLC (6535); SandRidge Holdings, Inc. (8401); SandRidge Midstream, Inc. (1148); SandRidge Operating Company (1245); SandRidge Realty, LLC (6079); Sierra Madera CO2 Pipeline, LLC (1558); and WTO Gas Gathering Company, LLC (N/A). The location of the Debtors' service address is: 123 Robert S. Kerr Avenue, Oklahoma City, Oklahoma 73102.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflects the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Julian Bott, the Debtors' Chief Financial Officer, has signed each of the Schedules and Statements. Mr. Bott is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Bott necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Bott has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist. The Debtors reserve all rights to: (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim against a Debtor ("Claim") is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does

2

not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

For the avoidance of doubt, the Debtors' restructuring is predicated on the compromise and settlement of Claims, interests in Debtors ("Interests"), and controversies that is included in and contemplated by: (i) the *Joint Chapter 11 Plan of Reorganization of SandRidge Energy, Inc. and its Debtor Affiliates* [Docket No. 60] (the "Plan"); (ii) the *Restructuring Support Agreement* (the "Restructuring Support Agreement"), which is attached as Exhibit B to the *Declaration of Julian Bott, Chief Financial Officer of SandRidge Energy, Inc., In Support of Chapter 11 Petitions and First Day Motions* [Docket No. 22]; and (iii) the *Interim Order (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507, Bankruptcy Rules 2002, 4001, and 9014, and Local Bankruptcy Rules 4001-1(b) and 4002-1 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B)* [Docket No. 84], including the final order when applicable (the "Cash Collateral Order"). Specifically, pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019 and in consideration for the distributions and other benefits provided pursuant to the Plan, which distributions and other benefits shall be irrevocable and not subject to challenge upon the Effective Date, the provisions of the Plan shall constitute a good-faith compromise and settlement of all Claims, Interests, and controversies relating to the contractual, legal, and subordination rights that a holder of a Claim or Interest may have with respect to any Allowed Claim or Allowed Interest (as such terms are defined in the Plan), or any distribution to be made on account of such Allowed Claim or Interest. Nothing in the Schedules or Statements is intended to, shall be construed as, or shall have the effect of, modifying, changing, or otherwise affecting the Plan, the Restructuring Support Agreement, or the Cash Collateral Order.

2. **Description of Cases and "As Of" Information Date**. On May 16, 2016 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On May 16, 2016, the Bankruptcy Court entered the *Order Directing Joint Administration of Related Chapter 11 Cases* [Docket No. 20]. On June 7, 2016, the United States Trustee for the District of Texas filed the *Notice of Reconstituted Committee of Unsecured Creditors* pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 193].

3

The asset information provided herein represents the asset data of the Debtors as of the close of business on April 30, 2016, except as otherwise noted.  The liability information provided herein represents the liability data of the Debtors as of the Petition Date, except as otherwise noted.

3.    **Net Book Value of Assets**.  Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of April 30, 2016.  The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation prepared in connection with the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of SandRidge Energy, Inc. and Its Debtor Affiliates* [Docket No. 61] (the "Disclosure Statement").   More information regarding the Debtors' valuation analysis can be found in Exhibit E to the Disclosure Statement [Docket No. 249].  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the commodity price environment and may differ materially from the actual value and/or performance of the underlying assets.  Given the recent volatility of commodity prices, this difference is material.  As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

4.    **Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.   Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their

rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.      **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and accrued accounts payable.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  As discussed below, prepetition liabilities which have been paid postpetition or those which the Debtors plan to pay via this authorization might not be listed in the Schedules and Statements.

7.      **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.      **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.      **Executory Contracts**.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10.     **Classifications**.  Listing (a) a Claim on Schedule D as "secured;" (b) a Claim on Schedule E/F as "priority;" (c) a Claim on Schedule E/F as "unsecured;" or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

5

11. **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12. **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- Undetermined Amounts.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- Paid Claims.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court.  Accordingly, certain outstanding liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been designated as either contingent or unliquidated.  To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to

6

amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

- <u>Liens</u>.   Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15. **Intercompany Payables and Receivables**.   Intercompany payables and receivables between the Debtors are set forth on Schedule E/F or Schedule A/B.77, as applicable. Intercompany payables and receivables are reported as gross amounts and reflect unallocated balances on account of pre-merger activity.  For purposes of reporting gross amounts, the unallocated payable and receivable balances have been listed in the Schedules of SandRidge Energy, Inc.

As described more fully in the *Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain  Existing Business Forms, and  (IV) Perform Intercompany Transactions* [Docket No. 10] (the "Cash Management Motion"), the Debtors' parent entity maintains a deposit account, which serves as the centralized main operating account, that provides funding to the other accounts in the Debtors' cash management system.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

16. **Setoffs**.  The Debtors periodically incur certain setoffs in the ordinary course of business.

Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, negotiations, and/or disputes between Debtors and their customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17.    **Employee Addresses**.  Employee addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

18.    **Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedules Summary**.    Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of April 30, 2016, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements.  Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B.3**.  The bank account balances listed are as of the Petition Date.

**Schedule A/B.11**.  In the ordinary course of the Debtors' businesses, cash settlements must occur after the completion of an accounting settlement cycle, which typically takes 60 days following the end of a production month.  The timeframe to calculate a net proceed for a given production month requires the following steps:  (1) invoicing of joint interest partners and purchasers, (2) payment of capital and operating expenses, (3) receipt of gross sales revenues, (4) receipt of gross gathering, processing, and transportation expense payments, (5) receipt of joint interest billing payments, and (6) disbursement of payments to royalty owners.  These steps are necessarily accomplished over the span of 60 days following the end of a production month.  Accordingly, there is a significant amount of accounts receivable owed to the Debtors as of the Petition Date which will be recouped or reimbursed in the ordinary course of business.

**Schedule A/B.15**.  Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests.  For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all subsidiaries and

8

affiliates.  The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation prepared in connection with the Disclosure Statement.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the commodity price environment and may differ materially from the actual value and/or performance of the underlying assets.  Given the recent volatility in commodity prices, this difference is material.  As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

**Schedule A/B.55**.  Certain of the instruments reflected on Schedule A/B.55 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B.55.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B.55, including any oil and gas lease or similar arrangement, is an executory contract within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B.55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

The Debtors have made best efforts to list all contracts relating to real property rights in Schedule A/B.55.  However, not all of the Debtors' executory contracts are listed in Schedule A/B.  See Schedule G for each Debtor for a listing of that Debtor's executory contracts.

**Schedule A/B.77**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D**.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.  SandRidge is the issuer or borrower, and certain of the other Debtors are guarantors, under prepetition secured debt.  Although there are numerous beneficial holders of such debt, only the administrative agents or indenture trustees have been listed for purposes of Schedule D, where applicable.  The amounts outstanding under the Debtors' prepetition secured debt reflect approximate amounts as of the Petition Date.

**Schedule E/F**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Under the *Order Authorizing the Payment of Certain Prepetition and Post-Petition Taxes and Fees* [Docket No. 92], the Bankruptcy Court granted the Debtors authority to pay the prepetition Claims of regulatory Authorities on account of Taxes and Fees. The amounts accrued and payable on account of such Claims may not be reflected on the Schedule E/F.

Under the *Order Authorizing Payment of Mineral Payments and Working Interest Disbursements* [Docket No. 9] (the "Royalty Order"), the Bankruptcy Court granted the Debtors authority to pay the prepetition Claims of holders of non-operating working interests, royalty interests, and similar interest burdens in the wells operated by the Debtors. The amounts accrued and payable on account of such interests ("Working Interest and Royalty Disbursements") may not be reflected on the Schedule E/F.

Under the *Interim Order Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs* [Docket No. 87] (the "Wages Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to any order that has been entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Wages Order.

As described in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Working Interest Costs, Joint Interest Billings, Production Sale Expenses, and 503(b)(9) Claims and (II) Confirming Administrative Expense Priority of Outstanding Orders* [Docket No. 8], certain parties listed in Schedule E/F may assert liens against the Debtors' property. The Debtors reserve all rights with respect to the validity of such liens.

Potential claims related to certain litigation and regulatory proceedings that may impact multiple Debtor subsidiaries may be listed only in Schedule F for Debtor SandRidge Energy, Inc.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

**Schedule G**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtors' review is

ongoing at the time of the filing of the Schedules and Statements, and inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. In spite of best efforts, in some instances, the Debtors may not have been able to identify which Debtor entity is party to a particular contract. Any such contracts have been listed in Schedule G for Debtor SandRidge Energy, Inc. Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

Certain confidentiality and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

**Schedule H**. Although there are multiple beneficial holders of the Debtors' prepetition debt, only the administrative agents and indenture trustees have been listed on Schedule H.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 2**. For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates historically prepare consolidated financial statements. Unlike those consolidated financial statements, Statement 2 reflects the non-business revenue of each Debtor on a nonconsolidated basis. Accordingly, non-business revenue reported for individual Debtors may be shown in the Statements as revenue for that Debtor, whereas on a consolidated basis, may be shown as a net expense.

11

**Statement 3**.   In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.

Statement 3 reflects cash payments only, and all disbursements listed in Statement 3 are made through the Debtors' cash management system.   As described more fully in the Cash Management Motion, each of SandRidge's principal operating subsidiaries maintains a master deposit account that collects revenue generated by, and makes payments associated with, its operating activities, including wire and automated-clearing-house ("ACH") transfers.   A controlled-disbursement account for the processing of outbound checks—as opposed to wires, ACH transfers, and other payment methods—is linked to each of these principal subsidiary operating accounts.  Disbursements from such accounts are reflected in the applicable Debtor's Statement 3.

Statement 3 may include remittances on account of Working Interest and Royalty Disbursements.  Amounts collected on account of Working Interest and Royalty Disbursements may not be property of the Debtors' estates.

**Statement 4**.   Directors and officers listed as transferees in Statement 4 for SandRidge may be (i) directors or officers of SandRidge as well as directors or officers of other Debtors or non-Debtor affiliates, (ii) directors or officers of one or more Debtors or non-Debtor affiliates other than SandRidge, or (iii) former directors or officers no longer employed by the Debtors.

Statement 4 does not include payments made to certain employee benefit providers in the ordinary course for the benefit of employee insiders.

**Statement 11**.   All disbursements listed in Statement 11 were initiated and disbursed by SandRidge Operating Company, but were for the benefit of all Debtors.

**Statement 13**.  The Debtors do not take any position with respect to whether transfers identified in the response to Question 13 in the Statements are made in the ordinary course of business.  Certain transfers listed in this response are included solely out of an abundance of caution.

**Statement 21**.   Under the Royalty Order, the Debtors are authorized to make payments on account of Working Interest and Royalty Disbursements.  The Debtors have not included these amounts on Statement 21.  The Debtors reserve all rights with respect to the characterization of such amounts.

**Statement 26d**.   Certain of the Debtors are registrants with the Securities and Exchange Commission and file with such agency periodic financial reports on a consolidated basis.  These reports also contain information about those Debtors' finances and are available publically through the Company's website.

**Statement 31**.  Certain Debtors or their predecessor entities may have submitted tax filings as part of a different consolidated tax group prior to their acquisition by the Debtors.  Such filings are not listed in Statement 31 as they do not relate to the Debtors.

**Fill in this information to identify the case:**

Debtor name  SandRidge Energy, Inc.

United States Bankruptcy Court for the: Southern _____   District of Texas _____
(State)

Case number (If known):   16-32488 (DRJ) _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ................................................................................

       $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ..............................................................................

       $ __4,768,859,940.89
       + undetermined amounts

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ................................................................................

       $ __4,768,859,940.89
       + undetermined amounts

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................

   $ __1,830,723,813.87
   + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................................

       $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................

       **+** $ __6,429,496,049.78
       + undetermined amounts

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

   $ __8,260,219,863.65
   + undetermined amounts

---

Debtor Name:        SandRidge Energy, Inc.                                    Case Number:        16-32488 (DRJ)

**Assets - Real and Personal Property**

**Schedule A/B:** Specific Disclosures with Respect to the Debtors' Schedules

Schedule A/B.11.  In the ordinary course of the Debtors' businesses, cash settlements must occur after the completion of an accounting settlement cycle, which typically takes 60 days following the end of a production month.  The timeframe to calculate a net proceed for a given production month requires the following steps:  (1) invoicing of joint interest partners and purchasers, (2) payment of capital and operating expenses, (3) receipt of gross sales revenues, (4) receipt of gross gathering, processing, and transportation expense payments, (5) receipt of joint interest billing payments, and (6) disbursement of payments to royalty owners.  These steps are necessarily accomplished over the span of 60 days following the end of a production month.  Accordingly, there is a significant amount of accounts receivable owed to the Debtors as of the Petition Date which will be recouped or reimbursed in the ordinary course of business.

Schedule A/B.77.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

Intercompany Payables and Receivables.  Intercompany payables and receivables between the Debtors are set forth on Schedule E/F or Schedule A/B.77, as applicable.  Intercompany payables and receivables are reported as gross amounts and reflect unallocated balances on account of pre-merger activity.  For purposes of reporting gross amounts, the unallocated payable and receivable balances have been listed in the Schedules of SandRidge Energy, Inc.

As described more fully in the Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain  Existing Business Forms, and (IV) Perform Intercompany Transactions [Docket No. 10] (the "Cash Management Motion"), the Debtors' parent entity maintains a deposit account, which serves as the centralized main operating account, that provides funding to the other accounts in the Debtors' cash management system.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Fill in this information to identify the case:**

Debtor name  SandRidge Energy, Inc.

United States Bankruptcy Court for the: Southern                District of Texas
                                                                        (State)

Case number (If known):   16-32488 (DRJ)

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐  No. Go to Part 2.
   ☒  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  —  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See attached rider | | | $ 577,599,874.60 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. None | $ 0.00 |
| 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 577,599,874.60

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒  No. Go to Part 3.
   ☐  Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 1

Debtor    SandRidge Energy, Inc.           Case number *(if known)* 16-32488 (DRJ)
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      $_____ 0.00

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ − _____ = ......→    $_____
         face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ − _____ = ......→    $_____
         face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____ 0.00

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. None _____ _____ $_____ 0.00

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

15.1. See attached rider _____ _____ % _____ $_____ Undetermined

15.2. _____ _____ % _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. None _____ _____ $_____ 0.00

16.2. _____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____ 0.00
                                + undetermined amounts

---

Debtor  SandRidge Energy, Inc.
        Name

Case number (if known) 16-32488 (DRJ)

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    SandRidge Energy, Inc._____    Case number (if known)__16-32488 (DRJ)_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No

    ❑ Yes. Is any of the debtor's property stored at the cooperative?

       ❑  No
       ❑  Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No

    ❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No

    ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $_____0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❑ No

    ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

Official Form 206A/B              Schedule A/B: Assets — Real and Personal Property              page 4

Debtor    SandRidge Energy, Inc.
          Name                                          Case number (if known)    16-32488 (DRJ)

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | $ | | $ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                                    $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor ___SandRidge Energy, Inc._____      Case number *(if known)*___16-32488 (DRJ)_____
                    Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See attached rider | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See attached rider | $ Undetermined | | $ Undetermined |
| 61. **Internet domain names and websites**<br>None | $ | | $ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>See attached rider | $ Undetermined | | $ Undetermined |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $ | | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>See attached rider | $ Undetermined | | $ Undetermined |
| 65. **Goodwill**<br>None | $ | | $ 0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____0.00
+ undetermined amounts

Debtor    __SandRidge Energy, Inc._____    Case number (if known)___16-32488 (DRJ)_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____  —  _____ = ➔  $_____ 0.00
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

See attached rider _____    Tax year _____  $_____ Undetermined
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

See attached rider _____    $_____ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None _____    $_____ 0.00

**Nature of claim**    _____

**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____    $_____ 0.00

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

None _____    $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See attached rider _____    $____ 4,191,260,066.29
                                                      + undetermined amounts
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.
    $____ 4,191,260,066.29
    + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    SandRidge Energy, Inc._____    Case number (if known)___16-32488 (DRJ)_____
          Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $    577,599,874.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $    0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $    0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $    0.00<br>+ undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $    0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $    0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $    0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $    0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................ → | | $    0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $    0.00<br>+ undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $  4,191,260,066.29<br>+ undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $    4,768,859,940.89<br>+ undetermined amounts | ✚ 91b. $    0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................................................................   $    4,768,859,940.89
+ undetermined amounts

Debtor Name: SandRidge Energy, Inc.                                    Case Number: 16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANK OF OKLAHOMA | Investment Account | 0451 | $460,411,732.00 |
| BANK OF OKLAHOMA | Main Operating Account | 0359 | $24,997,635.00 |
| BANK OF OKLAHOMA | Surety Escrow Account | 9019 | $715,750.00 |
| BANK OF OKLAHOMA | Royalty Suspense Pooling Account | 5207 | $695,696.60 |
| CAPITAL ONE BANK | Investment Account | 5050 | $50,233,606.00 |
| CITIZEN'S BANK | Investment Account | 6645 | $32,702,930.00 |
| MIDFIRST BANK | Inactive Account | 7866 | $75,632.00 |
| WELLS FARGO BANK, N.A. | Main Operating Account | 5224 | $7,766,893.00 |
| | | **TOTAL** | **$577,599,874.60** |

Debtor Name: SandRidge Energy, Inc.                                    Case Number: 16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| WTO Gas Gathering Company, LLC | 100 | N/A | Undetermined |
| Sierra Madera CO2 Pipeline, LLC | 100 | N/A | Undetermined |
| SandRidge Realty, LLC | 100 | N/A | Undetermined |
| SandRidge Operating Company | 100 | N/A | Undetermined |
| SandRidge Midstream, Inc. | 100 | N/A | Undetermined |
| SandRidge Holdings, Inc. | 100 | N/A | Undetermined |
| SandRidge CO2, LLC | 100 | N/A | Undetermined |
| Sabino Exploration, LLC | 100 | N/A | Undetermined |
| Mistmada Oil Company, Inc. | 100 | N/A | Undetermined |
| MidContinent Resources, LLC | 100 | N/A | Undetermined |
| Lariat Services, Inc. | 100 | N/A | Undetermined |
| FAE Holdings 389322R, LLC | 100 | N/A | Undetermined |
| Cornhusker Energy, L.L.C. | 100 | N/A | Undetermined |
| Black Bayou Exploration, L.L.C. | 100 | N/A | Undetermined |
|  |  | **TOTAL** | **$0.00 + undetermined amounts** |

Page 1 of 1

Debtor Name: SandRidge Energy, Inc.

Case Number: 16-32488 (DRJ)

**Assets - Real Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Office Lease Order and Agreement: Delivery Point: 910 County Rd 34 Coalmont, CO 80430 | Leasehold | Undetermined | N/A | Undetermined |
| Office Lease Order and Agreement: Delivery Point: 910 County Rd 34 Coalmont, CO 80430 | Leasehold | Undetermined | N/A | Undetermined |

Debtor Name: SandRidge Energy, Inc.  Case Number: 16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General Description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| Trademark application number 77/919818 (USA) - Class 37 - Oil and gas drilling. | Undetermined | N/A | Undetermined |
| Trademark application number 77/919813 (USA) - Class 42 - Exploration and searching of oil and gas. | Undetermined | N/A | Undetermined |
| Trademark application number 77/919840 (USA) - Class 37 - Oil and gas drilling. | Undetermined | N/A | Undetermined |
| Trademark application number 77/919834 (USA) - Class 42 - Exploration and searching of oil and gas. | Undetermined | N/A | Undetermined |
| Trademark application number 85/445681 (USA) - Class 4 - Crude oil and natural gas. | Undetermined | N/A | Undetermined |
| Trademark application number 85/445693 (USA) - Class 37 - Oil and gas drilling. | Undetermined | N/A | Undetermined |
| Trademark application number 85/445702 (USA) - Class 39 - Transportation by of ship, barge, truck, rail and pipeline of oil and gas. | Undetermined | N/A | Undetermined |
| Trademark application 85/445717 (USA) - Class 42 - Exploration and searching of oil and gas. | Undetermined | N/A | Undetermined |
| Trademark application 86/757487 (USA) - Class 4 0- Crude oil; Natural gas. | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: SandRidge Energy, Inc.                                     Case Number: 16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| General Description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Seismic Data-Gold Nugget 3D-Dewey-Blaine | Undetermined | N/A | Undetermined |
| Seismic Data-Northern OK Group (5 DC-NOGS lines) & N OK Shelf #3440-Various Counties | Undetermined | N/A | Undetermined |
| Seismic Data-2 lines (5509-7 & 5509-8)-Sumner Co., KS & Grant Co., OK | Undetermined | N/A | Undetermined |
| Seismic Data-2 lines (5546-113 & 5549-120)-Harper Co., KS & Alfalfa, Grant Cos., OK | Undetermined | N/A | Undetermined |
| Seismic Data-Northern OK Group (DC-NOGS 5 lines) & SSP Seismic (1 line W-NOS-1)-Various Counties | Undetermined | N/A | Undetermined |
| Seismic Data-2 lines (07-575 & 07-579)-Grant | Undetermined | N/A | Undetermined |
| Seismic Data-1 line (5549-125)-Alfalfa | Undetermined | N/A | Undetermined |
| Seismic Data-3 lines (DC-NOGS-Woods | Undetermined | N/A | Undetermined |
| Seismic Data-1 line (DC-NOGS-12E)-Alfalfa, Grant, & Kay | Undetermined | N/A | Undetermined |
| Seismic Data-2 lines ( 5508-137 & 5508-138)-Grant | Undetermined | N/A | Undetermined |
| Seismic Data-2 lines (O-869 & O-870)-Alflafa | Undetermined | N/A | Undetermined |
| Seismic Data-5 lines BAAY-3, DC-DC-08, GD-SWKS-05, GD-SWKS-08, GD-SWKS-17-Ford, Various | Undetermined | N/A | Undetermined |
| Seismic Data-4 Lines, GD-SWKS-03, GD-SWKS-04, GD-SWKS-07, GD-SWKS-10-Ford, Gray | Undetermined | N/A | Undetermined |
| Seismic Data-6 Lines, 5501-106, 5529-141, 5531-125, 5531-126, GQ-SWK-11, GQ-SWK-11-Finney, Gray, Hodgemann | Undetermined | N/A | Undetermined |
| Seismic Data-6 Lines, GD-SWKS-08, GD-SWKS-15A, GD-SWKS-23A(3 pieces), GD-SWKS-25A-Clark, Ford, Gray | Undetermined | N/A | Undetermined |
| Seismic Data-Hughes County - Rambo-Hughes | Undetermined | N/A | Undetermined |
| Seismic Data-Echo Seismatch Rockies - SEI Owned-Various | Undetermined | N/A | Undetermined |
| Seismic Data-10 2D lines-Piceance Basin | Undetermined | N/A | Undetermined |
| Seismic Data-Albuquerque Basin 2D - Sandoval | Undetermined | N/A | Undetermined |
| Seismic Data-Albuquerque Basin 2D - Sandoval-Bernallio | Undetermined | N/A | Undetermined |
| Seismic Data-Tex Nmex Phase 1 3D-Andrews County | Undetermined | N/A | Undetermined |
| Seismic Data-GTY 1 3D-Gaines County | Undetermined | N/A | Undetermined |
| Seismic Data-SW Gaines 1 3D-Gaines County | Undetermined | N/A | Undetermined |
| Seismic Data-Tex NMex III 3D-Gaines County | Undetermined | N/A | Undetermined |

