

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/22/2016

| | | |
|---|---|---|
| IN RE | § § | Case No.: 16-32488 |
| SANDRIDGE ENERGY, INC., et al.,[1] | § § | |
| Debtors. | § § | Chapter 11 |
| | § | (Jointly Administered) |

**AGREED ORDER ON FORT STOCKTON INDEPENDENT SCHOOL DISTRICT'S MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(a)**
(Docket No. 236)

On June 16, 2016, Fort Stockton Independent School District ("FSISD") filed its *Expedited Motion of Fort Stockton Independent School District, for Relief from Automatic Stay* [Dkt. 236] (the "Motion") in the above-captioned case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, and that the Motion satisfies the requirements of LBR 4001-1. No parties objected other than the Debtors [Dkt. 275], and the Court further finds that FSISD and the Debtors have reached an agreement resolving the relief requested in the Motion. Accordingly, the Court finds that just cause exists for the entry of the following Order. It is therefore

**ORDERED** that, without prejudice to the Debtors' ability to move to quash any noticed 2004 examination or oppose any motion or claim filed by FSISD on other grounds, the following actions will not violate the automatic stay under 11 U.S.C. § 362(a):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SandRidge Energy, Inc. (4793); 4th Street Properties, LLC (N/A); Black Bayou Exploration, L.L.C. (0561); Braniff Restaurant Holdings, LLC (2453); CEBA Gathering, LLC (6478); CEBA Midstream GP, LLC (0511); CEBA Midstream, LP (7252); Cholla Pipeline, L.P. (5092); Cornhusker Energy, L.L.C. (4609); FAE Holdings 389322R, LLC (N/A); Integra Energy, L.L.C. (7527); Lariat Services, Inc. (0702); MidContinent Resources, LLC (6928); Mistmada Oil Company, Inc. (3032); Piñon Gathering Company, LLC (5943); Sabino Exploration, LLC (1929); Sagebrush Pipeline, LLC (0515); SandRidge CO2, LLC (7903); SandRidge Exploration and Production, LLC (6535); SandRidge Holdings, Inc. (8401); SandRidge Midstream, Inc. (1148); SandRidge Operating Company (1245); SandRidge Realty, LLC (6079); Sierra Madera CO2 Pipeline, LLC (1558); and WTO Gas Gathering Company, LLC (N/A). The location of the Debtors' service address is: 123 Robert S. Kerr Avenue, Oklahoma City, Oklahoma 73102.

1. filing and serving a notice of a proposed Rule 2004 examination on and seeking the production of documents from:

    a) the Debtors, provided, however, that Debtors reserve their right to move to quash or otherwise seek protection from FSISD's proposed Rule 2004 examination and the production of documents in accordance with LBR 2004-1;

    b) the Pecos County Appraisal District ("PCAD");

    c) the Chief Appraiser of PCAD ("Chief Appraiser"); and

    d) any other party that may have documents or information concerning the matters raised in FSISD's Motion;

2. challenging the appraisals and/or assessments conducted by PCAD and/or the Chief Appraiser as permitted under Texas law, provided, however, that Debtors are not named as parties to any administrative or judicial proceedings;

3. filing a proof of claim;

4. commencing an adversary proceeding against the Debtors; and

5. filing any other motion as permitted under the Federal and Local Rules of Bankruptcy Procedure, provided, however, that Debtors reserve their right to respond to or oppose such motion as permitted under the Federal and Local Rules of Bankruptcy Procedure.  It is further

**ORDERED** that the fourteen-day stay provision of Fed. R. Bankr. P. 4001(a)(3) is inapplicable and this Order may be enforced immediately.

**Signed:  July 22, 2016.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**Agreed as to form and substance:**

*/s/ Stephanie D. Curtis*
Stephanie D. Curtis
Texas State Bar No. 05286800
Mark A. Castillo
Texas State Bar No. 24027795
Joshua L. Shepherd
Texas State Bar No. 24058104
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile:  214.752.0709

**COUNSEL FOR FORT STOCKTON INDEPENDENT SCHOOL DISTRICT**


*/s/ Steven N. Serajeddini*
Zack A. Clement (Texas Bar No. 04361550)
**ZACK A. CLEMENT PLLC**
3753 Drummond Street
Houston, Texas 77025
Telephone:     (832) 274-7629
Email:          zack.clement@icloud.com

- and -

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                steven.serajeddini@kirkland.com

- and -

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022

---

Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.marcus@kirkland.com

**COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

---

**AGREED ORDER ON FORT STOCKTON ISD'S MOTION FOR RELIEF FROM STAY**   Page 4 of 4