**Source** Capital Group
Investment Advisors Brokers
Member FINRA · SIPC
275 Post Road West · Westport, CT 06880

WILLIAM J ROBBINS &
LESLIE A ROBBINS JT WROS

INVESTMENT ACCOUNT

SIPC

PAGE 7 of 8

William J & Leslie A Robbins
PO Box 309
Bozrah, CT 06334

PH: 860·608·9774

ACCOUNT NUMBER   66089702

Statement Period: 06/01/16 to 06/30/16

## Portfolio Holdings - Equities

### Common Stocks

| Total Shares | Description | Symbol | Price | Current Value | Est. Annual Income | Shares Purchased | Unit Cost | Cost Basis | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 50 | OCULUS VISIONTECH INC | OVTZ | 0.265 | 13.25 | | 50 | Unavailable | Unavailable | Unavailable |
| 400 | RITE AID CORP | RAD | 7.49 | 2,996.00 | | 400 | 6.795 | 2,718.39 | 277.61 |
| 250 | SANDRIDGE ENERGY INC | SDOCQ | 0.018 | 4.65 | | 250 | 7.350 | 1,837.70 | (1,833.05) |
| 400 | ZYNGA INC | ZNGA | 2.49 | 996.00 | 137.17 | 400 | 2.780 | 1,112.35 | (116.35) |
| **Total Common Stocks** | | | | **12,220.11** | | | | **18,063.66** | **(7,781.84)** |

Percentage of Total Equities            100.00%

Percentage of Total Invested Assets     96.36%

United States District Court
Southern District of Texas
FILED
JUL 22 2016
David J. Bradley, Clerk of Court



**Source** Capital Group
276 Post Road West • Westport, CT 06880
Investment Dealers - Brokers
Member FINRA - SIPC

WILLIAM J ROBBINS &
LESLIE A ROBBINS JT WROS

INVESTMENT ACCOUNT

SIPC

PAGE 8 of 8

Statement Period: 06/01/16 to 06/30/16

## ACCOUNT NUMBER  66089702

### DIVIDENDS

| Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|
| 06/20/16 | DIVIDEND | 137 | FIRSTMERIT CORP 062016 | 23.29 |
| **Total Dividend Credits** | | | | **23.29** |

### MONEY MARKET ACTIVITY

| Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|
| 06/21/16 | PURCHASE | | STERNE AGEE INSURED DEPOSIT PROGRAM | (23.29) |
| **Total Money Market Debits** | | | | **(23.29)** |

End of Statement