Gilbert Jaramillo
245 Wolff Dr
Sherman, TX 75092

903-891-0436
gilco915@gmail.com

United States District Court
Southern District of Texas
FILED

JUL 22 2016

David J. Bradley, Clerk of Court

Losses:
ETRADe : 15052.33
Fidelity : 36,637.23

TOTAL LOSS: 51,689.56

Signed: Gilbert Jaramillo

I made a copy of this.

**Fidelity** | FIDELITY PREMIUM SERVICES℠

INVESTMENT REPORT
May 1, 2016 - May 31, 2016

Account # 413-126977
GILBERT JARAMILLO - ROLLOVER IRA

## Holdings (continued)

### Exchange Traded Products
*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

#### Other ETPs

| Description | Beginning Market Value May 1, 2016 | Quantity May 31, 2016 | Price Per Unit May 31, 2016 | Ending Market Value May 31, 2016 | Cost | Unrealized Gain/Loss May 31, 2016 |
|---|---|---|---|---|---|---|
| UBS AG LONDON BRH ETRACS MONTHLY PAY 2XLEVERAGED MTG REIT ETN CALLABLE PUTTABLE NOT RATED (MORL) | $21,208.33 | 1,635.244 | $14.110 | $23,073.29 | $26,431.77 | -$3,358.48 |
| Total Other ETPs (9% of account holdings) | $21,208.33 | | | $23,073.29 | $26,431.77 | -$3,358.48 |
| **Total Exchange Traded Products (9% of account holdings)** | **$21,208.33** | | | **$23,073.29** | **$26,431.77** | **-$3,358.48** |

### Stocks

#### Common Stock

| Description | Beginning Market Value May 1, 2016 | Quantity May 31, 2016 | Price Per Unit May 31, 2016 | Ending Market Value May 31, 2016 | Cost | Unrealized Gain/Loss May 31, 2016 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ALPINE TOTAL DYNAMIC DIVD FD COM SH BEN INT N ISIN #US0210602076 SEDOL #BHLSQX6 (AOD) | $147,876.13 | 19,684.835 | $7.490 | $147,439.41 | $190,681.32 | -$43,241.91 | - |
| CARDINAL COMMUNICATIONS INC COM NEW NO STOCKHOLDERS EQUITY 03/29/2010 | unavailable | 6,077.000 | - | unavailable | unknown | unknown | - |
| CHESAPEAKE ENERGY CORPORATION OKLAHOMA (CHK) | 3,966.87 | 580.331 | 4.290 | 2,489.61 | 18,266.65 | -15,777.04 | - |
| GAMCO GLOBAL GOLD NAT RES &IN COM SH BEN INT ISIN #US3646SA1097 SEDOL #B755DH6 (GGN) | 6,770.36 | 965.199 | 6.270 | 6,051.79 | 5,461.57 | 590.22 | - |
| SANDRIDGE ENERGY INC COM (SDOCQ) | 306.99 | 3,101.000 | 0.015 | 47.13 | 36,637.23 | -36,590.10 | - |
| SEVENTY SEVEN ENERGY INC COM USD0.01 (SSEI) | 7.62 | 40.000 | 0.064 | 2.56 | 1,098.46 | -1,095.90 | - |



MR_CE_BBTMGJBBCMXBJ_BBBBB 20160531    S

**E✱TRADE FINANCIAL®**
Trading • Investing • Banking

**E✱TRADE Securities**
Investment Account

## TRADE CONFIRMATION

**Account Number:** 5566-1679
**Account Type:**
E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
GILBERT JARAMILLO

**Customer Update**
INTRODUCING THE E✱TRADE COMMUNITY - Tap into the collective experience of fellow E✱TRADE Customers. Go to etrade.com/community to learn more.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/11 | 05/06/11 | 6 1 | SD | BUY | 1,263 | $11.91 | Margin | PRINCIPAL | $15,042.33 |
| SANDRIDGE ENERGY INC | | | | | | | | COMMISSION | $10.00 |
| | | | | | | | | **NET AMOUNT** | **$15,052.33** |

---

▲ DETACH HERE

GILBERT JARAMILLO
245 WOLFF DR
SHERMAN TX 75092-6357

DETACH HERE ▲

**Use This Deposit Slip    Acct: 5566-1679**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Clearing LLC.
Mail deposits to:

E*TRADE CLEARING LLC
PO Box 484
Jersey City, NJ 07303-0484

050320110001 900556616796

SRF 9182

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § | § Chapter 11 |
| § | |
| SANDRIDGE ENERGY, INC., *et al.*,[1] § | § Case No. 16-32488 (DRJ) |
| § | |
| Debtors. § | § (Jointly Administered) |
| § | |
| § | |

## REVISED NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF SANDRIDGE ENERGY, INC. AND ITS DEBTOR AFFILIATES

**PLEASE TAKE NOTICE** that on May 18, 2016, SandRidge Energy, Inc., *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization of SandRidge Energy, Inc. and Its Debtor Affiliates*, dated May 18, 2016 [Docket No. 60] (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan").[2] Concurrently therewith, the Debtors filed the related *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of SandRidge Energy, Inc. and Its Debtor Affiliates* [Docket No. 61] (as it may be amended, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on May 18, 2016, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Disclosure Statement and Plan Confirmation* [Docket No. 99], which, among other things, scheduled a hearing to consider approval of the Disclosure Statement (the "Disclosure Statement Hearing") on June 30, 2016, at

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SandRidge Energy, Inc. (4793); 4th Street Properties, LLC (N/A); Black Bayou Exploration, L.L.C. (0561); Braniff Restaurant Holdings, LLC (2453); CEBA Gathering, LLC (6478); CEBA Midstream GP, LLC (0511); CEBA Midstream, LP (7252); Cholla Pipeline, L.P. (5092); Cornhusker Energy, L.L.C. (4609); FAE Holdings 389322R, LLC (N/A); Integra Energy, L.L.C. (7527); Lariat Services, Inc. (0702); MidContinent Resources, LLC (6928); Mistmada Oil Company, Inc. (3032); Piñon Gathering Company, LLC (5943); Sabino Exploration, LLC (1929); Sagebrush Pipeline, LLC (0515); SandRidge CO2, LLC (7903); SandRidge Exploration and Production, LLC (6535); SandRidge Holdings, Inc. (8401); SandRidge Midstream, Inc. (1148); SandRidge Operating Company (1245); SandRidge Realty, LLC (6079); Sierra Madera CO2 Pipeline, LLC (1558); and WTO Gas Gathering Company, LLC (N/A). The location of the Debtors' service address is: 123 Robert S. Kerr Avenue, Oklahoma City, Oklahoma 73102.

[2] Unless otherwise defined herein, all capitalized terms shall have the respective meanings ascribed to them in the Plan.

KE 42214127