Debtor Name: SandRidge Energy, Inc.                                                      Case Number: 16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| General Description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Seismic Data-Val Verde 3D-Terrell | Undetermined | N/A | Undetermined |
| Seismic Data-Echo 3D-Various | Undetermined | N/A | Undetermined |
| Seismic Data-Fasken (NE Robertson 2D 21 lines)-Gaines County | Undetermined | N/A | Undetermined |
| Seismic Data-SEI (Flying Dove/Block12 Area 5 lines)-Lea County (NM) - Winkler/Loving/Andrews (TX) | Undetermined | N/A | Undetermined |
| Seismic Data-SEI (Caprito Area 7 lines)-Ward/Pecos | Undetermined | N/A | Undetermined |
| Seismic Data-SEI (TexMex SW Area)-Lea County (NM) - Gaines/Andrews (TX) | Undetermined | N/A | Undetermined |
| Seismic Data-Western Q Land-Loving/Ward Counties | Undetermined | N/A | Undetermined |
| Seismic Data-9 2D lines-Handsford & Lipscomb Cos. | Undetermined | N/A | Undetermined |
| Seismic Data-1 line (107C)-Pecos | Undetermined | N/A | Undetermined |
| CountyLine 3D Seismic Survey | Undetermined | N/A | Undetermined |
| Echo TX AL LA MS 3D Program | Undetermined | N/A | Undetermined |
| GPI 2D | Undetermined | N/A | Undetermined |
| West Cameron 30, West Cameron 30+31 EMerge1 and Camero-Vermilion Depth1+Freshwater Bayou | Undetermined | N/A | Undetermined |
| Chapa Ranch 3D | Undetermined | N/A | Undetermined |
| Araxas 3D | Undetermined | N/A | Undetermined |
| GOM Information System Agreement | Undetermined | N/A | Undetermined |
| Egypt 3D | Undetermined | N/A | Undetermined |
| 1 2D line (Line 7) | Undetermined | N/A | Undetermined |
| Cheyenne 1,2,3 & 4 Smith Point Project 3D | Undetermined | N/A | Undetermined |
| 14 2D lines (Galv. & Chambers Cos.) | Undetermined | N/A | Undetermined |
| 80 lines (Brazoria, Wharton) | Undetermined | N/A | Undetermined |
| 2 lines ( SBRS-2 & SBRS-3) | Undetermined | N/A | Undetermined |
| Sandy Creek 3D | Undetermined | N/A | Undetermined |
| Eagle lake 3D & South Winterman 3D | Undetermined | N/A | Undetermined |
| Seismic Data-Pecos and Terrell Counties | Undetermined | N/A | Undetermined |
| Seismic Data-Pecos, Terrell and Val Verde Counties | Undetermined | N/A | Undetermined |
| Seismic Data-Formation Top Data Files-Eastern Texas Offshore | Undetermined | N/A | Undetermined |
| Seismic Data-Formation Top Data Files-Western Lease Sale Area | Undetermined | N/A | Undetermined |

Debtor Name: SandRidge Energy, Inc.                                                  Case Number: 16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| General Description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: SandRidge Energy, Inc.                                    Case Number: 16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 10, Question 64:** Other intangibles, or intellectual property

| General Description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Seismic Data-Waldron 3D-Alfalfa (exclusive) | Undetermined | N/A | Undetermined |
| Seismic Data-Kiowa Creek 3D-Alfalfa (exclusive) | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: SandRidge Energy, Inc.                                    Case Number:   16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| State of Texas Sales/Use Tax - Southwest Royalties - downhole manufacturing | Tax Period of 4/1/07 - 3/31/11 | Undetermined |
| Federal Alternative Minimum Tax Credit (Arena) (projected to exceed $6.4M) | Various Years | Undetermined |
| Federal Alternative Minimum Tax Credit (SandRidge - amount subject to Sec. 382 limitation) (projected to exceed $218K) | Various Years | Undetermined |
| Federal Alternative Minimum Tax Credit (SandRidge) (Projected to exceed $2.6M) | Various Years | Undetermined |
| Federal NOLs to offset income taxes in future years (projected to exceed $4.97B) | Various Years | Undetermined |
| State of Kansas NOLs to offset income taxes (projected to exceed $6.3M) | Various Years | Undetermined |
| State of Louisiana NOLs to offset income taxes (projected to exceed $797K) | Various Years | Undetermined |
| State of New Mexico NOLs to offset income taxes (projected to exceed $336M) | Various Years | Undetermined |
| State of North Dakota NOLs to offset income taxes (projected to exceed $67K) | Various Years | Undetermined |
| State of Oklahoma NOLs to offset income taxes (projected to exceed $1.6B) | Various Years | Undetermined |
| Texas Franchise Tax Credit (projected to exceed $550K) | Various Years | Undetermined |
| | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name: SandRidge Energy, Inc.                                                    Case Number: 16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| GEMINI INSURANCE CO. VIA J.H. BLADES & CO., INC. | A) CONTROL OF WELL B) REDRILL/EXTRA EXPENSE C) POLLUTION AND CLEANUP: DRILLING DEEPENING AND WORKOVER WELLS, PRODUCING WELLS, CARE, CUSTODY AND CONTROL | JCH2001513 | Undetermined |
| AMERICAN HOME ASSURANCE COMPANY (AIG) | ALL RISK PROPERTY COVERAGE - SD TOWER, SD PLAZA, PARKSIDE AND BK PARKING | 023175988 | Undetermined |
| HARTFORD FIRE INSURANCE COMPANY | CRIME INSURANCE | 61 FA 0254006 16 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | DIRECTORS & OFFICERS LIABILITY | DOC 5490346-01 | Undetermined |
| BURNETT/QBE - 85% - ODYSSEY RE - 15% | ENERGY PACKAGE: SECTION 1 - ALL RISK PROPERTY COVERAGE (ONSHORE), SECTION 2 - INLAND MARINE (CONTRACTORS EQUIPMENT, MOTOR TRUCK CARGO, MOBILE EQUIPMENT) | L15PKGH10188 & HSICPS2015015016 | Undetermined |
| ALLIED WORLD NATIONAL ASSURANCE CO. (AWAC) | EXCESS DIRECTORS & OFFICERS LIABILITY | 310-0240 | Undetermined |
| BEAZLEY INSURANCE COMPANY, INC. | EXCESS DIRECTORS & OFFICERS LIABILITY | V1001F160701 | Undetermined |
| BERKSHIRE HATHAWAY SPECIALTY INSURANCE CO. | EXCESS DIRECTORS & OFFICERS LIABILITY | 47-EPC-302281-01 | Undetermined |
| FEDERAL INSURANCE COMPANY (CHUBB) | EXCESS DIRECTORS & OFFICERS LIABILITY | 8207-9299 | Undetermined |
| HCC GLOBAL | EXCESS DIRECTORS & OFFICERS LIABILITY | 14-MGU-13-A28731 | Undetermined |
| LLOYDS SYNDICATE - NAVIGATORS #1221 / CV STARR #9885 | EXCESS DIRECTORS & OFFICERS LIABILITY | SPRDR1600872 | Undetermined |
| NATIONAL UNION FIRE INS. CO. (AIG) | EXCESS DIRECTORS & OFFICERS LIABILITY | 01-772-19-69 | Undetermined |
| NATIONAL UNION FIRE INS. CO. (AIG) | EXCESS DIRECTORS & OFFICERS LIABILITY | 01-173-63-04 | Undetermined |
| NATIONAL UNION FIRE INS. CO. (AIG) | EXCESS DIRECTORS & OFFICERS LIABILITY | 01-173-53-48 | Undetermined |
| OLD REPUBLIC (CHICAGO UNDERWRITING GROUP/CUG) | EXCESS DIRECTORS & OFFICERS LIABILITY | CUG38237 | Undetermined |
| XL SPECIALTY INSURANCE COMPANY | EXCESS DIRECTORS & OFFICERS LIABILITY | ELU143110-16 | Undetermined |
| ASPEN INSURANCE UK LIMITED (LLOYDS) VIA PRICE FORBES & PARTNERS LTD. | EXCESS LIABILITY (UMBRELLA) | A15EL01830 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE CO. | EXCESS LIABILITY (UMBRELLA) | 000778105 | Undetermined |
| MARKEL (LLOYDS SYNDICATE) VIA PRICE FORBES & PARTNERS LTD. | EXCESS LIABILITY (UMBRELLA) | A15EL01840 | Undetermined |
| MARKEL (LLOYDS SYNDICATE) VIA PRICE FORBES & PARTNERS LTD. | EXCESS LIABILITY (UMBRELLA) | A15EL01850 | Undetermined |
| WESTCHESTER SURPLUS LINES INS. CO. VIA AMWINS BROKERAGE OF GEORGIA LLC | EXCESS LIABILITY (UMBRELLA) | G24172338006 | Undetermined |

Debtor Name: SandRidge Energy, Inc.

Case Number: 16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE CO. | PRIMARY AUTOMOBILE LIABILITY (AL) | AS2-641-443998-025 | Undetermined |
| ASPEN INS. UK LTD. (LLOYDS) VIA PRICE FORBES | PRIMARY GENERAL LIABILITY (GL) | A15EL01820 | Undetermined |
| HISCOX INSURANCE COMPANY | SPECIAL CRIME | 8209-1820 | Undetermined |
| LIBERTY INSURANCE CORPORATION | WORKERS COMPENSATION & EMPLOYERS LIABILITY (EL) | WA7-64D-443998-015 | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:        SandRidge Energy, Inc.                                    Case Number:        16-32488 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| CREDIT FACILITY - DEFERRED COSTS | $2,947,216.16 |
| INTERCOMPANY RECEIVABLE - LARIAT SERVICES, INC. | $932,057,250.47 |
| INTERCOMPANY RECEIVABLE - SANDRIDGE MIDSTREAM, INC. | $309,466,492.43 |
| INTERCOMPANY RECEIVABLE - SANDRIDGE OPERATING COMPANY | $2,893,902,434.11 |
| INTERCOMPANY RECEIVABLE - SANDRIDGE REALTY, LLC | $52,886,673.12 |
| OKLAHOMA CITY DODGERS - 2016 SEASON CLUB MEMBERSHIP (20 SEATS) | Undetermined |
| THE PROFESSIONAL BASKETBALL CLUB, LLC - EXECUTIVE SUITE LICENCE AT THE CHESAPEAKE ENERGY ARENA (AGREEMENT WAS LISTED ON THE DOCKET #177 FOR THE DEBTORS' MOTION TO REJECT CERTAIN EXECUTORY CONTRACTS.) | Undetermined |
| **TOTAL** | **$4,191,260,066.29 + undetermined amounts** |

Debtor Name:        SandRidge Energy, Inc.                                          Case Number:        16-32488 (DRJ)

**Creditors Who Have Claims Secured by Property**

**Schedule D:** Specific Disclosures with Respect to the Debtors' Schedules

Schedule D.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. SandRidge is the issuer or borrower, and certain of the other Debtors are guarantors, under prepetition secured debt.  Although there are numerous beneficial holders of such debt, only the administrative agents or indenture trustees have been listed for purposes of Schedule D, where applicable. The amounts outstanding under the Debtors' prepetition secured debt reflect approximate amounts as of the Petition Date.

Description of the property subject to the Royal Bank of Canada's lien:  Substantially all of the Debtors' assets, including, among other things, ownership interests in subsidiaries, oil and gas assets, proceeds of collateral, and securities accounts.

Description of the property subject to Wilmington Trust, National Association's lien:  Substantially all of the Debtors' assets, including, among other things, ownership interests in subsidiaries, oil and gas assets, proceeds of collateral, and securities.

**Fill in this information to identify the case:**

Debtor name  SandRidge Energy, Inc.

United States Bankruptcy Court for the:  Southern _____  District of  Texas _____
(State)

Case number (If known):  16-32488 (DRJ) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**  **Creditor's name**
BANK OF THE WEST

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 2015 0924158, as amended, assigned or continued from time to time.

$ _____ Undetermined     $ _____ Undetermined

**Creditor's mailing address**
475 SANSOME STREET, 19TH FLOOR
SAN FRANCISCO, CA 94111

**Describe the lien**
As provided in UCC Financing Statement # 2015 0924158, as amended, assigned or continued from time to time.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.2**  **Creditor's name**
DEERE CREDIT INC.

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 03-0030692932, as amended, assigned or continued from time to time.

$ _____ Undetermined     $ _____ Undetermined

**Creditor's mailing address**
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Describe the lien**
As provided in UCC Financing Statement # 03-0030692932, as amended, assigned or continued from time to time.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____ 1,830,723,813.87
+ undetermined amounts

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 12

| Debtor | SandRidge Energy, Inc. | Case number *(if known)* | 16-32488 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column B* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.3 | | |
|---|---|---|
| **Creditor's name** DEERE CREDIT INC. | **Describe debtor's property that is subject to a lien** As provided in UCC Financing Statement # 03-0030694530, as amended, assigned or continued from time to time. | $Undetermined    $Undetermined |
| **Creditor's mailing address** 6400 NW 86TH STREET JOHNSTON, IA 50131 | **Describe the lien** As provided in UCC Financing Statement # 03-0030694530, as amended, assigned or continued from time to time. | |

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition date, the claim is:**
Check all that apply.

[X] No

[X] Contingent
[X] Unliquidated
[X] Disputed

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

| 2.4 | | |
|---|---|---|
| **Creditor's name** JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | **Describe debtor's property that is subject to a lien** As provided in UCC Financing Statement # 04-0086213307, as amended, assigned or continued from time to time. | $Undetermined    $Undetermined |
| **Creditor's mailing address** 6400 NW 86TH STREET JOHNSTON, IA 50131 | **Describe the lien** As provided in UCC Financing Statement # 04-0086213307, as amended, assigned or continued from time to time. | |

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition date, the claim is:**
Check all that apply.

[X] No

[X] Contingent
[X] Unliquidated
[X] Disputed

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

Debtor ___SandRidge Energy, Inc._____     Case number *(if known)* __16-32488 (DRJ)__
          Name

| **Part 1:** **Additional Page** | *Column B* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

**Creditor's mailing address**
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 06-0018196546, as amended, assigned or continued from time to time.

**Describe the lien**
As provided in UCC Financing Statement # 06-0018196546, as amended, assigned or continued from time to time.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined     $Undetermined

---

**2.6**

**Creditor's name**
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

**Creditor's mailing address**
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 06-0018197678, as amended, assigned or continued from time to time.

**Describe the lien**
As provided in UCC Financing Statement # 06-0018197678, as amended, assigned or continued from time to time.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined     $Undetermined

---

Debtor     SandRidge Energy, Inc.
           _____
           Name

Case number *(if known)* 16-32488 (DRJ)

| | | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

## Part 1:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7**   **Creditor's name**
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 06-0018200441, as amended, assigned or continued from time to time.

$Underdetermined          $Underdetermined

**Creditor's mailing address**
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Describe the lien**
As provided in UCC Financing Statement # 06-0018200441, as amended, assigned or continued from time to time.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

**2.8**   **Creditor's name**
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 06-0018202827, as amended, assigned or continued from time to time.

$Underdetermined          $Underdetermined

**Creditor's mailing address**
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Describe the lien**
As provided in UCC Financing Statement # 06-0018202827, as amended, assigned or continued from time to time.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

Debtor    SandRidge Energy, Inc.        Case number *(if known)*   16-32488 (DRJ)
     Name

| **Part 1:**    **Additional Page** | *Column B* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9**    **Creditor's name**
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

**Creditor's mailing address**
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 03-0030618758, as amended, assigned or continued from time to time.

**Describe the lien**
As provided in UCC Financing Statement # 03-0030618758, as amended, assigned or continued from time to time.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $Undetermined    Value of collateral: $Undetermined

---

**2.10**    **Creditor's name**
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

**Creditor's mailing address**
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 03-0030613864, as amended, assigned or continued from time to time.

**Describe the lien**
As provided in UCC Financing Statement # 03-0030613864, as amended, assigned or continued from time to time.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $Undetermined    Value of collateral: $Undetermined

---

Debtor   SandRidge Energy, Inc.
_____
Name

Case number *(if known)* 16-32488 (DRJ)

| Part 1: | Additional Page | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11**

**Creditor's name**
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

**Creditor's mailing address**
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 03-0030616150, as amended, assigned or continued from time to time.

**Describe the lien**
As provided in UCC Financing Statement # 03-0030616150, as amended, assigned or continued from time to time.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined    $Undetermined

---

**2.12**

**Creditor's name**
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

**Creditor's mailing address**
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in UCC Financing Statement # 03-0030620478, as amended, assigned or continued from time to time.

**Describe the lien**
As provided in UCC Financing Statement # 03-0030620478, as amended, assigned or continued from time to time.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined    $Undetermined

---

Debtor      SandRidge Energy, Inc.                                      Case number *(if known)*  16-32488 (DRJ)
            _____                                          _____
            Name

| Part 1: | Additional Page | | *Column B*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially<br>from the previous page.** | | | |

| 2.13 | | | | |
|---|---|---|---|---|
| | **Creditor's name**<br>NETAPP, INC. DBA NETAPP FINANCIAL<br>SOLUTIONS | **Describe debtor's property that is subject to a lien**<br>As provided in UCC Financing Statement # 2011 2404849, as<br>amended, assigned or continued from time to time. | $Underdetermined | $Underdetermined |
| | **Creditor's mailing address**<br>495 E JAVA DRIVE<br>SUNNYVALE, CA 94089 | **Describe the lien**<br>As provided in UCC Financing Statement # 2011 2404849, as<br>amended, assigned or continued from time to time. | | |
| | **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>[X] No<br>[ ] Yes | | |
| | **Date debt was incurred**   Undetermined<br>**Last 4 digits of account<br>number** | **Is anyone else liable on this claim?**<br>[ ] No<br>[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the<br>same property?**<br>[X] No<br>[ ] Yes. Have you already specified the<br>      relative priority? | **As of the petition date, the claim is:**<br>Check all that apply.<br>[X] Contingent<br>[X] Unliquidated<br>[X] Disputed | | |
| | [ ] No. Specify each creditor, including<br>      this creditor, and its relative priority. | | | |
| | [ ] Yes. The relative priority of  creditors is<br>      specified on lines | | | |

| 2.14 | | | | |
|---|---|---|---|---|
| | **Creditor's name**<br>ROYAL BANK OF CANADA, AS<br>ADMINISTRATIVE AGENT | **Describe debtor's property that is subject to a lien**<br>The property as described in the Schedule D: Specific<br>Disclosures with Respect to the Debtors' Schedules. | $449,621,663.33 | $Underdetermined |
| | **Creditor's mailing address**<br>20 KING STREET WEST, 4TH FLOOR<br>TORONTO, ON M5K 1C4 CANADA | **Describe the lien**<br>First-priority liens in the collateral, as described in the Schedule<br>D: Specific Disclosures with Respect to the Debtors' Schedules,<br>perfected by, where applicable, recorded mortgages and filed<br>financing statements. | | |
| | **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>[X] No<br>[ ] Yes | | |
| | **Date debt was incurred**   6/10/2015<br>**Last 4 digits of account<br>number** | **Is anyone else liable on this claim?**<br>[ ] No<br>[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the<br>same property?**<br>[ ] No<br>[X] Yes. Have you already specified the<br>      relative priority? | **As of the petition date, the claim is:**<br>Check all that apply.<br>[ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | | |
| | [ ] No. Specify each creditor, including<br>      this creditor, and its relative priority. | | | |
| | [ ] Yes. The relative priority of  creditors is<br>      specified on lines | | | |

Official Form 206D             Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**             Page 7 of 12

Debtor      SandRidge Energy, Inc.                                    Case number *(if known)*  16-32488 (DRJ)
            Name

| | | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **Part 1:** **Additional Page** | | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.15**  **Creditor's name**
ROYAL BANK OF CANADA, AS
ADMINISTRATIVE AGENT

**Creditor's mailing address**
20 KING STREET WEST, 4TH FLOOR
TORONTO, ON M5K 1C4 CANADA

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in Letter of Credit #1185/S25758.

**Describe the lien**
As provided in Letter of Credit #1185/S25758, in the amount of $821,319, for the benefit of ACE American Insurance.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$Undetermined                $Undetermined

---

**2.16**  **Creditor's name**
ROYAL BANK OF CANADA, AS
ADMINISTRATIVE AGENT

**Creditor's mailing address**
20 KING STREET WEST, 4TH FLOOR
TORONTO, ON M5K 1C4 CANADA

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in Letter of Credit #1185/S25759.

**Describe the lien**
As provided in Letter of Credit #1185/S25759, in the amount of $1,400,000, for the benefit of Automotive Rentals, Inc..

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$Undetermined                $Undetermined

---

Debtor    SandRidge Energy, Inc.
<br>Name

Case number *(if known)*   16-32488 (DRJ)

| Part 1: | Additional Page | Column B<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.17**   **Creditor's name**
ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
20 KING STREET WEST, 4TH FLOOR
TORONTO, ON M5K 1C4 CANADA

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in Letter of Credit #1185/S25760.

**Describe the lien**
As provided in Letter of Credit #1185/S25760, in the amount of $1,002,784, for the benefit of AIG (aka Chartis) Property Casualty Company, et al..

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$Underermined     $Undetermined

---

**2.18**   **Creditor's name**
ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
20 KING STREET WEST, 4TH FLOOR
TORONTO, ON M5K 1C4 CANADA

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in Letter of Credit #1185/S25761.

**Describe the lien**
As provided in Letter of Credit #1185/S25761, in the amount of $5,195,000, for the benefit of Liberty Mutual.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$Undetermined     $Undetermined

Debtor      SandRidge Energy, Inc.                                    Case number *(if known)*  16-32488 (DRJ)
            _____
            Name

| Part 1: | Additional Page | Column B<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | | |

**2.19**  **Creditor's name**
ROYAL BANK OF CANADA, AS
ADMINISTRATIVE AGENT

**Creditor's mailing address**
20 KING STREET WEST, 4TH FLOOR
TORONTO, ON M5K 1C4 CANADA

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including
          this creditor, and its relative priority.

     ☐ Yes. The relative priority of  creditors is
          specified on lines

**Describe debtor's property that is subject to a lien**
As provided in Letter of Credit #1185/S25762.

**Describe the lien**
As provided in Letter of Credit #1185/S25762, in the amount of
$487,500, for the benefit of CMS Electric Cooperative.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$Undetermined          $Undetermined

---

**2.20**  **Creditor's name**
ROYAL BANK OF CANADA, AS
ADMINISTRATIVE AGENT

**Creditor's mailing address**
20 KING STREET WEST, 4TH FLOOR
TORONTO, ON M5K 1C4 CANADA

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including
          this creditor, and its relative priority.

     ☐ Yes. The relative priority of  creditors is
          specified on lines

**Describe debtor's property that is subject to a lien**
As provided in Letter of Credit #1185/S25763.

**Describe the lien**
As provided in Letter of Credit #1185/S25763, in the amount of
$48,000, for the benefit of Chevron.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$Undetermined          $Undetermined

Debtor    SandRidge Energy, Inc.
          _____
          Name

Case number *(if known)*   16-32488 (DRJ)
                          _____

| Part 1: | Additional Page | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.21**

**Creditor's name**
ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
20 KING STREET WEST, 4TH FLOOR
TORONTO, ON M5K 1C4 CANADA

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in Letter of Credit #1185/S25764.

**Describe the lien**
As provided in Letter of Credit #1185/S25764, in the amount of $752,000, for the benefit of Chevron.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$Underline{Undetermined}     $Underline{Undetermined}

**2.22**

**Creditor's name**
ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
20 KING STREET WEST, 4TH FLOOR
TORONTO, ON M5K 1C4 CANADA

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in Letter of Credit #1185/S25765.

**Describe the lien**
As provided in Letter of Credit #1185/S25765, in the amount of $170,000, for the benefit of Kay Electric Cooperative.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$Underline{Undetermined}     $Underline{Undetermined}

| Debtor | SandRidge Energy, Inc. | Case number *(if known)* | 16-32488 (DRJ) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | *Column B* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.23 | **Creditor's name** ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | **Describe debtor's property that is subject to a lien** As provided in Letter of Credit #1185/S25823. | $Undetermined | $Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
20 KING STREET WEST, 4TH FLOOR
TORONTO, ON M5K 1C4 CANADA

**Describe the lien**
As provided in Letter of Credit #1185/S25823, in the amount of $350,000, for the benefit of WEX Bank.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

[ ] No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

[ ] Yes. The relative priority of creditors is specified on lines

| 2.24 | **Creditor's name** WILMINGTON TRUST, NATIONAL ASSOCIATION | **Describe debtor's property that is subject to a lien** The property as described in the Schedule D: Specific Disclosures with Respect to the Debtors' Schedules. | $1,381,102,150.54 | $Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN:  STEVEN M. CIMALORE
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-0001

**Describe the lien**
Second-priority liens in the collateral, as described in the Schedule D: Specific Disclosures with Respect to the Debtors' Schedules, perfected by, where applicable, recorded mortgages and filed financing statements.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   6/10/2015
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[ ] No
[X] Yes. Have you already specified the relative priority?

[ ] No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

[ ] Yes. The relative priority of creditors is specified on lines

Debtor Name:        SandRidge Energy, Inc.                                    Case Number:        16-32488 (DRJ)

**Creditors Who Have Unsecured Claims**

**Schedule E/F:** Specific Disclosures with Respect to the Debtors' Schedules

Schedule E/F.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

Intercompany Payables and Receivables.  Intercompany payables and receivables between the Debtors are set forth on Schedule E/F or Schedule A/B.77, as applicable.  Intercompany payables and receivables are reported as gross amounts and reflect unallocated balances on account of pre-merger activity.  For purposes of reporting gross amounts, the unallocated payable and receivable balances have been listed in the Schedules of SandRidge Energy, Inc.
As described more fully in the Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain  Existing Business Forms, and (IV) Perform Intercompany Transactions [Docket No. 10] (the "Cash Management Motion"), the Debtors' parent entity maintains a deposit account, which serves as the centralized main operating account, that provides funding to the other accounts in the Debtors' cash management system.
The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Fill in this information to identify the case:**

Debtor **SandRidge Energy, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number **16-32488 (DRJ)**
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____$ *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____$ | $_____$ |
| Date or dates debt was incurred <br><br> _____ | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number \_\_ \_\_ \_\_ \_\_ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____$ *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____$ | $_____$ |
| Date or dates debt was incurred <br><br> _____ | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number \_\_ \_\_ \_\_ \_\_ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____$ *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____$ | $_____$ |
| Date or dates debt was incurred <br><br> _____ | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number \_\_ \_\_ \_\_ \_\_ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_) | | | |

| Debtor | SandRidge Energy, Inc. | Case number (if known) 16-32488 (DRJ) |
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
192 INVESTMENTS, L.L.C.,
C/O GARDERE WYNNE SEWELL LLP
ATTN: PETER SCAFF
1000 LOUISIANA
SUITE 3400
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$ _____ Undetermined

---

**3.2**
**Nonpriority creditor's name and mailing address**
3-T TRUCKING, INC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$ _____ Undetermined

---

**3.3**
**Nonpriority creditor's name and mailing address**
AMERICAN ENERGY PARTNERS, LP
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$ _____ Undetermined

---

**3.4**
**Nonpriority creditor's name and mailing address**
AMERIMEX DRILLING, I LTD
C/O TAYLOR, DUNHAM AND BURGESS
ATTN: KAREN C. BURGESS
301 CONGRESS AVE
SUITE 1050
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$ _____ Undetermined

---

**3.5**
**Nonpriority creditor's name and mailing address**
ANDERSON, ROBIN
C/O LAW OFFICES OF DANIEL M. DAVIS
ATTN: BRIAN A. WILLIAMS
OKLAHOMA CITY, OK 73104

**As of the petition filing date, the claim is:**
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Contingent auto liability claim

**Date or dates debt was incurred** 6/22/2012
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$ _____ Undetermined

---

**3.6**
**Nonpriority creditor's name and mailing address**
ANDERSON, ROBIN
C/O LAW OFFICES OF DANIEL M. DAVIS
ATTN: BRIAN A. WILLIAMS
300 N. WALNUT AVE.
OKLAHOMA CITY, OK 73104

**As of the petition filing date, the claim is:**
*Check all that apply.*
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$ _____ Undetermined

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 52

Debtor      SandRidge Energy, Inc.                                          Case number (if known)  16-32488 (DRJ)
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

ARTHUR I. LEVINE, DERIVATIVELY ON BEHALF OF SANDRIDGE
ENERGY, INC.
C/O FEDERMAN & SHERWOOD              **As of the petition filing date, the claim is:**
ATTN: WILLIAM B. FEDERMAN           *Check all that apply.*
10205 N. PENN
OKLAHOMA CITY, OK 73120             ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                                      ☐ No
**Last 4 digits of account number**                   ☐ Yes

---

**3.8**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

BARFIELD, JOHN
C/O HANNA LAW FIRM                  **As of the petition filing date, the claim is:**
ATTN: JON HANNA, ESQ.               *Check all that apply.*
ABILENE, TX 79602
                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 1/11/2012         **Is the claim subject to offset?**
                                                      ☐ No
**Last 4 digits of account number**                   ☐ Yes

---

**3.9**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

BARFIELD, JOHN
C/O THE MALHOTRA LAW FIRM           **As of the petition filing date, the claim is:**
ATTN: RAHUL MALHOTRA                *Check all that apply.*
319 NORTH GRANT AVENUE
ODESSA, TX 79761                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                                      ☐ No
**Last 4 digits of account number**                   ☐ Yes

---

**3.10**  **Nonpriority creditor's name and mailing address**                                   $Undetermined

BARFIELD, TANYA
C/O THE MALHOTRA LAW FIRM           **As of the petition filing date, the claim is:**
ATTN: RAHUL MALHOTRA                *Check all that apply.*
319 NORTH GRANT AVENUE
ODESSA, TX 79761                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                                      ☐ No
**Last 4 digits of account number**                   ☐ Yes

---

**3.11**  **Nonpriority creditor's name and mailing address**                                   $Undetermined

BASIC ENERGY SERVICES
C/O FENTON, FENTON, SMITH, RENEAU & MOON    **As of the petition filing date, the claim is:**
ATTN: C. WILLIAM THRELKELD                  *Check all that apply.*
211 N ROBINSON, SUITE 800N
OKLAHOMA CITY, OK 73102             ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                                      ☐ No
**Last 4 digits of account number**                   ☐ Yes

---

Official Form 206E/F           **Schedule E/F: Creditors Who Have Unsecured Claims**           Page 3 of 52

Debtor     SandRidge Energy, Inc.
           _____
           Name                                                    Case number *(if known)* __16-32488 (DRJ)__

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

BEASLEY, STEPHEN C.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

BEHRENBRINKER, CATHERINE JAUNITA
C/O MCINTYRE LAW, P.C
ATTN: NOBLE MCINTYRE
8601 S. WESTERN AVE.
OKLAHOMA CITY, OK 73139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

BENNETT, JAMES D.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

BENNETT, JAMES D.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

BLACKBURN, CHARLES
C/O ZELDES & HAEGGQUIST, LLP
ATTN: AMBER L. ECK
625 BROADWAY
SUITE 906
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 4 of 52

Debtor     SandRidge Energy, Inc.                      Case number *(if known)* 16-32488 (DRJ)
           Name

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

BLACKROCK SERVICES, LLC
C/O MICHAEL A RUBINSTIEN
1503 E 19TH ST
EDMOND, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

BOBBY SIEMENS
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

BREWER, JIM J. JR,
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

BREWER, JIM J. JR,
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

BRIAN THIEME
C/O WILGUESS & GARRETT, PLLC
ATTN: DOUGLAS D. WILGUESS
211 N. ROBINSON
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      SandRidge Energy, Inc.                                    Case number *(if known)* 16-32488 (DRJ)
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.22 | **Nonpriority creditor's name and mailing address** | | $Underlined *Undetermined* |

**Nonpriority creditor's name and mailing address**                                    $Undetermined

BURCHETT, J.C.
C/O LAW OFFICES OF TIMOTHY D. YEATS
ATTN: TIMOTHY D. YEATS
500 JOHNSON STREET
P.O. DRAWER 2830
BIG SPRINGS, TX 79721

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

3.23    **Nonpriority creditor's name and mailing address**                                    $Undetermined

CANTU, CHON
C/O BLAKELEY & REYNOLDS, PC
ATTN: BRETT T. REYNOLDS
SUITE 420
SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Contingent general and employers liability claim

**Date or dates debt was incurred** 10/28/2010

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

3.24    **Nonpriority creditor's name and mailing address**                                    $Undetermined

CANTU, GABRIEL
C/O BRUKENHOEFER TURMAN
500 N. SHORELINE BLVD
CORPUS CHRISTI, TX 78401

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 4/5/2012

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

3.25    **Nonpriority creditor's name and mailing address**                                    $Undetermined

CANTU, GABRIEL JR.
C/O THE RANGEL LAW FIRM, P.C.
ATTN: JORGE C. RANGEL
615 N. UPPER BROADWAY, SUITE 2020
CORPUS CHRISTI, TX 77019

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

3.26    **Nonpriority creditor's name and mailing address**                                    $Undetermined

CARBONE, LOUIS
C/O DERRYBERRY & NAIFEH, LLP
ATTN: DERRYBERRY & NAIFEH, LLP
4800 NORTH LINCOLN BLVD.
OKLAHOMA CITY, OK 73105

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

Debtor      SandRidge Energy, Inc.                                      Case number *(if known)*  16-32488 (DRJ)
　　　　　　 Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

CASING CREWS, INC
C/O CHRISTENSEN LAW GROUP, P.L.L.C.
ATTN: J. CLAY CHRISTENSEN
3401 N.W. 63RD ST.
SUITE 600
OKLAHOMA CITY, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

CHESAPEAKE ENERGY CORP.
C/O BYRNES KELLER CROMWELL LLP
ATTN: BRADLEY S. KELLER
1000 SECOND AVE.
38TH FL.
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

CHESAPEAKE ENERGY CORPORATION
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

CHESAPEAKE ENERGY CORPORATION'S BOARD OF DIRECTORS
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

CHESAPEAKE EXPLORATION, L.L.C.
C/O BYRNES KELLER CROMWELL LLP
ATTN: BRADLEY S. KELLER
1000 SECOND AVE.
38TH FL.
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SandRidge Energy, Inc.                                          Case number *(if known)* 16-32488 (DRJ)
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|
| | CHON CANTU<br>C/O BLAKELEY & REYNOLDS, P.C.<br>ATTN: BRETT T. REYNOLDS<br>1250 N.E. LOOP 410<br>SUITE 420<br>SAN ANTONIO, TX 78209 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|
| | CHRISTOPHER LANDRY<br>C/O THE GLENN ARMENTOR LAW CORPORATION<br>300 STEWART ST<br>LAFAYETTE, LA 70501 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|
| | CIMARRON ACID & FRAC<br>RESEARCHING ADDRESS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|
| | CITIGROUP GLOBAL MARKETS INC., AND<br>C/O RIGGS ABNEY NEAL TURPEN ORBISON LEWIS<br>ATTN: MICHAEL C. TURPEN<br>528 N.W. 12TH STREET<br>0<br>OKLAHOMA CITY, OK 73103 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|
| | CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS<br>C/O ROBBINS GELLER RUDMAN & DOWD LLP<br>ATTN: SAMUEL H. RUDMAN<br>58 SOUTH SERVICE ROAD<br>SUITE 200 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor  **SandRidge Energy, Inc.**
_____
Name

Case number _(if known)_ _16-32488 (DRJ)_

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.37** | **Nonpriority creditor's name and mailing address** | $Underdetermined

COOLEY, RANDALL D.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | $Underdetermined

CRANDALL, CURTIS L.
C/O THE WEST LAW FIRM
ATTN: THE WEST LAW FIRM
124 WEST HIGHLAND STREET
SHAWNEE, OK 74801

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | $Underdetermined

CRANDALL, JANET K.
C/O THE WEST LAW FIRM
ATTN: THE WEST LAW FIRM
124 WEST HIGHLAND STREET
SHAWNEE, OK 74801

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | $Underdetermined

CUMMINGS, CHRISTINA
C/O KESSLER TOPAZ MELTZER & CHECK LLP
ATTN: EDWARD W. CIOLKO
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | $Underdetermined

DAKIL, STEVEN T.
C/O POMERANTZ LLP
ATTN:  JEREMY A. LIEBERMAN
600 THIRD AVE, 20TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SandRidge Energy, Inc.                                          Case number *(if known)*  16-32488 (DRJ)
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.42** | **Nonpriority creditor's name and mailing address** | $Undetermined

DALE HEFNER, DERIVATIVELY ON BEHALF OF SANDRIDGE ENERGY, INC
C/O CHARLES F. ALDEN, III
512 NW 12TH STREET
OKLAHOMA CITY, OK 73103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | $Undetermined

DANIEL W. JORDAN,
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | $Undetermined

DAVIDSON, RICHARD K.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | $Undetermined

DAVIS, MICHAEL F.
C/O ROBBINS GELLER RUDMAN & DOWD LLP
58 SOUTH SERVICE ROAD, SUITE 200
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | $Undetermined

DEBORAH DEPUY, DERIVATIVELY ON BEHALF OF SANDRIDGE ENERGY, INC
C/O FEDERMAN & SHERWOOD
ATTN: WILLIAM B. FEDERMAN
10205 N. PENN
OKLAHOMA CITY, OK 73120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SandRidge Energy, Inc.                                                    Case number *(if known)* 16-32488 (DRJ)
          Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

DELL-OSSO, JR., DOMENIC J.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.48**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

DENIS CARLSON AS TRUSTEE OF THE GILBERT L. CARLSON TRUST
C/O HODGEN LAW FIRM, PLLC
ATTN: BRYCE HODGDEN
PO BOX 529
WOODWARD, OK 73802

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.49**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

DENIS CARLSON AS TRUSTEE OF THE LOIS M. CARLSON TRUST
C/O HODGEN LAW FIRM, PLLC
ATTN: BRYCE HODGDEN
PO BOX 529
WOODWARD, OK 73802

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.50**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

DOBSON, EVERETT R.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.51**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

DON BEADLES, IN TRUST FOR THE ALVA SYNAGOGUE CHURCH
C/O FEDERMAN & SHERWOOD
ATTN: WILLIAM B. FEDERMAN
10205 N. PENN
OKLAHOMA CITY, OK 73120

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

Debtor   SandRidge Energy, Inc.
_____
Name

Case number *(if known)* 16-32488 (DRJ)
_____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.52** **Nonpriority creditor's name and mailing address**                                                      $Underdetermined

DUANE & VIRGINIA LANIER TRUST, INDIVIDUALLY
C/O THE ROSEN LAW FIRM, P.A.
ATTN: LAURENCE M. ROSEN
275 MADISON AVENUE
34TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.53** **Nonpriority creditor's name and mailing address**                                                      $Underdetermined

DUANE & VIRGINIA LANIER TRUST, ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED
C/O THE ROSEN LAW FIRM, P.A.
ATTN: LAURENCE M. ROSEN
275 MADISON AVENUE
34TH FLOOR

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.54** **Nonpriority creditor's name and mailing address**                                                      $Underdetermined

DWAINE REYNOLDS, AS NEXT OF KIN TO DANIEL REYNOLDS
C/O LAW OFFICE OF MARK A. COX, PLLC
ATTN: MARK A. COX
15401 N. MAY AVE.
SUITE 400
EDMOND, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.55** **Nonpriority creditor's name and mailing address**                                                      $Underdetermined

EDWARD CLARK, INC.
C/O RACHEL LAWRENCE MOR, P.C.
ATTN: RACHEL LAWRENCE MOR, P.C.
3037 N.W. 63RD ST.
SUITE 205
OKLAHOMA CITY, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.56** **Nonpriority creditor's name and mailing address**                                                      $Underdetermined

EGGLESTON, DONNA
C/O ANDREWS DAVIS, P.C.
ATTN: RANDY C. SMITH
100 N BROADWAY, SUITE 3300
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

| Debtor | SandRidge Energy, Inc. | | Case number (if known) | 16-32488 (DRJ) |
|--------|------------------------|---|-----------------------|----------------|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address** | $Underdetermined

ESIBRENNER, KATHLEEN
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | $Underdetermined

ESTATE OF AUBREY K. MCCLENDON
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | $Underdetermined

FIDELITY INVESTMENTS
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | $Underdetermined

GALKIN, ANGELICA
C/O ROBBINS GELLER RUDMAN & DOWD LLP
ATTN: SAMUEL H. RUDMAN
58 SOUTH SERVICE ROAD
SUITE 200
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | $Underdetermined

GALKIN, VLADIMIR AND ANGELICA GALKIN
C/O ROBBINS GELLER RUDMAN & DOWD LLP
ATTN: SAMUEL H. RUDMAN
58 SOUTH SERVICE ROAD
SUITE 200
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     SandRidge Energy, Inc.                                              Case number *(if known)* 16-32488 (DRJ)
           Name

### Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | $Underlined Undetermined |
|---|---|---|

GARVIN HOLDINGS, L.L.C
C/O FULMER GROUP PLLC
ATTN: SIMONE GOSNELL FULMER
1101 N. BROADWAY AVE.
SUITE 102
OKLAHOMA CITY, OK 73101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

GERNANDT, JR., BARTON
C/O KESSLER TOPAZ MELTZER & CHECK LLP
ATTN: EDWARD W. CIOLKO
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

GHAZALI, HUSSEIN
C/O THE LAW OFFICE OF JAVIER ESPINOZA, P.C.
503 E. RAMSEY, SUITE 103
SAN ANTONIO, TX 78216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

GILLILAND, WILLIAM A.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

GREEN, CINDY
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      SandRidge Energy, Inc.                                          Case number *(if known)*  16-32488 (DRJ)
            _____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.67 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |

GREENBERG, JUDITH
C/O ZELDES & HAEGGQUIST, LLP
ATTN: AMBER L. ECK
625 BROADWAY
SUITE 906
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |

GRIFFIN, ROBERT SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |

GRUBB, MATTHEW K.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |

GULF CRANE SERVICES
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |

HARGIS, V. BURNS
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      SandRidge Energy, Inc.
            _____            Case number *(if known)* _16-32488 (DRJ)_____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.72 | **Nonpriority creditor's name and mailing address** | $Underdetermined |

HERZOG, AMY K.
C/O THE WEST LAW FIRM
ATTN: TERRY W. WEST
124 WEST HIGHLAND STREET
SHAWNEE, OK 74801

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | $Underdetermined |

HERZOG, DERRICK R.
C/O THE WEST LAW FIRM
ATTN: TERRY W. WEST
124 WEST HIGHLAND STREET
SHAWNEE, OK 74801

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | $Underdetermined |

HIDALGO, JESUS MANUEL
C/O BRYCE JOHNSON & ASSOCIATES
105 N HUDSON
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 12/1/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | $Underdetermined |

HUMPHREY, ELMER DON
C/O LAW OFFICES OF ALLEN MOORE
620 N. GRANT
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 10/31/2012

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | $Underdetermined |

HUMPHREY, ELMER DON
C/O LAW OFFICES OF ALLEN MOORE
ATTN: ALLEN MOORE
620 N GRANT, SUITE 1200
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   SandRidge Energy, Inc.
_____
Name

Case number *(if known)*  16-32488 (DRJ)
_____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77**   **Nonpriority creditor's name and mailing address**

$Underdetermined

HUSSEIN, GHAZALI
C/O LAW OFFICE OF JAVIER ESPINOZA
ATTN: JAVIER ESPINOZA
SUITE 103
SAN ANTONIO, TX 78216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 7/12/2012

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.78**   **Nonpriority creditor's name and mailing address**

$1,325,905,179.20

Integra Energy, L.L.C.
123 ROBERT S. KERR AVENUE
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.79**   **Nonpriority creditor's name and mailing address**

$Underdetermined

JOAN BROTHERS, DERIVATIVELY ON BEHALF OF SANDRIDGE
ENERGY, INC.
C/O FEDERMAN & SHERWOOD
ATTN: WILLIAM B. FEDERMAN
10205 N. PENN
OKLAHOMA CITY, OK 73120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.80**   **Nonpriority creditor's name and mailing address**

$Underdetermined

JOHN BARFIELD, AS NEXT FRIENDS OF CHRISTOPHER BARFIELD
AND KAITLIN BARFIELD, MINOR CHILDREN
C/O THE MALHOTRA LAW FIRM
ATTN: RAHUL MALHOTRA
319 NORTH GRANT AVENUE
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.81**   **Nonpriority creditor's name and mailing address**

$Underdetermined

JOHN DOE D/B/A BILL'S WATERING HOLE
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F             **Schedule E/F: Creditors Who Have Unsecured Claims**             Page 17 of 52

Debtor _____SandRidge Energy, Inc._____     Case number *(if known)*_16-32488 (DRJ)___
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.82** | **Nonpriority creditor's name and mailing address** | $Underdetermined

JOHNSON, MICHAEL A.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | $Underdetermined

JORDAN, DANIEL W.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | $Underdetermined

KANSAS HUMAN RIGHTS COMMISSION
ATTN: LEGAL DEPARTMENT
900 SW JACKSON ST.
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | $Underdetermined

KINGID, ROBERT (DEC)
C/O LAW OFFICE OF MARK A. COX
ATTN: MARK A. COX
SUITE 400
EDMOND, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 3/18/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | $Underdetermined

KOPPITZ, HAROLD
C/O PATE & WOLFE
ATTN: PATE & WOLFE
1900 NW EXPRESSWAY
SUITE 1300
OKLAHOMA CITY, OK 73118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      SandRidge Energy, Inc.
           Name

Case number *(if known)* 16-32488 (DRJ)

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.87 | **Nonpriority creditor's name and mailing address** | $Underterminded |
|---|---|---|

L.H. CHANEY MATERIALS, INC.
C/O CHARLES B. DAVIS
207 WEST MAIN
SUITE 200
NORMAN, OK 73069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA
C/O ROBBINS GELLER RUDMAN & DOWD LLP
ATTN: SAMUEL H. RUDMAN
58 SOUTH SERVICE ROAD
SUITE 200
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

LCB RESOURCES, INC
C/O FELLERS, SNIDER, BLANKENSHIP, BAILEY & TIPPENS, P.C.
ATTN: MARK K. STONECIPHER
100 N. BROADWAY
SUITE 1700
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

LISA EZELL, ET AL., DERIVATIVELY ON BEHALF OF SANDRIDGE
ENERGY, INC.
C/O WHITTEN BURRAGE
ATTN: REGGIE N. WHITTEN
1215 CLASSEN DR.
OKLAHOMA CITY, OK 73103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

LONG RESOURCES, INC.
C/O MORICOLI & SCHOVANEC
ATTN: PHILIP A. SCHOVANEC
ONE LEADERSHIP SQUARE
211 N. ROBINSON, SUITE 1350
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**       Page 19 of 52

Debtor        SandRidge Energy, Inc.
              _____        Case number *(if known)* _16-32488 (DRJ)_
              Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | | $Underlined Undetermined |
|---|---|---|---|

**Nonpriority creditor's name and mailing address** — 3.92 — $<u>Undetermined</u>

LONGFELLOW RANCH PARTNERS LP
C/O GARDERE WYNNE SEWELL LLP
ATTN: JAMES C. SCOTT
3000 THANKSGIVING TOWER
1601 ELM ST
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.93** — **Nonpriority creditor's name and mailing address** — $<u>Undetermined</u>

LOUIS CARBONE, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
C/O DERRYBERRY & NAIFEH, LLP
ATTN: DERRYBERRY & NAIFEH, LLP
4800 NORTH LINCOLN BLVD.
OKLAHOMA CITY, OK 73105

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.94** — **Nonpriority creditor's name and mailing address** — $<u>Undetermined</u>

LOWRY, JANET L.
C/O CARUSO LAW FIRM, P.C.
ATTN: DENNIS A. CARUSO
1325 EAST 15TH STREET
SUITE 201
TULSA, OK 74120

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.95** — **Nonpriority creditor's name and mailing address** — $<u>Undetermined</u>

LUNA, JASE
C/O THE ROSEN LAW FIRM, P.A.
ATTN: LAURENCE M. ROSEN
275 MADISON AVENUE
34TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.96** — **Nonpriority creditor's name and mailing address** — $<u>Undetermined</u>

MADDUX, ROBERT
C/O MITCHEL, GASTON, RIFFEL & RIFFEL
ATTN: JONATHAN F. BENHAM
SUITE 1
ENID, OK 73703

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Contingent auto liability claim

**Date or dates debt was incurred** 8/31/2014

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SandRidge Energy, Inc.
          _____    Case number *(if known)* 16-32488 (DRJ)
          Name                                                              _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MAHONY-KILLIAN, INC.
C/O RACHEL LAWRENCE MOR, P.C.
ATTN: RACHEL LAWRENCE MOR, P.C.
3037 N.W. 63RD ST.
SUITE 205
OKLAHOMA CITY, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MALLORY, TOWANDA
C/O SILL LAW GROUP, PLLC
ATTN: JAMES D. SILL
14005 N. EASTERN AVE.
EDMOND, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MALLORY, WESLEY
C/O SILL LAW GROUP, PLLC
ATTN: JAMES D. SILL
14005 N. EASTERN AVE.
EDMOND, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MAXWELL, CHARLES T.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MCCLENDON, KATHLEEN
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SandRidge Energy, Inc.
          _____                    Case number *(if known)*  16-32488 (DRJ)
          Name                                                                              _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.102 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

MCMORAN EXPLORATION CO.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

MCWILLIAMS, RICHARD A.
C/O KESSLER TOPAZ MELTZER & CHECK LLP
ATTN: EDWARD W. CIOLKO
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

MERIDYTH, MICHAEL
C/O STEVE HERSHBERGER, ESQ.
600 N MARIENFELD ST.
MIDLAND, TX 79701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 6/5/2011

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

MERRILL LYNCH, PIERRE, FENNER & SMITH, INC.,
C/O RIGGS ABNEY NEAL TURPEN ORBISON LEWIS
ATTN: MICHAEL C. TURPEN
528 N.W. 12TH STREET
0
OKLAHOMA CITY, OK 73103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

MICKEY PECK, ET AL
C/O NICHOLS KASTER, PLLP
ATTN: MICHELE R. FISHER
4600 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      SandRidge Energy, Inc.                                      Case number *(if known)* 16-32488 (DRJ)
            _____
            Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MILLER, JR., MERRILL A.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MOLANDER, JOSEPH
C/O ARNOLD & ITKIN LLP
ATTN: ARNOLD & ITKIN LLP
1401 MCKINNEY STREET
SUITE 2550
HOUSTON, TX 77010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MONEYPENNY, EDWARD M.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MORGAN STANLEY & CO. LLC
C/O RIGGS ABNEY NEAL TURPEN ORBISON LEWIS
ATTN: MICHAEL C. TURPEN
528 N.W. 12TH STREET
0
OKLAHOMA CITY, OK 73103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | | $Underdetermined |
|---|---|---|---|

MRC GLOBAL (US) INC., F/K/A MSJUNKIN RED MAN CORPORATION
ATTN:  EMILY K. SHIELDS, SENIOR COUNSEL
FULBRIGHT TOWER
1301 MCKINNEY ST., SUITE 2300
HOUSTON, TX 77010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 23 of 52

Debtor      SandRidge Energy, Inc.                                   Case number *(if known)* 16-32488 (DRJ)
            Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.112 | **Nonpriority creditor's name and mailing address** | $Underdetermined |
|---|---|---|

NIBUR, IVAN
C/O THE ROSEN LAW FIRM, P.A.
ATTN: LAURENCE M. ROSEN
275 MADISON AVENUE
34TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | $Underdetermined |
|---|---|---|

NICKLES, DON
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | $Underdetermined |
|---|---|---|

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION
ATTN: LEGAL DEPARTMENT
420 W MAIN ST #300
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | $Underdetermined |
|---|---|---|

ODELL, TED
C/O ZELDES & HAEGGQUIST, LLP
ATTN: AMBER L. ECK
625 BROADWAY
SUITE 906
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | $Underdetermined |
|---|---|---|

OLIVER, ROY T. JR.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SandRidge Energy, Inc.
          _____
          Name                                                    Case number *(if known)* 16-32488 (DRJ)
                                                                                          _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.117** | **Nonpriority creditor's name and mailing address** | $Undermined

PAINTER, STEVEN
C/O HANNA LAW FIRM, PC
ATTN: JON HANNA
302 CHESTNUT ST
ABILENE, TX 79602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | $Undetermined

PATRIOT EXPLORATION, LLC
C/O WIGGIN & DANA LLP
ATTN: JOSEPH W. MARTINI
TWO STAMFORD PLAZA
281 TRESSER BLVD.
STAMFORD, CT 6901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | $Undetermined

PATTERSON-UTI ENERGY INC.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | $Undetermined

PAUL ELLIOT, ON BEHALF OF THE PAUL ELLIOT IRA R/O
C/O KAPLAN FOX & KILSHEIMER LLP
ATTN: ROBERT N. KAPLAN
850 THIRD AVENUE
14TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | $Undetermined

PENCE, MICHAEL A.
C/O ROBBINS GELLER RUDMAN & DOWD LLP
58 SOUTH SERVICE ROAD, SUITE 200
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SandRidge Energy, Inc.
          _____
          Name

Case number *(if known)* 16-32488 (DRJ)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.122** **Nonpriority creditor's name and mailing address**                                      $Undertermined

PERRY TOON, D/B/A 3T TRUCKING
C/O HILTGEN & BREWER, P.C.
ATTN: BROCK C. BOWERS
9505 NORTH KELLEY AVE
OKLAHOMA CITY, OK 73131

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.123** **Nonpriority creditor's name and mailing address**                                      $Undertermined

POWERS, IDA
C/O CARUSO LAW FIRM, P.C.
ATTN: CARUSO LAW FIRM, P.C
1325 EAST 15TH STREET
SUITE 201
TULSA, OK 74120

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.124** **Nonpriority creditor's name and mailing address**                                      $Undertermined

POWERS, LARRY
C/O CARUSO LAW FIRM, P.C.
ATTN: CARUSO LAW FIRM, P.C
1325 EAST 15TH STREET
SUITE 201
TULSA, OK 74120

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.125** **Nonpriority creditor's name and mailing address**                                      $Undertermined

PRIMAVERA RESOURCES, INC.
C/O LYNCH, CHAPPELL & ALSUP, P.C.
ATTN: HARPER ESTES
300 NORTH MARIENFELD, SUITE 700
MIDLAND, TX 79701

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.126** **Nonpriority creditor's name and mailing address**                                      $Undertermined

QUINTANA, FERNANDO
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 5/13/2014

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

Debtor  ___SandRidge Energy, Inc._____     Case number *(if known)* __16-32488 (DRJ)__
       Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.127** **Nonpriority creditor's name and mailing address**  $Underdetermined$ → $Undetermined

RAY, STUART W.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**  $Undetermined

RAYMOND JAMES & ASSOC., INC.,
C/O RIGGS ABNEY NEAL TURPEN ORBISON LEWIS
ATTN: MICHAEL C. TURPEN
528 N.W. 12TH STREET
OKLAHOMA CITY, OK 73103

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**  $Undetermined

RAYOS, JOE L.
C/O KESSLER TOPAZ MELTZER & CHECK LLP
ATTN: EDWARD W. CIOLKO
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**  $Undetermined

RBC CAPITAL MARKETS, LLC
C/O RIGGS ABNEY NEAL TURPEN ORBISON LEWIS
ATTN: MICHAEL C. TURPEN
528 N.W. 12TH STREET
0
OKLAHOMA CITY, OK 73103

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**  $Undetermined

REHKOP, JOHN
C/O HADWIGER & JUNGMAN, P.L.L.C.
ATTN: KYLE B. HADWIGER
120 S. GRAND
CHEROKEE, OK 73728

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor ___SandRidge Energy, Inc._____     Case number *(if known)* __16-32488 (DRJ)_____
　　　　　　　Name

---

**Part 2:**　**Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.132**　**Nonpriority creditor's name and mailing address**　　　　　　　　$Underdetermined

REYNOLDS, DAN
C/O LAW OFFICE OF MARK A. COX
15401 N. MAY AVE
EDMOND, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 2/16/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.133**　**Nonpriority creditor's name and mailing address**　　　　　　　　$Underdetermined

RIOS, JULIAN
C/O LAW OFFICE OF FENTON, FENTON, SMITH, RENEAU & MOON
211 N ROBINSON
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 3/13/2013

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.134**　**Nonpriority creditor's name and mailing address**　　　　　　　　$Underdetermined

RIOS, JULIAN
C/O C. SCOTT BEUCH
2201 N. CLASSEN
OKLAHOMA CITY, OK 73106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.135**　**Nonpriority creditor's name and mailing address**　　　　　　　　$Underdetermined

RLI INSURANCE COMPANY
8 E. GREENWAY PLAZA
SUITE 400
HOUSTON, TX 77046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond in the amount of $25,000 for the benefit of State of Oklahoma

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.136**　**Nonpriority creditor's name and mailing address**　　　　　　　　$Underdetermined

ROAD RUNNER TRUCKING L.L.C
C/O HILTGEN & BREWER, P.C.
ATTN: BROCK C. BOWERS
9505 NORTH KELLEY AVENUE
OKLAHOMA CITY, OK 73131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      SandRidge Energy, Inc.                                        Case number *(if known)* 16-32488 (DRJ)
                    Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.137** | **Nonpriority creditor's name and mailing address** | | $Underdetermined

ROBERT MADDUX
C/O MITCHEL, GASTON, RIFFEL & RIFFEL, PLLC
ATTN: JONATHAN F. BENHAM
3517 W. OWEN K. GARRIOTT
SUITE ONE
ENID, OK 73703

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**3.138** | **Nonpriority creditor's name and mailing address** | | $Underdetermined

ROSELLO, TABATHA P.
C/O JUAN SILVA
1100 S. GRANT AVE
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**3.139** | **Nonpriority creditor's name and mailing address** | | $Underdetermined

ROSS, LAWRENCE
C/O THE ROSEN LAW FIRM, P.A.
ATTN: LAURENCE M. ROSEN
275 MADISON AVENUE
34TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**3.140** | **Nonpriority creditor's name and mailing address** | | $Underdetermined

ROWLAND, MARCUS
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**3.141** | **Nonpriority creditor's name and mailing address** | | $Underdetermined

SAENZ, JOSE PEPE
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Debtor ____SandRidge Energy, Inc._____     Case number *(if known)* __16-32488 (DRJ)_____
           Name

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.142**   **Nonpriority creditor's name and mailing address**                                                       $26,736,790.22

SandRidge CO2, LLC
123 ROBERT S. KERR AVENUE
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.143**   **Nonpriority creditor's name and mailing address**                                                       $2,317,730,601.02

SandRidge Exploration and Production, LLC
123 ROBERT S. KERR AVENUE
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.144**   **Nonpriority creditor's name and mailing address**                                                       $271,410,693.71

SandRidge Holdings, Inc.
123 ROBERT S. KERR AVENUE
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.145**   **Nonpriority creditor's name and mailing address**                                                       $139,269,462.17

SandRidge Midstream, Inc.
123 ROBERT S. KERR AVENUE
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.146**   **Nonpriority creditor's name and mailing address**                                                       $Undetermined

SCHOEPPEL, CYNTHIA ANN
C/O RACHEL LAWRENCE MOR, P.C.
ATTN: RACHEL LAWRENCE MOR, P.C.
3037 N.W. 63RD ST.
SUITE 205
OKLAHOMA CITY, OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
❑ No
❑ Yes

---

Debtor     SandRidge Energy, Inc.                       Case number *(if known)* __16-32488 (DRJ)__
            Name

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.147 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|
| | SCOTT, D. DWIGHT<br>RESEARCHING ADDRESS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.148 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|
| | SD MISSISSIPPIAN TRUST I,<br>C/O WILSON LAW FIRM<br>ATTN: RYAN S. WILSON<br>P.O. BOX 891390<br>OKLAHOMA CITY, OK 73189 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.149 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|
| | SD MISSISSIPPIAN TRUST II,<br>C/O WILSON LAW FIRM<br>ATTN: RYAN S. WILSON<br>P.O. BOX 891390<br>OKLAHOMA CITY, OK 73189 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.150 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|
| | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: LEGAL DEPARTMENT<br>3 WORLD FINANCIAL CENTER<br>SANDY HOOK #400<br>NEW YORK, NY 10281 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.151 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|
| | SEROTA, JEFFREY S.<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Potential litigation claim | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| Debtor | SandRidge Energy, Inc. | Case number *(if known)* | 16-32488 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.152** | **Nonpriority creditor's name and mailing address** | $Underdetermined

SHERIGHAM, INC.
C/O GREENFIELD & GOODMAN LLC
ATTN: RICHARD D. GREENFIELD
250 HUDSON ST, 8TH FLOOR
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | $Underdetermined

SIMPSON, LOUIS A.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STARK, PAUL
C/O FULLER, TUBB, BICKFORD & KRAHL, PLLC
ATTN:  JEREMY TUBB
201 ROBERT S. KERR AVE.
SUITE 1000
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF ALABAMA UNCLAIMED PROPERTY DIVISION
P.O. BOX 302520
MONTGOMERY, AL 36130-2520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF ALASKA UNCLAIMED PROPERTY DIVISION
STATE OF ALASKA - TREASURY DIVISION
PO BOX 110405
JUNEAU, AK 99811-0405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor     SandRidge Energy, Inc.
           _____
           Name

Case number *(if known)* 16-32488 (DRJ)

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF ARIZONA UNCLAIMED PROPERTY DIVISION
1600 W MONROE DIVISION CODE:10
PHOENIX, AZ 85007-2650

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF ARKANSAS UNCLAIMED PROPERTY DIVISION
ARKANSAS AUDITOR OF STATE
1401 WEST CAPITOL AVENUE, SUITE 325
LITTLE ROCK, AR 72201

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF CALIFORNIA UNCLAIMED PROPERTY DIVISION
CALIFORNIA STATE CONTROLLER'S OFFICE
10600 WHITE ROCK ROAD, SUITE 141
RANCHO CORDOVA, CA 95670

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF COLORADO UNCLAIMED PROPERTY DIVISION
THE GREAT COLORADO PAYBACK OFFICE
1580 LOGAN ST., STE. 500
DENVER, CO 80203

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
PO BOX 5065
HARTFORD, CT 06102

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

Debtor      SandRidge Energy, Inc.                                    Case number *(if known)* 16-32488 (DRJ)
            _____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.162**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

STATE OF DELAWARE UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF FINANCE, DIVISION OF REVENUE
STATE ESCHEATOR
P.O. BOX 8931
WILMINGTON, DE 19801-3509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

STATE OF FLORIDA UNCLAIMED PROPERTY BUREAU
FLORIDA DEPARTMENT OF FINANCIAL SERVICES
200 E. GAINES STREET
TALLAHASSEE, FL 32399-0358

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

STATE OF GEORGIA UNCLAIMED PROPERTY DIVISION
GEORGIA DEPARTMENT OF REVENUE
LOCAL GOVERNMENT SERVICES
4245 INTERNATIONAL PARKWAY, SUITE A
HAPEVILLE, GA 30349-1824

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

STATE OF HAWAII UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF BUDGET AND FINANCE
P. O. BOX 150
HONOLULU, HI 96810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

STATE OF IDAHO UNCLAIMED PROPERTY PROGRAM
STATE TAX COMMISSION
P.O. BOX 70012
BOISE, ID 70012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      SandRidge Energy, Inc.                                        Case number (if known)  16-32488 (DRJ)
            Name

| **Part 2:** | **Additional Page** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.167** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF ILLINOIS UNCLAIMED PROPERTY DIVISION
OFFICE OF STATE TREASURER
P.O. BOX 19495
SPRINGFIELD, IL 62794-9495

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF INDIANA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE ATTORNEY GENERAL
PO BOX 2504
GREENWOOD, IN 46142

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF IOWA UNCLAIMED PROPERTY DIVISION
GREAT IOWA TREASURE HUNT
LUCAS STATE OFFICE BUILDING
321 E. 12TH ST., 1ST FLOOR.
DES MOINES, IA 50319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF KANSAS UNCLAIMED PROPERTY DIVISION
KANSAS STATE TREASURER
900 SW JACKSON, SUITE 201
TOPEKA, KS 66612-1235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF KENTUCKY UNCLAIMED PROPERTY DIVISION
KENTUCKY STATE TREASURY
1050 US HIGHWAY 127 SOUTH, SUITE 100
FRANKFORT, KY 40601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    SandRidge Energy, Inc.
          _____
          Name

Case number *(if known)* 16-32488 (DRJ)
          _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172**

**Nonpriority creditor's name and mailing address**

$Underlined Undetermined

STATE OF LOUISIANA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
P.O. BOX 91010
BATON ROUGE, LA 70821-9010

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.173**

**Nonpriority creditor's name and mailing address**

$Undetermined

STATE OF MAINE UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
ATTN: UNCLAIMED PROPERTY
39 STATE HOUSE STATION
AUGUSTA, ME 04333

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.174**

**Nonpriority creditor's name and mailing address**

$Undetermined

STATE OF MARYLAND UNCLAIMED PROPERTY UNIT
COMPTROLLER OF MARYLAND
301 W. PRESTON STREET
BALTIMORE, MD 21201-2385

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.175**

**Nonpriority creditor's name and mailing address**

$Undetermined

STATE OF MASSACHUSETTS UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF THE STATE TREASURER
ABANDONED PROPERTY DIVISION
ONE ASHBURTON PLACE, 12TH FLOOR
BOSTON, MA 02108-1608

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.176**

**Nonpriority creditor's name and mailing address**

$Undetermined

STATE OF MICHIGAN UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
PO BOX 30756
LANSING, MI 48909

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

Debtor   SandRidge Energy, Inc.                                    Case number *(if known)* 16-32488 (DRJ)
_____
Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.177**   **Nonpriority creditor's name and mailing address**                                    $Undetermined

STATE OF MINNESOTA UNCLAIMED PROPERTY PROGRAM
MINNESOTA DEPARTMENT OF COMMERCE
85 7TH PLACE EAST, SUITE 500
ST. PAUL, MN 55101-2198

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.178**   **Nonpriority creditor's name and mailing address**                                    $Undetermined

STATE OF MISSISSIPPI UNCLAIMED PROPERTY DIVISION
MISSISSIPPI TREASURY
PO BOX 138
JACKSON, MS 39205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.179**   **Nonpriority creditor's name and mailing address**                                    $Undetermined

STATE OF MISSOURI UNCLAIMED PROPERTY SECTION
STATE TREASURER'S OFFICE
P.O. BOX 1004
JEFFERSON CITY, MO 65102-1272

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.180**   **Nonpriority creditor's name and mailing address**                                    $Undetermined

STATE OF MONTANA UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF REVENUE
ATTN: UNCLAIMED PROPERTY
P.O. BOX 5805
HELENA, MT 59604-5805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.181**   **Nonpriority creditor's name and mailing address**                                    $Undetermined

STATE OF NEBRASKA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
809 P ST
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor      SandRidge Energy, Inc.
            _____          Case number (*if known*) 16-32488 (DRJ)
            Name                                                              _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.182 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
| --- | --- | --- |

STATE OF NEVADA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
555 E WASHINGTON AVENUE, SUITE 4200
LAS VEGAS, NV 89101-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.183 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
| --- | --- | --- |

STATE OF NEW HAMPSHIRE UNCLAIMED PROPERTY DIVISION
TREASURY DEPARTMENT
25 CAPITOL STREET, ROOM 205
CONCORD, NH 03301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.184 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
| --- | --- | --- |

STATE OF NEW JERSEY UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
P.O. BOX 214
TRENTON, NJ 08695-0214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.185 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
| --- | --- | --- |

STATE OF NEW MEXICO UNCLAIMED PROPERTY DIVISION
TAXATION & REVENUE DEPARTMENT
P.O. BOX 25123
SANTA FE, NM 87504-5123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.186 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
| --- | --- | --- |

STATE OF NEW YORK UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE COMPTROLLER
OFFICE OF UNCLAIMED FUNDS
110 STATE STREET, 8TH FLOOR
ALBANY, NY 12236

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 38 of 52

Debtor    SandRidge Energy, Inc.                                      Case number *(if known)* 16-32488 (DRJ)
_____                                      _____
          Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.187 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

STATE OF NORTH CAROLINA UNCLAIMED PROPERTY PROGRAM
DEPARTMENT OF STATE TREASURER
325 NORTH SALISBURY STREET
RALEIGH, NC 27603-1385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.188 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

STATE OF NORTH DAKOTA UNCLAIMED PROPERTY DIVISION
STATE LAND DEPARTMENT
P.O. BOX 5523
BISMARCK, ND 58506-5523

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.189 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

STATE OF OHIO UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF COMMERCE
77 SOUTH HIGH STREET, 20TH FLOOR
COLUMBUS, OH 43215-6108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

STATE OF OKLAHOMA UNCLAIMED PROPERTY DIVISION
OKLAHOMA STATE TREASURER
4545 N. LINCOLN BLVD., STE. 106
OKLAHOMA CITY, OK 73105-3413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address** | | $<u>Undetermined</u> |
|---|---|---|---|

STATE OF OREGON UNCLAIMED PROPERTY DIVISION
DIVISION OF STATE LANDS - TRUST PROPERTY SECTION
775 SUMMER ST. NE #100
SALEM, OR 97301-1279

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor      SandRidge Energy, Inc.                                                Case number *(if known)* 16-32488 (DRJ)
          Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.192** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

STATE OF PENNSYLVANIA UNCLAIMED PROPERTY DIVISION
TREASURY DEPARTMENT
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105-1837

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

STATE OF RHODE ISLAND UNCLAIMED PROPERTY DIVISION
OFFICE OF THE GENERAL TREASURER
P.O. BOX 1435
PROVIDENCE, RI 02901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

STATE OF SOUTH CAROLINA UNCLAIMED PROPERTY PROGRAM
STATE TREASURER'S OFFICE
P. O. BOX 11778
COLUMBIA, SC 29211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

STATE OF SOUTH DAKOTA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
500 EAST CAPITOL AVE, SUITE 212
PIERRE, SD 57501-5070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

STATE OF TENNESSEE UNCLAIMED PROPERTY DIVISION
TREASURY DEPARTMENT
ANDREW JACKSON BLDG., 9TH FLOOR
500 DEADERICK STREET
NASHVILLE, TN 37243-0242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor __SandRidge Energy, Inc._____      Case number *(if known)* __16-32488 (DRJ)__
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.197 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

STATE OF TEXAS UNCLAIMED PROPERTY DIVISION
COMPTROLLER OF PUBLIC ACCOUNTS
POST OFFICE BOX 12019
AUSTIN, TX 78711-2019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.198 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

STATE OF UTAH UNCLAIMED PROPERTY DIVISION
STATE TREASURER'S OFFICE
341 SOUTH MAIN ST., 5TH FLOOR
SALT LAKE CITY, UT 84111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.199 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

STATE OF VERMONT UNCLAIMED PROPERTY DIVISION
VERMONT STATE TREASURER
ABANDONED PROPERTY DIVISION
PAVILLION BUILDING 109 STATE STREET, 4TH FLOOR
MONTPELIER, VT 05609-6200

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.200 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

STATE OF VIRGINIA UNCLAIMED PROPERTY DIVISION
VIRGINIA DEPARTMENT OF THE TREASURY
DIVISION OF UNCLAIMED PROPERTY
P.O. BOX 2478
RICHMOND, VA 23218-2478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.201 | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u> |
|---|---|---|

STATE OF WASHINGTON UNCLAIMED PROPERTY SECTION
DEPARTMENT OF REVENUE
PO BOX 47477
OLYMPIA, WA 98504-7477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    SandRidge Energy, Inc.                                Case number *(if known)* 16-32488 (DRJ)
          Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.202** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF WEST VIRGINIA UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
ONE PLAYERS CLUB DRIVE
CHARLESTON, WV 25311

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

[X] No
[ ] Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF WISCONSIN UNCLAIMED PROPERTY UNIT
STATE TREASURER'S OFFICE
P.O. BOX 2114
MADISON, WI 53701-2114

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

[X] No
[ ] Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STATE OF WYOMING UNCLAIMED PROPERTY DIVISION
OFFICE OF THE STATE TREASURER
2515 WARREN AVENUE, SUITE 502
CHEYENNE, WY 82002

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

[X] No
[ ] Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STICE, J. MIKE
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | $Underdetermined

STOCKER, KEVIN T.
C/O KEVIN T. STOCKER
2645 SHERIDAN DRIVE
TONAWANDA, NY 14150

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

Debtor    SandRidge Energy, Inc.                                    Case number *(if known)* 16-32488 (DRJ)
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.207** | **Nonpriority creditor's name and mailing address** | $Underdetermined

SURBAUGH, STEVE
C/O THE ROSEN LAW FIRM, P.A.
ATTN: PHILLIP KIM
275 MADISON AVE.
34TH FLOOR
NEW YORK, NY 10018-1405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | $Underdetermined

TABATHA P. ROSELLO, AS REPRESENTATIVE OF THE ESTATE OF
ALBERT CARILLO
C/O JUAN SILVA
1100 S. GRANT AVE
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | $Underdetermined

TANYA BARFIELD, INDIVIDUALLY AND AS NEXT FRIENDS OF
CHRISTOPHER BARFIELD AND KAITLIN BARFIELD, MINOR CHILDREN
C/O THE MALHOTRA LAW FIRM
ATTN: RAHUL MALHOTRA
319 NORTH GRANT AVENUE
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | $Underdetermined

TEXAS COMMISSION OF ENVIRONMENTAL QUALITY
OFFICE OF ENVIRONMENTAL COMPLIANCE & ENFORCEMENT
PO BOX 13087
AUSTIN, TX 78711-3087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential regulatory claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | $Underdetermined

THE EMPLOYEE BENEFITS AND COMPENSATION COMMITTEE OF
SANDRIDGE ENERGY, INC.
C/O ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: KENNETH P. HERZINGER
405 HOWARD STREET
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     SandRidge Energy, Inc.
        _____
        Name

Case number *(if known)* 16-32488 (DRJ)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.212**    **Nonpriority creditor's name and mailing address**        $Undetermined

THE INVESTMENT COMMITTEE OF SANDRIDGE ENERGY, INC.
C/O ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: KENNETH P. HERZINGER
405 HOWARD STREET
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.213**    **Nonpriority creditor's name and mailing address**        $Undetermined

THE INVESTMENT COMMITTEE OF SANDRIDGE ENERGY, INC.
C/O ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: KENNETH P. HERZINGER
405 HOWARD STREET
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.214**    **Nonpriority creditor's name and mailing address**        $Undetermined

THE RUBY L. STUCKY TRUST
C/O THE WEST LAW FIRM
ATTN: TERRY W. WEST
124 WEST HIGHLAND STREET
SHAWNEE, OK 74801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.215**    **Nonpriority creditor's name and mailing address**        $Undetermined

TLW LAND & CATTLE, L.P.,
C/O LATHAM & WATKINS LLP
ATTN: J. CHRISTIAN WORD
555 ELEVENTH STREET, NW
SUITE 1000
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.216**    **Nonpriority creditor's name and mailing address**        $Undetermined

TONYA WRIGHT, AS REPRESENTATIVE OF THE ESTATE OF EARL A. WRIGHT, III
C/O ROBERT E. WHITE
230 WEST THIRD ST
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SandRidge Energy, Inc.                                  Case number *(if known)* 16-32488 (DRJ)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

3.217   **Nonpriority creditor's name and mailing address**                                          $Undetermined

TURNER, LEIGH ANN
C/O HOLLOWAY DOBSON & BACHMAN          **As of the petition filing date, the claim is:**
ATTN: BRYAN G. GARRETT                 *Check all that apply.*
ONE LEADERSHIP SQUARE, SUITE 900
211 N. ROBINSON                        ☒ Contingent
OKLAHOMA CITY, OK 73102                ☒ Unliquidated
                                       ☒ Disputed

                                       **Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.218   **Nonpriority creditor's name and mailing address**                                          $Undetermined

TURNER, PAUL
C/O HOLLOWAY DOBSON & BACHMAN          **As of the petition filing date, the claim is:**
ATTN: BRYAN G. GARRETT                 *Check all that apply.*
ONE LEADERSHIP SQUARE, SUITE 900
211 N. ROBINSON                        ☒ Contingent
OKLAHOMA CITY, OK 73102                ☒ Unliquidated
                                       ☒ Disputed

                                       **Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.219   **Nonpriority creditor's name and mailing address**                                          $Undetermined

TURNER, PAUL
C/O HOLLOWAY, DOBSON & BACHMAN, PLLC   **As of the petition filing date, the claim is:**
ATTN:  BRYAN G. GARRETT                *Check all that apply.*
211 N ROBINSON, SUITE 900
OKLAHOMA CITY, OK 73102                ☒ Contingent
                                       ☒ Unliquidated
                                       ☒ Disputed

                                       **Basis for the claim:** Contingent general liability claim

**Date or dates debt was incurred** 4/17/2013      **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.220   **Nonpriority creditor's name and mailing address**                                          $Undetermined

US SPECIALTY INSURANCE COMPANY
777 POST OAK BLVD.                     **As of the petition filing date, the claim is:**
SUITE 330                             *Check all that apply.*
HOUSTON, TX 77056
                                       ☒ Contingent
                                       ☒ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** Surety Bond in the amount of $50,000 for the benefit of City of
                                       Fairview
**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.221   **Nonpriority creditor's name and mailing address**                                          $Undetermined

VAN METER, JAMES M.
C/O WILGUESS & GARRETT, PLLC           **As of the petition filing date, the claim is:**
ATTN: DOUGLAS D. WILGUESS              *Check all that apply.*
211 N. ROBINSON
OKLAHOMA CITY, OK 73102                ☒ Contingent
                                       ☒ Unliquidated
                                       ☒ Disputed

                                       **Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

Debtor      SandRidge Energy, Inc.                                    Case number *(if known)*  16-32488 (DRJ)
            _____
            Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.222** | **Nonpriority creditor's name and mailing address** | $Underdetermined

VIRGINIA WEAVER, AS NEXT FRIEND OF ALBERT A. CARILLO, A MINOR
C/O JUAN SILVA
1100 S. GRANT AVE
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | $Underdetermined

WARD, TOM L.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Severance Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | $Underdetermined

WARD, TOM L.
C/O LATHAM & WATKINS LLP
ATTN: MARGARET A. TOUGH
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | $Underdetermined

WASHINGTON DC UNCLAIMED PROPERTY DIVISION
OFFICE OF THE CHIEF FINANCIAL OFFICER
1350 PENNSYLVANIA AVENUE, NW, SUITE 203
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Escheatment Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | $Underdetermined

WCT RESOURCES, L.L.C.,
C/O GARDERE WYNNE SEWELL LLP
ATTN: PETER SCAFF
1000 LOUISIANA
SUITE 3400
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 46 of 52

Debtor       SandRidge Energy, Inc.                                        Case number *(if known)* 16-32488 (DRJ)
             Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.227** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

WEAVER, VIRGINIA
C/O JUAN SILVA
1100 S. GRANT AVE
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | $<u>Undetermined</u>

WEBER, ALAN J.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | $<u>407,576,234.04</u>

WELLS FARGO
750 N SAINT PAUL ST, SUITE 1750
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** As provided in the 8.75% Unsecured Senior Notes Due 2020

**Date or dates debt was incurred** 12/16/2009

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | $<u>767,162,699.70</u>

WELLS FARGO
750 N SAINT PAUL ST, SUITE 1750
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** As provided in the 7.50% Unsecured Senior Notes Due 2021

**Date or dates debt was incurred** 3/14/2011

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | $<u>531,252,586.70</u>

WELLS FARGO
750 N SAINT PAUL ST, SUITE 1750
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** As provided in the 8.125% Unsecured Senior Notes Due 2022

**Date or dates debt was incurred** 4/17/2012

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    SandRidge Energy, Inc.                             Case number *(if known)* 16-32488 (DRJ)
              Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.232** | **Nonpriority creditor's name and mailing address** | **$553,687,974.29**

WELLS FARGO
750 N SAINT PAUL ST, SUITE 1750
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** As provided in the 7.50% Unsecured Senior Notes Due 2023

**Date or dates debt was incurred** 8/20/2012

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.233** | **Nonpriority creditor's name and mailing address** | **$24,093.33**

WELLS FARGO BANK MINNESOTA N A
CORPORATE TRUST
MAC N9303-120
SIXTH & MARQUETTE
MINNEAPOLIS, MN 55479

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.234** | **Nonpriority creditor's name and mailing address** | **$Undetermined**

WESTBROOK, DAN A.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.235** | **Nonpriority creditor's name and mailing address** | **$Undetermined**

WHITE, MICHELLE
C/O SILL LAW GROUP, PLLC
ATTN: TARA TABATABAIE
14005 N. EASTERN AVE.
EDMOND, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.236** | **Nonpriority creditor's name and mailing address** | **$Undetermined**

WHITSON, MARY L.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  SandRidge Energy, Inc.
Name

Case number *(if known)* 16-32488 (DRJ)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237** **Nonpriority creditor's name and mailing address** — $Undetermined

WHITSON, MARY L.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address** — $Undetermined

WHITTEMORE, FREDERICK B.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address** — $Undetermined

WILLENBUCHER, MATHEW
C/O THE ROSEN LAW FIRM, P.A.
ATTN: LAURENCE M. ROSEN
275 MADISON AVENUE
34TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address** — $40,965,088.22

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN:  STEVEN M. CIMALORE
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** As provided in the 8.125% Unsecured Convertible Notes Due 2022

**Date or dates debt was incurred** 8/19/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241** **Nonpriority creditor's name and mailing address** — $47,774,647.18

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN:  STEVEN M. CIMALORE
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** As provided in the 7.50% Unsecured Convertible Notes Due 2023

**Date or dates debt was incurred** 8/19/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor     SandRidge Energy, Inc.                                Case number *(if known)*   16-32488 (DRJ)
              Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.242 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

WRIGHT, JOHN L.
C/O WILGUESS & GARRETT, PLLC
ATTN: DOUGLAS D. WILGUESS
211 N. ROBINSON
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.243 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

WRIGHT, TONYA
C/O ROBERT E. WHITE
230 WEST THIRD ST
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential litigation claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      SandRidge Energy, Inc.                                    Case number *(if known)*  16-32488 (DRJ)
            Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | CANTU, CHON<br>C/O RUIZ & ASSOCIATES<br>ATTN: JOSE J. RUIZ<br>513 CEYLON ST<br>EAGLE PASS, TX 78852 | Line 3.23<br><br>☐ Not listed. Explain _____ | |
| 4.2 | HIDALGO, JESUS MANUEL<br>120 N ELM<br>PERRYTON, TX 79070 | Line 3.74<br><br>☐ Not listed. Explain _____ | |
| 4.3 | HIDALGO, JESUS MANUEL<br>C/O HALLEY, TALBOT, SMITHTON<br>13901 QUAIL POINTE DR<br>OKLAHOMA CITY, OK 73134 | Line 3.74<br><br>☐ Not listed. Explain _____ | |
| 4.4 | KINGID, ROBERT (DEC)<br>C/O HOLLOWAY, MAPLES, NIX & DIESSELHORST<br>15401 N. MAY AVE.<br>EDMOND, OK 73013 | Line 3.85<br><br>☐ Not listed. Explain _____ | |
| 4.5 | REYNOLDS, DAN<br>C/O MAPLES, NIX & DIESSELHORST<br>15401 N MAY AVE<br>EDMOND, OK 73013 | Line 3.132<br><br>☐ Not listed. Explain _____ | |

Debtor    SandRidge Energy, Inc.
          _____    Case number *(if known)* 16-32488 (DRJ)
          Name

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 6,429,496,049.78<br>+ undetermined amounts |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,429,496,049.78<br>+ undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  SandRidge Energy, Inc.

United States Bankruptcy Court for the: Southern                District of  Texas
                                                                        (State)

Case number (If known):  16-32488 (DRJ)                    Chapter  _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AND SALE AGREEMENT (3) START DATE - 1) 6/1/2006, 2) 6/4/2007, 3) 6/7/2007 | 1) WALLACE JORDAN, LLC<br>2) WALLACE JORDAN, LLC; DAN JORDAN<br>3) WALLACE JORDAN, LLC; DAN JORDAN<br>P.O. BOX 52501<br>TULSA, OK 74152 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) | 4A ENERGY ADVISORS*<br>PO BOX 822711<br>NORTH RICHLAND HILLS, TX 76182 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE CONTRACT<br>SERVICE AGREEMENT<br>START DATE - 05/30/2011 | 7 INDUSTRIES DBA ECO7<br>7 INDUSTRIES<br>4 NE 10TH STREET<br>OKLAHOMA CITY, OK 73104 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE: BUILDING AND LAND START DATE - 12/03/2015 | ACTON MOBILE INDUSTRIES<br>809 GLENEAGLES COURT<br>SUITE 300<br>BALTIMORE, MD 21289 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE CONTRACT | ALFALFA ELECTRIC COOPERATIVE, INC.<br>PO BOX 39<br>CHEROKEE, OK 73728 |

Debtor      SandRidge Energy, Inc.                                    Case number *(if known)*  16-32488 (DRJ)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT AEC BATHURST 2711 1-4H 20140226 START DATE - 02/26/2014 | ALFALFA ELECTRIC COOPERATIVE, INC. PO BOX 39 CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT AEC BATHURST 2711 1-4H 20140226 START DATE - 02/26/2014 | ALFALFA ELECTRIC COOPERATIVE, INC. PO BOX 39 CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT AEC DAVID SCOTT LEASE 20120928 START DATE - 09/28/2012 | ALFALFA ELECTRIC COOPERATIVE, INC. PO BOX 39 CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT AEC DAVID SCOTT LEASE 20120928 START DATE - 09/28/2012 | ALFALFA ELECTRIC COOPERATIVE, INC. PO BOX 39 CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT AEC GOEKEN 2711 1-17H 20140226 START DATE - 02/26/2014 | ALFALFA ELECTRIC COOPERATIVE, INC. PO BOX 39 CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT AEC GOEKEN 2711 1-17H 20140226 START DATE - 02/26/2014 | ALFALFA ELECTRIC COOPERATIVE, INC. PO BOX 39 CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT AEC LOOKOUT PME 20080926 START DATE - 09/26/2008 | ALFALFA ELECTRIC COOPERATIVE, INC. PO BOX 39 CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____     Case number *(if known)*__16-32488 (DRJ)_____
               Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>AEC LOOKOUT PME 20080926<br>START DATE - 09/26/2008 | ALFALFA ELECTRIC COOPERATIVE, INC.<br>PO BOX 39<br>CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>AEC PAYNE 2-22 20080117<br>START DATE - 01/17/2008 | ALFALFA ELECTRIC COOPERATIVE, INC.<br>PO BOX 39<br>CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>AEC PAYNE 2-22 20080117<br>START DATE - 01/17/2008 | ALFALFA ELECTRIC COOPERATIVE, INC.<br>PO BOX 39<br>CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>AEC PAYNE 3-22 20080117<br>START DATE - 01/17/2008 | ALFALFA ELECTRIC COOPERATIVE, INC.<br>PO BOX 39<br>CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>AEC PAYNE 3-22 20080117<br>START DATE - 01/17/2008 | ALFALFA ELECTRIC COOPERATIVE, INC.<br>PO BOX 39<br>CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>AEC SUSANN 1-21 20080117<br>START DATE - 01/17/2008 | ALFALFA ELECTRIC COOPERATIVE, INC.<br>PO BOX 39<br>CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>AEC SUSANN 1-21 20080117<br>START DATE - 01/17/2008 | ALFALFA ELECTRIC COOPERATIVE, INC.<br>PO BOX 39<br>CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___SandRidge Energy, Inc._____
        Name

Case number *(if known)* __16-32488 (DRJ)_____

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT MCCOLLUM 2311 1-22H 20140128 START DATE - 01/28/2014 | ALFALFA ELECTRIC COOPERATIVE, INC. PO BOX 39 CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT MCCOLLUM 2311 1-22H 20140128 START DATE - 01/28/2014 | ALFALFA ELECTRIC COOPERATIVE, INC. PO BOX 39 CHEROKEE, OK 73728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 08/29/2007 | ALLTEL RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) VENDOR AUDIT | AMS-PAR 16 WINGSPAN DRIVE THE WOODLANDS, TX 77381 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | 1. PURCHASE AND SALE AGREEMENT; 2. PURCHASE AND SALE AGREEMENT; 3. PURCHASE AND SALE AGREEMENT START DATE - 1. AUGUST 29, 2006; | ANBE HOLDINGS, L.P. 1601 NW EXPRESSWAY, STE. 350 OKLAHOMA CITY, OK 73118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 10/01/2012 | ANDERSON, MICHAEL S. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | ANDREWS KURTH LLP 600 TRAVIS, SUITE 4200 HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor_____SandRidge Energy, Inc._____      Case number *(if known)*__16-32488 (DRJ)_____
                      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICE SANDRIDGE ENERGY, INC - MAINTENANCE START DATE - 10/01/2015 | AQUIRE SOLUTIONS, INC 400 E. LAS COLINAS BLVD SUITE 500 IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 09/30/1996 | ARAXAS ENERGY CORPORATION; O'SULLIVAN OIL AND GAS COMPANY, INC. 10200 GROGANS MILL RD, SUITE 500 THE WOODLANDS, TX 77380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT AND PLAN OF MERGER START DATE - 04/03/2010 | ARENA RESOURCES, INC. 6555 SOUTH LEWIS AVENUE TULSA, OK 74136 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | LEASE: AUTO SECOND AMENDMENT TO LEASE AGREEMENT THIRD AMENDMENT TO FLEET MANAGEMENT SERVICES AGREEMENT | ARI FLEET AND AUTOMOTIVE RENTALS INC. 4001 LEADENHALL ROAD, PO BOX 5039 MT. LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE: EQUIPMENT FLEET MANAGEMENT SERVICES AGREEMENT START DATE - 05/11/2012 | ARI FLEET AND AUTOMOTIVE RENTALS INC. 4001 LEADENHALL ROAD MT. LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 11/01/2010 | ARRA, MARK T. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE START DATE - 09/18/2015 | AUDIMATION SERVICES, INC. 1250 WOOD BRANCH PARK DRIVE ST SUITE 480 HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   ___SandRidge Energy, Inc._____   Case number *(if known)* __16-32488 (DRJ)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | DERIVATIVES/SWAPS/FOREIGN EXCHANGE/HEDGING AGREEMENT COMMODITY TRADE CONFIRMATION | BARCLAYS BANK 745 SEVENTH AVE. NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) ADMINISTRATIVE FEES FOR MEDICAL AND DENTAL START DATE - 05/01/2006 | BCBSTX PO BOX 660112 DALLAS, TX 75266-0112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) MEDICAL/DENTAL CLAIMS START DATE - 05/01/2006 | BCBSTX CLAIMS PO BOX 660112 DALLAS, TX 75266-0112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) STOP-LOSS PROVIDER START DATE - 01/01/2016 | BCS 2 MID AMERICA PLAZA SUITE 200 OAKBROOK TERRACE, IL 60181 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | BEATTY & WOZNIAK, P.C. 216 SIXTEENTH ST SUITE 1100 DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) ENROLLMENT AND RECORD KEEPER START DATE - 04/30/2010 | BENEFITSOLVER PO BOX 310411 DES MOINES, IA 50331-0411 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 08/12/2014 | BENNETT, JAMES D. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____
Name

Case number *(if known)* __16-32488 (DRJ)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 07/28/2006 | BEREXCO PERMIAN LLC P.O. BOX 20380 WICHITA, KS 67208 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT BLOOMBERG TERMINALS (3 TOTAL) START DATE - 5/10/2006, 2/17/2015 | BLOOMBERG FINANCE LP 731 LEXINGTON AVENUE NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 09/30/2008 | BMC RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 08/17/2015 | BOTT, JULIAN M. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SUBJECT TO INDEMNITY OBLIGATION | BRACEWELL & GIULIANI LLP 1445 ROSS AVENUE, SUITE 3800 DALLAS, TX 75202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | BYRNE, JUSTIN P. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | ASSET PURCHASE AND SALE AGREEMENT DATE - 01/04/1996 | C/A LIMITED, PETROTEX ENGINEERING COMPANY, CHARTEX PETROLEUM COMPANY 4200 WESTHEIMER, SUITE 230 HOUSTON, TX 77027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc.              Case number *(if known)* 16-32488 (DRJ)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | CALVERY, ROBERT J. ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 12/22/2005 | CARL E. GUNGOLL EXPLORATION,LLC, MAXWELL RESOURCES CORPORATION, CGD ENERGY, LLC, GRAND VENTURES, LLC, RG BONAGURIO OIL AND GAS, LLC, MARCONI EXPLORATION INC., RAMSEY W. DRAKE II, GREGG BONAGURIO, KEVIN LEE FOXX 6 NE 63RD STREET OKLAHOMA CITY, OK 73154 |
| | State the term remaining List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | CARLISLE, PATTI L. ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | CARLSON, JEFF E. ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) PHARMACY BENEFIT MANAGER START DATE - 01/01/2015 | CATAMARAN PO BOX 27275 NEW YORK, NY 10087-7275 |
| | State the term remaining List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) WORK-SITE HEALTH EVALUATION VENDOR START DATE - 07/16/2012 | CATAPULT HEALTH LLC PO BOX 670713 DALLAS, TX 75267-0713 |
| | State the term remaining List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | CATTLEY, AARON R. ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | | |

Debtor          __SandRidge Energy, Inc._____          Case number *(if known)* __16-32488 (DRJ)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER (PROFESSIONAL SERVICES) INDEPENDENT RESERVOIR ENGINEERING | CAWLEY, GILLESPIE & ASSOCIATES (ZANE MEEKINS) 306 WEST 7TH STREET SUITE 302 FORT WORTH, TX 76102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | CENTERVIEW RESEARCHING ADDRESS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/10/2014 | CHAPARRAL ENERGY, L.L.C. ""OPERATOR"" 701 CEDAR LAKE BOULEVARD OKLAHOMA CITY, OK 73114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/13/2013 | CHAPARRAL ENERGY, L.L.C. ""OPERATOR"" 701 CEDAR LAKE BOULEVARD OKLAHOMA CITY, OK 73114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 10/12/2012 | CHAPARRAL ENERGY, L.L.C. ""OPERATOR"" 701 CEDAR LAKE BOULEVARD OKLAHOMA CITY, OK 73114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/12/2012 | CHAPARRAL ENERGY, L.L.C. ""OPERATOR"" 701 CEDAR LAKE BOULEVARD OKLAHOMA CITY, OK 73114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/04/2012 | CHAPARRAL ENERGY, L.L.C. ""OPERATOR"" 701 CEDAR LAKE BOULEVARD OKLAHOMA CITY, OK 73114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor      __SandRidge Energy, Inc._____          Case number *(if known)* __16-32488 (DRJ)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 07/13/2006 | CHESAPEAKE EXPLORATION LIMITED PARTNERSHIP 6100 N. WESTERN AVENUE OKLAHOMA CITY, OK 73118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/03/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/15/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/15/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/20/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/20/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/24/2010 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   __SandRidge Energy, Inc._____   Case number *(if known)* __16-32488 (DRJ)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/25/2013 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/26/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/29/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 01/30/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/01/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/02/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/07/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      _SandRidge Energy, Inc._____        Case number _(if known)_ _16-32488 (DRJ)_____
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/09/2010 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/10/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/11/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/12/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/13/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/19/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/19/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___SandRidge Energy, Inc._____  Case number *(if known)* __16-32488 (DRJ)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/19/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/20/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/22/2012 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 02/25/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/04/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/06/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/06/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    <u>SandRidge Energy, Inc.</u>
Name

Case number *(if known)* <u>16-32488 (DRJ)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/06/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/14/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/20/2010 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/27/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/27/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/27/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 03/30/2011 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     SandRidge Energy, Inc.
           Name                                          Case number (if known)  16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 04/09/2013 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 04/09/2013 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 04/16/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 04/16/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 04/17/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 04/18/2012 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 04/28/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc.        Case number *(if known)* 16-32488 (DRJ)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 04/28/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 04/30/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 05/03/2012 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 05/04/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 05/07/2010 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 05/15/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 05/18/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc.                                    Case number (if known)  16-32488 (DRJ)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 05/20/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 05/21/2012 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 06/16/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 06/16/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 06/16/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 06/17/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 06/22/2011 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____        Case number *(if known)* __16-32488 (DRJ)_____
<span style="font-size:smaller">Name</span>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 06/29/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 06/30/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 06/30/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/01/2014 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/15/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/17/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/17/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     SandRidge Energy, Inc.       Case number *(if known)*   16-32488 (DRJ)
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/21/2011 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/24/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/24/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/24/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 07/28/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 08/14/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 08/14/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc._____      Case number *(if known)*  16-32488 (DRJ)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 08/21/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 08/25/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/04/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/07/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/08/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/09/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/11/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor        SandRidge Energy, Inc.
              Name                                                        Case number *(if known)*  16-32488 (DRJ)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/21/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/21/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/22/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/24/2012 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/25/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/29/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 09/29/2010 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   __SandRidge Energy, Inc._____    Case number *(if known)* __16-32488 (DRJ)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 10/01/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 10/02/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 10/29/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 10/30/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 10/30/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 11/06/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 11/06/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    __SandRidge Energy, Inc._____
          Name

Case number *(if known)* __16-32488 (DRJ)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 11/07/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 11/15/2012 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 11/17/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 11/17/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 11/26/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 11/29/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/04/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  ___SandRidge Energy, Inc._____  Case number *(if known)*  __16-32488 (DRJ)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/04/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/06/2006 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/10/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/11/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/13/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/15/2009 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/18/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____     Case number *(if known)* __16-32488 (DRJ)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/18/2008 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT MARKETING LETTER AGREEMENT START DATE - 12/20/2007 | CHESAPEAKE OPERATING, INC. ""OPERATOR"" P.O. BOX 18496 OKLAHOMA CITY, OK 73154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | CHRISTIAN, STEPHANIE R. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | CIMARRON ELECTRIC COOPERATIVE P O BOX 299 KINGFISHER, OK 73750 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 11/22/2002 | CITATION OIL & GAS CORP.; CITATION 1987 INVESTMENT LIMITED PARTNERSHIP 8223 WILLOW PLACE SOUTH HOUSTON, TX 77070-5623 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | CMS ELECTRIC COOPERATIVE, INC. PO BOX 790 MEADE, KS 67864 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT CMS PROTECTION PME RETIRED | CMS ELECTRIC COOPERATIVE, INC. PO BOX 790 MEADE, KS 67864 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     __SandRidge Energy, Inc._____          Case number *(if known)* __16-32488 (DRJ)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT CMS PROTECTION PME RETIRED | CMS ELECTRIC COOPERATIVE, INC. PO BOX 790 MEADE, KS 67864 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEES PARENT COMPANY GUARANTEES START DATE - 08/21/2008 | COASTAL CHEMICAL CO., LLC DEPT 2214 P O BOX 122214 DALLAS, TX 75312-2214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 12/24/2012 | COATES, TODD L. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BENEFIT PLANS HEALTH CARE CONCIERGE/WELLNESS VENDOR START DATE - 09/01/2012 | COMPASS 3102 OAK LAWN STE 215 DALLAS, TX 75219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) EAP START DATE - 10/01/2011 | COMPSYCH NBC TOWER 13TH FLOOR 455 N CITYFRONT PLAZA DRIVE CHICAGO, IL 60611-5322 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | CONNER & WINTERS, LLP 1700 ONE LEADERSHIP SQUARE, 211 N. ROBINSON OKLAHOMA CITY, OK 73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | CORDELL, GLEN E. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor         SandRidge Energy, Inc.
               Name                                                    Case number (if known)   16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | CORNERSTONE RESEARCH TWO EMBARCADERO CENTER, 20TH FL SAN FRANCISCO, CA 94111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | COVINGTON & BURLING LLP THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT MULTIPLE AGREEMENTS FOR DATA AND PHONE SERVICES FOR SANDRIDGE TOWER. THIS INCLUDE THE INTERNET CIRCUIT | COX COMMUNICATIONS PO BOX 248851 OKLAHOMA CITY, OK 73124-8851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 07/24/2007 | COX COMMUNICATIONS RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 06/27/2011 | CRAMER (KARBERG), SUSAN M. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | CROWE & DUNLEVY, P.C. BRANIFF BUILDING, 324 N. ROBINSON, SUITE 100 OKLAHOMA CITY, OK 73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) TAX PROFESSIONAL | CROWE HORWORTH, LLP RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____
Name

Case number *(if known)* __16-32488 (DRJ)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | DEBEVOISE & PLIMPTON, LLP 919 THIRD AVENUE NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | DELOITTE FINANCIAL ADVISORY SERVICES LLP 111 S. WACKER DRIVE CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 07/17/2013 | DILIGENT BOARD MEMBER SERVICES, INC. RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SUBJECT TO INDEMNITY OBLIGATION | DLA PIPER LLP 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 05/07/2012 | DOBBINS, NICOLE B. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | DOLTON, CLIFFORD A. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | DUNN, JENNIFER A. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc.
            Name                                                    Case number *(if known)*  16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 02/01/2013 | DYKES, GREGORY B. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | EQUITY PURCHASE AGREEMENT START DATE - 02/01/2012 | DYNAMIC OFFSHORE HOLDING, LP, R/C DYNAMIC HOLDINGS, L.P. 712 5TH AVENUE, 51ST FLOOR NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | BANKING SERVICE AGREEMENT EQUITY EDGE ONLINE SERVICES | E*TRADE FINANCIAL CORPORATE SERVICES 4005 WINDWARD PLAZA ALPHARETTA, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | MEMBERSHIP INTEREST PURCHASE AGREEMENT START DATE - 10/02/2015 | EIG PECOS MIDSTREAM, LLC 333 CLAY STREET, SUITE 3500 HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 08/12/2008 | EMC RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | DATA DOMAIN HARDWARE MAINTENANCE FOR AVAMAR GRID | EMC CORPORATION RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROTECTION SUITE FOR DATA DOMAIN AND AVAMAR GRID - 3 YEAR AGREEMENT | EMC CORPORATION RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    __SandRidge Energy, Inc._____        Case number *(if known)* __16-32488 (DRJ)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | HARDWARE MAINTENANCE ON LEGAL HOLD AVAMAR GRID | EMC CORPORATION RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | EMERSON, KRISTIN C. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT NET PURCHASE AND PROCESSING AGREEMENT START DATE - 11/1/2008; AS AMEN | ENABLE MIDSTREAM PARTNERS, LP (FKA ENOGEX GAS GATHERING LLC AND ENOGEX PRODUCTS LLC) PO BOX 24300 OKLAHOMA CITY, OK 73124-0300 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONTRACT / PURCHASE ORDER ENBASE TLS-300-3 WORK ORDER AGREEMENT START DATE - 08/06/2014 | ENBASE, LLC 24 GREENWAY PLAZA STE 1050 HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONTRACT / PURCHASE ORDER ENBASE TLS-300-3 WORK ORDER AGREEMENT START DATE - AUGUST 6, 2014, LA | ENBASE, LLC 24 GREENWAY PLAZA, SUITE 1050 HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT MASTER SERVICES AGREEMENT START DATE - 02/26/2014 | ENBASE, LLC 24 GREENWAY PLAZA HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT TRANSPORTATION START DATE - 11/01/2007 | ENERGY TRANSFER FUEL, LP PO BOX 951439 DALLAS, TX 75395-1439 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      __SandRidge Energy, Inc._____     Case number *(if known)* __16-32488 (DRJ)_____
         <sub>Name</sub>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.209** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT TRANSPORTATION START DATE - 11/01/2007 | ENERGY TRANSFER FUEL, LP PO BOX 951439 DALLAS, TX 75395-1439 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.210** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT INTERCONNECT AGREEMENT START DATE - 11/01/2007 | ENTERPRISE TEXAS PIPELINE LLC PO BOX 974361 DALLAS, TX 75397-4361 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.211** | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SOW FOR ROUTINE TAX ADVISORY SERVICES & OKLAHOM | ERNST & YOUNG LLP 2323 VICTORY AVENUE SUITE 2000 DALLAS, IL 75219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.212** | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 06/01/2009 | ESRI, INC. RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.213** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | ETHERTON, KATHY E. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.214** | State what the contract or lease is for and the nature of the debtor's interest | QUALIFIED EXCHANGE ACCOMMODATION AGREEMENT START DATE - 01/12/2007 | FAE HOLDINGS 389322R, LLC 554 SOUTH 300 EAST, SUITE 200 SALT LAKE CITY, UT 84111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.215** | State what the contract or lease is for and the nature of the debtor's interest | QUALIFIED EXCHANGE ACCOMMODATION AGREEMENT START DATE - 02/26/2007 | FAE HOLDINGS 389322R, LLC 554 SOUTH 300 EAST, SUITE 200 SALT LAKE CITY, UT 84111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      __SandRidge Energy, Inc._____        Case number *(if known)* __16-32488 (DRJ)_____
           <sub>Name</sub>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | FELLERS, SNIDER, BLANKENSHIP, BAILEY & TIPPENS, P.C. 100 NORTH BROADWAY SUITE 1700 OKLAHOMA CITY, OK 73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING CONTRACT COMMUNITY RELATIONS CONTRACT START DATE - 07/06/1905 | FIELDS AND FUTURES 7001 NW 164TH EDMOND, OK 73013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | EQUITY PURCHASE AGREEMENT START DATE - 01/06/2014 | FIELDWOOD ENERGY LLC 2000 W. SAM HOUSTON PKWAY SOUTH, SUITE 1200 HOUSTON, TX 77042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 12/13/2007 | FLEXNET MANAGER RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONTRACT / PURCHASE ORDER PO 13995-3A START DATE - 03/17/2015 | FLOW-QUIP INC 7440 E 46TH PLACE TULSA, OK 74145 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL EXECUTIVE COMPENSATION PROFESSIONAL SERVICE | FREDERIC W. COOK & CO., INC 685 THIRD AVENUE 28TH FLOOR NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 07/09/2014 | GALVIN, LANCE J. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___SandRidge Energy, Inc._____
Name

Case number *(if known)* __16-32488 (DRJ)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT SUPPLY AGREEMENT START DATE - 11/04/2013 | GENERAL SUPPLY & SERVICES, INC., D/B/A GEXPRO 11301 PARTNERSHIP DR OKLAHOMA CITY, OK 73131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 09/21/2011 | GOFF, RONALD T. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | GONZALES (BLANCO), MONICA J. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) TRANSACTIONS | GR PALMER CONSULTING SERVICES LLC 7 CASWELL DRIVE GREENLAND, NH 03840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING CONTRACT COMMUNITY RELATIONS CONTRACT START DATE - 2016 | GREATER OKLAHOMA CITY CHAMBER 123 PARK AVENUE OKLAHOMA CITY, OK 73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 07/09/2014 | GRIFFIN, R. SCOTT ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 12/30/2013 | GRUBERT, DUANE M. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc.
Name

Case number *(if known)*   16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.230** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | GUINN, JUSTIN D. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.231** | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SUBJECT TO INDEMNITY OBLIGATION | HARTZOG CONGER CASON & NEVILLE 201 ROBERT S KERR 1600 BANK OF OKLAHOMA PLAZA OKLAHOMA CITY, OK 73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.232** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT LETTER OF INTENT/ANNUAL SUBSCRIPTION | HCUE /CT/WOLTERS KLUWER 208 S. LASALLE ST, SUITE 814 CHICAGO, IL 60604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.233** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | HENSLEY, STEVE C. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.234** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | HESKETT, TIMOTHY M. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.235** | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | HINKLE LAW FIRM LLC 301 NORTH MAIN STREET SUITE 2000 WICHITA, KS 67202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.236** | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) BENEFITS BROKER START DATE - 10/01/2007 | HOLMES MURPHY & ASSOCIATES INC. 12712 PARK CENTRAL DR., STE 100 DALLAS, TX 75251 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor        SandRidge Energy, Inc.
              Name

Case number *(if known)*  16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SOX AUDIT | HSPG ASSOCIATES* 5400 N GRAND BLVD SUITE 330 OKLAHOMA CITY, OK 73112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | 1. PURCHASE AND SALE AGREEMENT; 2. PARENT GUARANTY AGREEMENT START DATE - 1.5/9/2012;2. 5/9/2012 | HUNT CHIEFTAN DEVELOPMENT, L.P./HUNT OIL COMPANY OF LOUISIANA, INC. 1900 N. AKARD STREET DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 06/25/2012 | HUNT, BRYAN W. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 05/15/2007 | IACSECURETECH RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGENCY APPLICANT TRACKING START DATE - 10/01/2014 | ICIMS 90 MATAWAN ROAD PARKWAY 120 5 MATAWAN, NJ 07747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT SUBSCRIPTION LICENSE AND SERVICES AGREEMENT START DATE - 12/31/2014 | INFOR, INC. NW 7418 PO BOX 1450 MINNEAPOLIS, MN 55485-7418 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 09/05/2012 | INFUSION DEV LLC RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      __SandRidge Energy, Inc._____      Case number *(if known)* __16-32488 (DRJ)__
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT FACTSET WORKSTATION (NON-IR) START DATE - 06/30/2016 | IPREO DATA INC. 1359 BROADWAY 2ND FL NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) JOINT VENTURE AUDIT | JANE B SHULTE 8313 YUKON LANE AUBREY, TX 76227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 11/01/1996 | JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY 200 CLRENDON, T57 BOSTON, MA 02117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 08/13/2012 | JOHNSON, JENNIFER A. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | ASSET PURCHASE AND SALE AGREEMENT DATE - 12/05/1997 | KAISER-FRANCIS OIL COMPANY 7633 S. YALE AVENUE TULSA, OK 74121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | KAY ELECTRIC COOPERATIVE, INC. 300 WEST DOOLIN BLACKWELL, OK 74631 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | KELLY, DARRELL T. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     SandRidge Energy, Inc.                        Case number *(if known)* __16-32488 (DRJ)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | KIMMEL, DAVID A. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 11/01/2010 | KLEIN, LISA E. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SOX AUDIT / OPERATION AUDIT CALENDAR 2015 | KPMG LLP PO BOX 120754 DEPT 0754 DALLAS, TX 75312-0754 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SOX AUDIT / OPERATIONAL AUDIT | KPMG LLP PO BOX 120754 DEPT 0754 DALLAS, TX 75312-0754 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICE KRONOS SUPPORT SERVICES START DATE - 07/01/2016 | KRONOS INCORPORATED 297 BILLERICA ROAD CHELMSFORD, MA 01824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT LSEC SUTTON 1-9H & SARAH 1-9 SWD 20120619 START DATE - 06/19/2012 | LANE-SCOTT ELECTRIC COOPERATIVE PO BOX 758 DIGHTON, KS 67839 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT LSEC SUTTON 1-9H & SARAH 1-9 SWD 20120619 START DATE - 06/19/2012 | LANE-SCOTT ELECTRIC COOPERATIVE PO BOX 758 DIGHTON, KS 67839 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   SandRidge Energy, Inc.
Name

Case number *(if known)* 16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | LANE-SCOTT ELECTRIC COOPERATIVE<br>PO BOX 758<br>DIGHTON, KS 67839 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | LAZARD FRERES & CO.<br>600 TRAVIS STREET<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) LEXISNEXUS - ACCURINT SCHEDULE A START DATE - 09/01/2011 | LEXISNEXUS<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | LITTLER MENDELSON P.C.<br>3344 PEACHTREE ROAD, N.E., SUITE 1500<br>ATLANTA, GA 30326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | LOCKE LORD LLP<br>2800 JPMORGAN CHASE TOWER<br>600 TRAVIS<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | 1. OIL AND GAS PROPERTY PURCHASE AGREEMENT; 2. OIL AND GAS PROPERTY PURCHASE AGREEMENT START DATE - 1. APRIL 25, 2008; 2. | LONGFELLOW DRILLING FUND I, LIMITED<br>2001 KIRBY DRIVE<br>HOUSTON, TX 77019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT START DATE - 09/21/2007 | LONGFELLOW ENERGY, LP, DALEA PARTNERS, LP, N. MALONE MITCHELL 3RD<br>4801 GAILLARDIA PARKWAY, SUITE 225<br>OKLAHOMA CITY, OK 73142 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   SandRidge Energy, Inc.
         Name

Case number *(if known)*  16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | 1. OIL AND GAS PROPERTY PURCHASE AGREEMENT; 2. OIL AND GAS PROPERTY PURCHASE AGREEMENT<br>START DATE - 1. APRIL 25, 2008; 2. | LONGFELLOW EXPLORATION PARTNERS, LIMITED<br>2001 KIRBY DRIVE<br>HOUSTON, TX 77019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | 1. PURCHASE AND SALE AGREEMENT; 2. PURCHASE AND SALE AGREEMENT; 3. PURCHASE AND SALE AGREEMENT<br>START DATE - 1. AUGUST 29, 2006; | LONGFELLOW RANCH PARTNERS, LP<br>1601 NW EXPRESSWAY, STE. 350<br>OKLAHOMA CITY, OK 73118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTORS KEVIN CLEMENT - MIDSTREAM - NPB<br>START DATE - 02/07/2016 | LORICA ENERGY, LLC<br>KEVIN CLEMENT<br>5109 E. 84TH PLACE<br>TULSA, OK 74137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | DERIVATIVES/SWAPS/FOREIGN EXCHANGE/HEDGING AGREEMENT<br>COMMODITY TRADE CONFIRMATION | MACQUARIE BANK<br>ONE ALLEN CENTER<br>500 DALLAS STREET, SUITE 3100<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT<br>START DATE - 01/01/2011 | MALTBY, RICHARD E.<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT<br>START DATE - 01/01/2011 | MANCINELLI, PATRICK J.<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT<br>SOFTWARE LICENSE AND SERVICES AGREEMENT<br>START DATE - 11/30/2014 | MARSH CLEARSIGHT (PREVIOUSLY CS STARS)<br>RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     <u>SandRidge Energy, Inc.</u>                   Case number *(if known)* <u>16-32488 (DRJ)</u>
<br>Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) JOINT VENTURE AUDIT | MARTINDALE CONSULTING* 4242 N MERIDIAN AVE OKLAHOMA CITY, OK 73112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 10/01/2015 | MASINO JR., WILLIAM H. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) ABSENCE MANAGEMENT VENDOR START DATE - 10/01/2012 | MATRIX PO BOX 953217 ST LOUIS, MO 63195-3217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTORS INCOME TAX FILINGS START DATE - 03/01/2016 | MAXWELL, JAMES 7221 NW 119TH OKLAHOMA CITY, OK 73162 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING CONTRACT COMMUNITY RELATIONS CONTRACT START DATE - 12/07/2014 | MB OKC LLC (OKC DODGERS) 2 SOUTH MICKEY MANTLE DRIVE OKLAHOMA CITY, OK 73104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | MCALISTER, WESLEY K. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | MCCLURE, PATRICIA P. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc.
            Name

Case number *(if known)*  16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 05/23/2011 | MCCULLAR, TYLER C. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/31/2011 | MCDONALD (GUTHRIE), LINDA R. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | MCFARLIN, LARRY D. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | ASSET PURCHASE AGREEMENT DATE - 05/29/2012 | MCJUNKIN RED MAN CORPORATION, CHAPARRAL SUPPLY, LLC 909 FANNIN ST., SUITE 3100 HOUSTON, TX 73010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | MELOT, TRACY G. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | MEZO (WRIGHT), DANIELLE D. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | JOINT VENTURE AGREEMENT JOINT OPERATING AGREEMENT START DATE - 10/20/2008 | MID-CONTINENT II, LLC 14000 QUAIL SPRINGS PARKWAY, SUITE 5000 OKLAHOMA CITY, OK 73134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____      Case number *(if known)* __16-32488 (DRJ)__
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT TRANSPORTATION START DATE - 08/29/2008 | MIDCONTINENT EXPRESS 1001 LOUISIANA STREET; SUITE 1000 HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SUBJECT TO INDEMNITY OBLIGATION | MILBANK, TWEED, HADLEY & MCCLOY LLP 28 LIBERTY STREET NEW YORK, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ADVISORY SERVICES AGREEMENT (FOR DERIVATIVE EVALUATIONS) | MOBIUS RISK GROUP 5847 SAN FELIPE STE 2502 HOUSTON, TX 77057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | MOELIS RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT RATINGS - SECOND LIEN NOTES START DATE - 05/22/2015 | MOODY'S 7 WTC AT 250 GREENWHICH STREET NEW YORK, NY 10007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT CREDIT RATING CONTRACT | MOODY'S INVESTORS SERVICE 7 WTC AT 250 GREENWICH ST NEW YORK, NY 10007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | MORRIS, JONATHAN D. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____
Name

Case number *(if known)* __16-32488 (DRJ)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC 565 FIFTH AVENUE NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT MPE EE3 ACQUISITION SERVICE CONTRACT 20160107 START DATE - 01/28/2014 | MOUNTAIN PARKS ELECTRIC, INC. PO BOX 95 WALDEN, CO 80480-0095 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT MPE EE3 ACQUISITION SERVICE CONTRACT 20160107 START DATE - 01/28/2014 | MOUNTAIN PARKS ELECTRIC, INC. PO BOX 95 WALDEN, CO 80480-0095 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | MOUNTAIN PARKS ELECTRIC, INC. PO BOX 95 WALDEN, CO 80480-0095 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTORS MARK CASTIGLIONE START DATE - 01/21/2015 | MPC RESOURCES MARK CASTIGLIONE 1507 BRIARMEAD DRIVE HOUSTON, TX 77057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT SUPPLY AGREEMENT START DATE - 06/21/2012 | MRC GLOBAL US INC PO BOX 204392 DALLAS, TX 75320-4392 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | 1. PURCHASE AND SALE AGREEMENT; 2. PURCHASE AND SALE AGREEMENT; 3. PURCHASE AND SALE AGREEMENT START DATE - 1. AUGUST 29, 2006; | N. MALONE MITCHELL 3RD AND AMY MITCHELL 1601 NW EXPRESSWAY, STE. 350 OKLAHOMA CITY, OK 73118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   __SandRidge Energy, Inc.__                          Case number *(if known)* __16-32488 (DRJ)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.300** | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>START DATE - 04/08/2011 | NETAPP<br>RESEARCHING ADDRESS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.301** | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER (PROFESSIONAL SERVICES) INDEPENDENT RESERVOIR ENGINEERING | NETHERLAND, SEWELL & ASSOCIATES, INC. (GREGORY S. COHEN)<br>2100 ROSS AVENUE SUITE 2200<br>DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.302** | **State what the contract or lease is for and the nature of the debtor's interest** | SALES CONTRACT/TRADE AGREEMENT PURCHASE AND SALE AGREEMENT START DATE - 05/05/2009 | NFR EAST TEXAS BASIN LLC<br>1415 LOUISIANA, SUITE 1600<br>HOUSTON, TX 77002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.303** | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT<br>START DATE - 01/01/2011 | NGUYEN, DANH C.<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.304** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT NWEC CASE TRUST 2-35H-SANDRIDGE START DATE - 10/07/2015 | NORTHWESTERN ELECTRIC COOPERATIVE INC.<br>PO BOX 2707<br>WOODWARD, OK 73802-2707 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.305** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT NWEC CASE TRUST 2-35H-SANDRIDGE START DATE - 10/07/2015 | NORTHWESTERN ELECTRIC COOPERATIVE INC.<br>PO BOX 2707<br>WOODWARD, OK 73802-2707 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.306** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT NWEC PITTMAN RANCH MULTI PAD 20150925 START DATE - 10/07/2015 | NORTHWESTERN ELECTRIC COOPERATIVE INC.<br>PO BOX 2707<br>WOODWARD, OK 73802-2707 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor ___SandRidge Energy, Inc._____  Case number *(if known)* __16-32488 (DRJ)_____
   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT NWEC PITTMAN RANCH MULTI PAD 20150925 START DATE - 10/07/2015 | NORTHWESTERN ELECTRIC COOPERATIVE INC. PO BOX 2707 WOODWARD, OK 73802-2707 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | NORTHWESTERN ELECTRIC COOPERATIVE INC. PO BOX 2707 WOODWARD, OK 73802-2707 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT PURCHASE AND SALE AGREEMENT START DATE - 01/21/2016 | OCCIDENTAL WEST TEXAS OVERTHRUST, INC. 5 GREENWAY PLAZA, SUITE 110 HOUSTON, TX 77046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT OPIS SUBSCRIPTION START DATE - 01/08/2010 | OIL PRICE INFORMATION SERVICE (OPIS) TWO WASHINGTONIAN CENTER 9737 WASHINGTONIAN BLVD; SUITE 100 GAITHERSBURG, MD 20878 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT EXECUTIVE SUITE START DATE - 10/01/2012 | OKLAHOMA CITY THUNDER (PROFESSIONAL BASKETBALL CLUB) PO BOX 268821 OKLAHOMA CITY, OK 73126-8821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | OKLAHOMA GAS AND ELECTRIC COMPANY P O BOX 24990 OKLAHOMA CITY, OK 73124-0990 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | ONCOR 2152 W I-20 ODESSA, TX 79763 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____     Case number *(if known)* __16-32488 (DRJ)_____
　　　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | ORRICK, HERRINGTON & SUTCLIFFE LLP THE ORRICK BUILDING 405 HOWARD STREET SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 03/10/2005 | PALM ENERGY OFFSHORE, L.L.C. 3850 N. CAUSEWAY BLVD., SUITE 1510 METAIRIE, LA 70002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 11/11/1996 | PANACO, INC. 1050 WEST BLUE RIDGE BLVD. KANSAS CITY, MO 64145-1216 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/23/2012 | PARRISH, FEEGEE DEAN C. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | PARSON, BRANDY J. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SETTLEMENT STIPULATION OF SETTLEMENT OF SHAREHOLDER DERIVATIVE LITIGATION | PAUL ELLIOT, LEAD PLAINTIFF, ON BEHALF OF PAUL ELLIOT IRA R/O, ET AL WHITTEN BURRAGE 1215 CLASSEN DRIVE OKLAHOMA CITY, OK 73103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | PEOPLE'S ELECTRIC COOPERATIVE PO BOX 429 ADA, OK 74821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___SandRidge Energy, Inc._____
Name

Case number *(if known)* __16-32488 (DRJ)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT PEC ROGER 0509 1-4H 20151125 START DATE - 11/25/2015 | PEOPLE'S ELECTRIC COOPERATIVE PO BOX 429 ADA, OK 74821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT PEC ROGER 0509 1-4H 20151125 START DATE - 11/25/2015 | PEOPLE'S ELECTRIC COOPERATIVE PO BOX 429 ADA, OK 74821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT CONSIGNMENT AGREEMENT | PETRO AMIGOS SUPPLY INC 777 N. ELDRIDGE PKWY, SUITE 400 HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 12/05/2011 | PRANIN, GRAYSON R. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEES PARENT COMPANY GUARANTEES START DATE - 11/13/2008 | PREMIER PIPE, LLC 15600 JFK BOULEVARD SUITE 200 SUITE 200 HOUSTON, TX 77060 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER (IN CONNECTION WITH AUDIT, CONSU | PRICEWATERHOUSE COOPERS LLP 1000 LOUISIANA STREET SUITE 5800 HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) TAX RECURRING SERVICES START DATE - 05/01/2015 | PRICEWATERHOUSECOOPERS (PWC) 1000 LOUISIANA STREET SUITE 5800 HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      __SandRidge Energy, Inc._____      Case number *(if known)* __16-32488 (DRJ)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.328** | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>START DATE - 12/28/2011 | PROGRESSIVE SOFTWARE SOLUTIONS<br>RESEARCHING ADDRESS |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.329** | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AGREEMENT<br>EMPLOYMENT AGREEMENT<br>START DATE - 05/25/2016 | RANDALL, JOSHUA R.<br>1405 ASHER ST<br>YUKON, OK 73099 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.330** | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.)<br>CONTINGENT VENDOR AUDIT | RASD CONSULTING GROUP, LP (DOING BUSINESS AS AMS-PAR)<br>16 WINGSPAN DRIVE<br>THE WOODLANDS, TX 77381 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.331** | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>START DATE - 10/01/2011 | RAYMARC<br>RESEARCHING ADDRESS |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.332** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT<br>DATA CENTER HVAC EQUIPMENT & MITSUBISHI SPLIT SYSTEM SERVICE AGREEMENT<br>START DATE - 10/17/2015 | RB AKINS COMPANY<br>4425 N. SANTA FE AVE.<br>OKLAHOMA CITY, OK 73118 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.333** | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AGREEMENT<br>EMPLOYMENT AGREEMENT<br>START DATE - 05/23/2016 | REEVES, KERRY M.<br>10617 N MACARTHUR BLVD<br>OKLAHOMA CITY, OK 73162 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.334** | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT<br>START DATE - 08/01/2011 | REID, LANCE D.<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor      SandRidge Energy, Inc.                      Case number *(if known)* 16-32488 (DRJ)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) LTD AND STD START DATE - 01/01/2007 | RELIANCE STANDARD LIFE INSURANCE COMPANY PO BOX 3124 SOUTHEASTERN, PA 19398-3124 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) NQ TRUSTEE START DATE - 12/01/2010 | RELIANCE TRUST COMPANY PO BOX 720360 ATTN: FEES ATLANTA, GA 30358-2360 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) 401K TRUSTEE START DATE - 01/01/2015 | RELIANCE TRUST COMPANY 1100 ABERNATHY ROAD, 500 NORTHPARK BUILDING, SUITE 400 ATLANTA, GA 30328 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | RELIANT PO BOX 120954 DALLAS, TX 75312-0954 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) AP RECOVERY | REVENEW INTERNATIONAL, LLC* 9 GREENWAY PLAZA STE 1950 HOUSTON, TX 77046-0905 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SUBJECT TO INDEMNITY OBLIGATION | RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS, INC. 528 NW 12TH OKALHOMA CITY, OK 73103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) OUTPLACEMENT VENDOR START DATE - 04/01/2015 | RISESMART 55 ALMADEN BOULEVARD SUITE 800 SAN JOSE, CA 95113 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   __SandRidge Energy, Inc._____      Case number *(if known)* __16-32488 (DRJ)_____
   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER (PROFESSIONAL SERVICES) INDEPENDENT RESERVOIR ENGINEERING | RYDER SCOTT COMPANY (SCOTT JAMES WILSON) 1100 LOUISIANA SUITE 4600 HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT CAPITAL IQ LICENSE AGREEMENT START DATE - 03/31/2011 | S&P CAPITAL IQ 55 WATER STREET 49TH FLOOR NEW YORK, NY 10041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | ROYALTY TRUST ADMINISTRATIVE SERVICES AGREEMENT START DATE - 01/01/2011 | SANDRIDGE MISSISSIPPIAN TRUST I C/O THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. INSTITUTIONAL TRUST SERVICES, ATTENTION: MIKE J. ULRICH 919 CONGRESS AVENUE, SUITE 500 AUSTIN, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | ROYALTY TRUST ADMINISTRATIVE SERVICES AGREEMENT START DATE - 01/01/2012 | SANDRIDGE MISSISSIPPIAN TRUST II C/O THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. INSTITUTIONAL TRUST SERVICES, ATTENTION: MIKE J. ULRICH 919 CONGRESS AVENUE, SUITE 500 AUSTIN, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | ROYALTY TRUST ADMINISTRATIVE SERVICES AGREEMENT START DATE - 04/01/2011 | SANDRIDGE PERMIAN TRUST C/O THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. INSTITUTIONAL TRUST SERVICES, ATTENTION: MIKE J. ULRICH 919 CONGRESS AVENUE, SUITE 500 AUSTIN, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTORS NORTH PARK BASIN - COMMUNITY & LAND OWNER RELATIONS START DATE - 11/11/2015 | SANDRIDGE, DOUG 6083 ROGERS CIRCLE GOLDEN, CO 80403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) PUBLIC RELATIONS | SAXUM STRATEGIC COMMUNICATIONS, LLC 1300 N. BROADWAY DRIVE OKLAHOMA CITY, OK 73103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc.                                    Case number *(if known)*  16-32488 (DRJ)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING CONTRACT COMMUNITY RELATIONS CONTRACT START DATE - 12/31/2014 | SCIENCE MUSEUM OKLAHOMA 2100 NE 52ND STREET OKLAHOMA CITY, OK 73111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT LETTER AGREEMENT; RESTRUCTURING COMMITTEE CHAIRMAN START DATE - 01/01/2016 | SEROTA, JEFFREY S. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT CRUDE OIL PURCHASE AGREEMENT START DATE - 09/01/2007 | SHELL TRADING (US) COMPANY, ""BUYER"" PO BOX 4604 HOUSTON, TX 77210-4604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) ENGAGEMENT LETTER | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO, IL 60603 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | SIMON (JORDAN), ASHLEI P. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | SOLLBERGER, DEREK A. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 01/05/2014 | SOLUTION X LLC RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     __SandRidge Energy, Inc.__                      Case number *(if known)* __16-32488 (DRJ)__
            <sub>Name</sub>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | SOUTHERN PIONEER ELECTRIC CO.<br>43889 S COUNTY RD 268<br>RINGWOOD, OK 73768 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTORS ENGAGEMENT LETTER - NORTH PARK BASIN - REGULATORY AFFAIRS<br>START DATE - 01/01/2015 | STAKEHOLDER STRATEGIES<br>216 SIXTEENTH STREET<br>SUITE 1100A<br>DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>RATINGS<br>START DATE - 03/01/2016 | STANDARD AND POORS<br>55 WATER STREET<br>NEW YORK, NY 10041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>CREDIT RATING CONTRACT | STANDARD'S AND POOR'S<br>55 WATER STREET<br>NEW YORK, NY 10041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEES<br>PARENT COMPANY GUARANTEES<br>START DATE - 09/02/2008 | STEMCOR AG<br>8505 TECHNOLOGY FOREST PLACE<br>SUITE 401<br>THE WOODLANDS, TX 77381 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.)<br>SUBJECT TO INDEMNITY AGREEMENT | STETLER, DUFFY & ROTERT, LTD.<br>10 S LASALLE STREET STE 2800<br>CHICAGO, IL 60603 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.)<br>SOX AUDIT | STINNETT & ASSOCIATES<br>8801 S YALE SUITE 330<br>TULSA, OK 74137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor        SandRidge Energy, Inc.
              Name

Case number *(if known)* 16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SOX AUDIT START DATE - JULY 2015 | STINNETT & ASSOCIATES, LLC 8801 S YALE SUITE 330 TULSA, OK 74137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | STOEHR, JEANNIE D. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) EXECUTIVE COACHING, STRATEGY CONSULTATION. LEAR | STRATA LEADERSHIP 11600 BROADWAY EXTENSION SERVI SUITE 220 OKLAHOMA CITY, OK 73114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | SUMNER-COWLEY ELECTRIC COOPERATIVE 2223 N A ST WELLINGTON, KS 67152 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) VISION PROVIDER START DATE - 01/01/2011 | SUPERIOR 4226 SYRACUSE ST MOORE, OK 73160 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 04/27/2015 | SUTER, JOHN P. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 03/02/2007 | T. MARK KELLY AND JOYCE S. ERFURDT, INDEPENDENT CO-EXECUTORS OF THE ESTATE OF MICHEL T. HALBOUTY, DECEASED C/O T. MARK KELLY AND JOYCE S. ERFURDT 7035 WEST TIDWELL, SUITE J109 HOUSTON, TX 77092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____     Case number *(if known)* __16-32488 (DRJ)__
               Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEES<br>PARENT COMPANY GUARANTEES<br>START DATE - 07/09/2014 | TARGA LIQUIDS MARKETING AND TRADE, LLC<br>1000 LOUISIANA ST; SUITE 4300<br>HOUSTON, TX 77002-5240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT<br>GAS LIFT SALES<br>START DATE - 8/1/2009, AS AMENDED | TARGA PIPELINE MID-CONTINENT WESTOK LLC (FKA ATLAS PIPELINE MID-CONTINENT WESTOK, LLC)<br>14000 QUAIL SPRINGS PARKWAY; SUITE 215<br>OKLAHOMA CITY, OK 73134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | THE CITY OF ANTHONY<br>PO BOX 504<br>ANTHONY, KS 67003-0504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>COA 2S;1-1/4E 20130719<br>START DATE - 07/19/2013 | THE CITY OF ANTHONY<br>124 S. BLUFF<br>PO BOX 504<br>ANTHONY, KS 67003-0504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>COA 2S;1-1/4E 20130719<br>START DATE - 07/19/2013 | THE CITY OF ANTHONY<br>124 S. BLUFF<br>PO BOX 504<br>ANTHONY, KS 67003-0504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>COA A FRANCIS 1-26 20130719<br>START DATE - 07/19/2013 | THE CITY OF ANTHONY<br>124 S. BLUFF<br>PO BOX 504<br>ANTHONY, KS 67003-0504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>COA A FRANCIS 1-26 20130719<br>START DATE - 07/19/2013 | THE CITY OF ANTHONY<br>124 S. BLUFF<br>PO BOX 504<br>ANTHONY, KS 67003-0504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     __SandRidge Energy, Inc._____        Case number (if known) __16-32488 (DRJ)_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>COA CLIFFORD 3306 1-31H | THE CITY OF ANTHONY<br>124 S. BLUFF<br>PO BOX 504<br>ANTHONY, KS 67003-0504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT<br>COA CLIFFORD 3306 1-31H | THE CITY OF ANTHONY<br>124 S. BLUFF<br>PO BOX 504<br>ANTHONY, KS 67003-0504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER<br>(BENEFITS, PAYROLL, FREIGHT)<br>INVESTMENT CONSULTANTS<br>START DATE - 07/06/2011 | THE GLADING GROUP<br>7 NORTH WILLOW STREET<br>SUITE 5<br>MONTCLAIR, NJ 07042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER<br>(BENEFITS, PAYROLL, FREIGHT)<br>401K RECORDKEEPER<br>START DATE - 11/01/2010 | THE NEWPORT GROUP<br>2723 WALLINGFORD PINES<br>HOUSTON, TX 77042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER<br>(BENEFITS, PAYROLL, FREIGHT)<br>NQ RECORDKEEPER<br>START DATE - 11/01/2010 | THE NEWPORT GROUP<br>300 INTERNATIONAL PARKWAY, SUITE 270<br>HEATHROW, FL 32746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING CONTRACT<br>COMMUNITY RELATIONS<br>CONTRACT<br>START DATE - 2013 | THE OKLAHOMA CITY NATIONAL MEMORIAL FOUNDATION<br>6200 N. HARVEY AVENUE<br>OKLAHOMA CITY, OK 73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER<br>(BENEFITS, PAYROLL, FREIGHT)<br>BASIC/VOLUNTARY LIFE<br>PRODUCTS<br>START DATE - 01/01/2016 | THE STANDARD<br>PO BOX 3789<br>PORTLAND, OR 97228-3789 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc.                                    Case number *(if known)*  16-32488 (DRJ)
            Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 05/31/2011 | THOMAS, JACOB K. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 11/14/2011 | THOMPSON, JAMES M. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) THOMSON REUTERS - CLEAR SCHEDULE A START DATE - 03/19/2014 | THOMSON REUTERS 610 OPPERMAN DRIVE EAGAN, MN 55123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT SERVICE THAT ALLOWS BACKGROUND CHECKS AND TITLE SEARCHES. | THOMSON REUTERS PO BOX 6016 CAROL STREAM, IL 60197-6016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 03/01/2015 | TIBCO TIBCO SOFTWARE, INC. 3303 HILLVIEW AVENUE PALO ALTO, CA 94304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 05/09/2011 | TIEDEMAN, L. ALAN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 10/09/2008 | TOM L. WARD; TLW INVESTMENTS, INC.; TLW HOLDINGS, L.L.C. 1601 NORTHWEST EXPRESSWAY, SUITE 1600 OKLAHOMA CITY, OK 73118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___SandRidge Energy, Inc.___  
Name

Case number *(if known)* __16-32488 (DRJ)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | TOWLER, ALICIA A. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT START DATE - 06/01/2012 | TRINITY CO2 INVESTMENTS LLC 401 W WALL STREET MIDLAND, TX 79701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | TUCKER, TIMOTHY C. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 04/27/2015 | TURK, STEVEN D. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT THE ULTIMATE SOFTWARE GROUP, INC. INTERSOURCING SERVICE MODEL AGREEMENT | ULTIMATE SOFTWARE PO BOX 930953 ATLANTA, GA 31193-0953 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) ACA COMPLIANCE START DATE - 08/12/2015 | UNIFYHR PO BOX 381730 DUNCANVILLE, TX 75138-1730 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT VEC ROST/CONRAD 1-26H 20120227 START DATE - 02/27/2012 | VICTORY ELECTRIC COOPERATIVE INC. PO BOX 1335 DODGE CITY, KS 67801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _SandRidge Energy, Inc._____
Name

Case number *(if known)* _16-32488 (DRJ)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT VEC ROST/CONRAD 1-26H 20120227 START DATE - 02/27/2012 | VICTORY ELECTRIC COOPERATIVE INC. PO BOX 1335 DODGE CITY, KS 67801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | VICTORY ELECTRIC COOPERATIVE INC. PO BOX 1335 DODGE CITY, KS 67801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) VISION PROVIDER START DATE - 01/01/2013 | VSP PO BOX 45295 SAN FRANCISCO, CA 94145-0295 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) FLEXIBLE SPENDING/DC VENDOR /HAS VENDOR START DATE - 01/01/2013 | WAGEWORKS PO BOX 45772 SAN FRANCISCO, CA 94145-0772 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 01/01/2011 | WAGNER, DOROTHY L. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | SEPARATION AGREEMENT EMPLOYMENT AGREEMENT START DATE - 06/28/2013 | WARD, TOM L. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT START DATE - 07/09/2014 | WARMAN, PHILIP T. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     SandRidge Energy, Inc.
            Name

Case number *(if known)* 16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE: EQUIPMENT CSA MAINTENANCE AGREEMENT TOWER GENERATOR AND FIRE PUMP START DATE - 02/17/2016 | WARREN POWER & MACHINERY INC. DBA WARREN CAT 15 N. MERIDIAN OKLAHOMA CITY, OK 73107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 02/21/2013 | WELL LIFECYCLE RESOURCES RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT START DATE - 01/01/2008 | WELLEZ INFORMATION MGMT, LLC RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE OF ASSETS AGREEMENT START DATE - 10/09/2007 | WES-TEX DRILLING COMPANY, L.P 400 PINE STREET, SUITE 700 ABILENE, TX 79601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC BUERKLE 1-7H 20130113 START DATE - 01/25/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC BUERKLE 1-7H 20130113 START DATE - 01/25/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     SandRidge Energy, Inc.
           Name

Case number *(if known)* 16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC BUERKLE 1-7H 20130513 START DATE - 05/13/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC BUERKLE 1-7H 20130513 START DATE - 05/13/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC DONNA MAE 3406 1-23H 20131203 START DATE - 12/03/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC DONNA MAE 3406 1-23H 20131203 START DATE - 12/03/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC FALDTZ 1-26H 20140117 START DATE - 01/17/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC FALDTZ 1-26H 20140117 START DATE - 01/17/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC FALDTZ 2231 1-26H 20140117 START DATE - 01/17/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____   Case number *(if known)*  16-32488 (DRJ)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC FALDTZ 2231 1-26H 20140117 START DATE - 01/17/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC FALDTZ 2231 1-26H 20140128 START DATE - 01/28/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC FALDTZ 2231 1-26H 20140128 START DATE - 01/28/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC FALDTZ 2-26H 20140117 START DATE - 01/17/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC FALDTZ 2-26H 20140117 START DATE - 01/17/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC KYLIE ROSE SWD 20121129 START DATE - 11/29/2012 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC KYLIE ROSE SWD 20121129 START DATE - 11/29/2012 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____   Case number *(if known)* __16-32488 (DRJ)_____
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC LILLIAN 3206 2-31H 20130709 START DATE - 07/09/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC LILLIAN 3206 2-31H 20130709 START DATE - 07/09/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC LILLIAN 3206 2-31H 20130709 START DATE - 07/09/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC LILLIAN 3206 2-31H 20130709 START DATE - 07/09/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC MILLER 3405 1-10H 20131203 START DATE - 12/03/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC MILLER 3405 1-10H 20131203 START DATE - 12/03/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC RICHARD 3306 3-30H 20131015 START DATE - 10/15/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SandRidge Energy, Inc._____
Name

Case number *(if known)* __16-32488 (DRJ)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC RICHARD 3306 3-30H 20131015 START DATE - 10/15/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC SCHMIDT 1-13H 20130116 START DATE - 01/16/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC SCHMIDT 1-13H 20130116 START DATE - 01/16/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC SIMPSON 1-2H 20130419 START DATE - 04/19/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC SIMPSON 1-2H 20130419 START DATE - 04/19/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC STACEY #1 & #2 SWD 20120323 START DATE - 03/23/2012 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC STACEY #1 & #2 SWD 20120323 START DATE - 03/23/2012 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SandRidge Energy, Inc.
            Name

Case number *(if known)*  16-32488 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC VULGAMORE 1-25H 20130429 START DATE - 04/19/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC VULGAMORE 1-25H 20130429 START DATE - 04/19/2013 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC WHEATLAND JEROMY & NONA 20141121 START DATE - 11/21/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 302 WEST 6TH HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT WEC WHEATLAND JEROMY & NONA 20141121 START DATE - 11/21/2014 | WHEATLAND ELECTRIC COOPERATIVE PO BOX 247 302 WEST 6TH HARPER, KS 67058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SUBJECT TO INDEMNITY AGREEMENT | WHITE & CASE LLP 701 THIRTEENTH STREET, NW WASHINGTON, DC 20005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT GAS GATHERING AGREEMENT START DATE - 10/1/2008, AS AMENDED | WILLIAMS PARTNERS L.P. (FKA ACCESS MIDSTREAM GAS SERVICES, L.L.C. FKA CHESAPEAKE MIDSTREAM OPEARATING, L.L.C.) PO BOX 54368 OKLAHOMA CITY, OK 73154-1369 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT GAS GATHERING AGREEMENT START DATE - 10/1/2008, AS AMENDED | WILLIAMS PARTNERS L.P. (FKA ACCESS MIDSTREAM GAS SERVICES, L.L.C. FKA CHESAPEAKE MIDSTREAM OPERATING, L.L.C.) ""GATHERER"" PO BOX 54368 OKLAHOMA CITY, OK 73154-1368 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    SandRidge Energy, Inc.                                    Case number (if known)  16-32488 (DRJ)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | SALES CONTRACT/TRADE AGREEMENT PURCHASE AND SALE AGREEMENT START DATE - 05/05/2008 | WILLIAMS PRODUCTION RMT COMPANY ONE WILLIAMS CENTER, MD 26 TULSA, OK 74172 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE START DATE - 11/01/2015 | WOLTERS KLUWER 104 CARDINAL ST DERIDDER, LA 70634 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT CORE AGREEMENT | WOODFORD CORE CONSORTIUM RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) CONSULTING SERVICES ORDER (FOR XBRL TAGGING SERVICES P | WORKIVA 2900 UNIVERSITY BLVD AMES, IA 50010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) SUBSCRIPTION ORDER (FOR LICENSING AND USE OF WORKIVA | WORKIVA 2900 UNIVERSITY BLVD AMES, IA 50010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | BANKING SERVICE AGREEMENT ARI/WRIGHT EXPRESS BUSINESS CHARGE ACCOUNT AGREEMENT START DATE - 04/25/2012 | WRIGHT EXPRESS FINANCIAL SERVICES CORPORATION 7090 SOUTH UNION PARK CENTER, SUITE 350 MIDVALE, UT 84047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                Page 65 of 65

**Fill in this information to identify the case:**

Debtor name  SandRidge Energy, Inc.

United States Bankruptcy Court for the: Southern        District of  Texas
                                                                    (State)

Case number (If known):  16-32488 (DRJ)

☐ Check if this is an
amended filing

# Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | CEBA Gathering, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.2 | CEBA Gathering, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WELLS FARGO | ☐ D ☒ E/F ☐ G |
| 2.3 | CEBA Gathering, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☒ D ☒ E/F ☐ G |
| 2.4 | Integra Energy, L.L.C. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | OCCIDENTAL WEST TEXAS OVERTHRUST, INC. | ☐ D ☐ E/F ☒ G |
| 2.5 | Integra Energy, L.L.C. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.6 | Integra Energy, L.L.C. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WELLS FARGO | ☐ D ☒ E/F ☐ G |

Debtor      SandRidge Energy, Inc.
            Name

Case number *(if known)*   16-32488 (DRJ)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Integra Energy, L.L.C. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☒ D  ☒ E/F  ☐ G |
| 2.8 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | CANTU, CHON | ☐ D  ☒ E/F  ☐ G |
| 2.9 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | CHON CANTU | ☐ D  ☒ E/F  ☐ G |
| 2.10 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | DEERE CREDIT INC. | ☒ D  ☐ E/F  ☐ G |
| 2.11 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | GHAZALI, HUSSEIN | ☐ D  ☒ E/F  ☐ G |
| 2.12 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | HUSSEIN, GHAZALI | ☐ D  ☒ E/F  ☐ G |
| 2.13 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | ☒ D  ☐ E/F  ☐ G |
| 2.14 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | JOHN DOE D/B/A BILL'S WATERING HOLE | ☐ D  ☒ E/F  ☐ G |
| 2.15 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | MCJUNKIN RED MAN CORPORATION, CHAPARRAL SUPPLY, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.16 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | PERRY TOON, D/B/A 3T TRUCKING | ☐ D  ☒ E/F  ☐ G |
| 2.17 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | ROBERT MADDUX | ☐ D  ☒ E/F  ☐ G |

Debtor    SandRidge Energy, Inc.                                              Case number *(if known)*   16-32488 (DRJ)
          _____                                                            _____
          Name

| ◼ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.19 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WELLS FARGO | ☐ D ☒ E/F ☐ G |
| 2.20 | Lariat Services, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☒ D ☒ E/F ☐ G |
| 2.21 | Piñon Gathering Company, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | OCCIDENTAL WEST TEXAS OVERTHRUST, INC. | ☐ D ☐ E/F ☒ G |
| 2.22 | Piñon Gathering Company, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.23 | Piñon Gathering Company, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WELLS FARGO | ☐ D ☒ E/F ☐ G |
| 2.24 | Piñon Gathering Company, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☒ D ☒ E/F ☐ G |
| 2.25 | Riagra Land and Cattle Company | 701 PARK PLACE AMARILLO, TX 79101 | DEERE CREDIT INC. | ☒ D ☐ E/F ☐ G |
| 2.26 | Riagra Land and Cattle Company | 701 PARK PLACE AMARILLO, TX 79101 | JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | ☒ D ☐ E/F ☐ G |
| 2.27 | Sagebrush Pipeline, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILLIAMS PRODUCTION RMT COMPANY | ☐ D ☐ E/F ☒ G |
| 2.28 | SandRidge CO2, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | OCCIDENTAL WEST TEXAS OVERTHRUST, INC. | ☐ D ☐ E/F ☒ G |

Official Form 206H                              **Schedule H: Codebtors**                              Page 3 of 6

Debtor     SandRidge Energy, Inc.  
          Name

Case number *(if known)*  16-32488 (DRJ)

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | SandRidge CO2, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | TEXAS COMMISSION OF ENVIRONMENTAL QUALITY | ☐ D ☒ E/F ☐ G |
| 2.30 | SandRidge Exploration and Production, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | HUSSEIN, GHAZALI | ☐ D ☒ E/F ☐ G |
| 2.31 | SandRidge Exploration and Production, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | OCCIDENTAL WEST TEXAS OVERTHRUST, INC. | ☐ D ☐ E/F ☒ G |
| 2.32 | SandRidge Exploration and Production, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | POWERS, IDA | ☐ D ☒ E/F ☐ G |
| 2.33 | SandRidge Exploration and Production, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | POWERS, LARRY | ☐ D ☒ E/F ☐ G |
| 2.34 | SandRidge Exploration and Production, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.35 | SandRidge Exploration and Production, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | VAN METER, JAMES M. | ☐ D ☒ E/F ☐ G |
| 2.36 | SandRidge Exploration and Production, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WELLS FARGO | ☐ D ☒ E/F ☐ G |
| 2.37 | SandRidge Exploration and Production, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☒ D ☒ E/F ☐ G |
| 2.38 | SandRidge Exploration and Production, LLC | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WRIGHT, JOHN L. | ☐ D ☒ E/F ☐ G |
| 2.39 | SandRidge Holdings, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | FIELDWOOD ENERGY LLC | ☐ D ☐ E/F ☒ G |

Debtor  SandRidge Energy, Inc.
Name

Case number *(if known)*  16-32488 (DRJ)

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.40 | SandRidge Holdings, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.41 | SandRidge Holdings, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WELLS FARGO | ☐ D ☒ E/F ☐ G |
| 2.42 | SandRidge Holdings, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☒ D ☒ E/F ☐ G |
| 2.43 | SandRidge Midstream, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | OCCIDENTAL WEST TEXAS OVERTHRUST, INC. | ☐ D ☐ E/F ☒ G |
| 2.44 | SandRidge Midstream, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.45 | SandRidge Midstream, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | TEXAS COMMISSION OF ENVIRONMENTAL QUALITY | ☐ D ☒ E/F ☐ G |
| 2.46 | SandRidge Midstream, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WELLS FARGO | ☐ D ☒ E/F ☐ G |
| 2.47 | SandRidge Midstream, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILLIAMS PRODUCTION RMT COMPANY | ☐ D ☐ E/F ☒ G |
| 2.48 | SandRidge Midstream, Inc. | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☒ D ☒ E/F ☐ G |
| 2.49 | SandRidge Operating Company | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | HUSSEIN, GHAZALI | ☐ D ☒ E/F ☐ G |
| 2.50 | SandRidge Operating Company | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | MICKEY PECK, ET AL | ☐ D ☒ E/F ☐ G |

Debtor    SandRidge Energy, Inc.
            Name

Case number *(if known)*   16-32488 (DRJ)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.51 | SandRidge Operating Company | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | OCCIDENTAL WEST TEXAS OVERTHRUST, INC. | ❏ D ❏ E/F ☒ G |
| 2.52 | SandRidge Operating Company | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | ☒ D ❏ E/F ❏ G |
| 2.53 | SandRidge Operating Company | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WELLS FARGO | ❏ D ☒ E/F ❏ G |
| 2.54 | SandRidge Operating Company | 123 ROBERT S. KERR AVENUE OKLAHOMA CITY, OK 73102 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☒ D ☒ E/F ❏ G |

Official Form 206H                     **Schedule H: Codebtors**                     Page 6 of 6

**Fill in this information to identify the case and this filing:**

Debtor Name __SandRidge Energy, Inc.__

United States Bankruptcy Court for the: __Southern__   District of: __Texas__
                                                                    (State)

Case number (*If known*):__16-32488 (DRJ)__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐   Amended *Schedule:* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:       6/25/2016            ✘   /s/ Julian M. Bott
                MM /DD/ YYYY                    Signature of individual signing on behalf of debtor
                                               Julian M. Bott
                                               Printed name
                                               Authorized Signatory
                                               Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**          150