IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> SANDRIDGE ENERGY, INC., et al., § <br> § <br> DEBTORS. § <br> § <br> § | Case No. 16-32488 <br> Chapter 11 <br><br> JOINTLY ADMINISTERED |

**NOTICE OF WITHDRAWAL OF K3 SR OIL & GAS LLC AND K3 OIL LLC
<u>OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN</u>**
(Relates to ECF Doc. 685)

TO THE HONORABLE DAVID R. JONES CHIEF UNITED STATES BANKRUPTCY JUDGE:

On August 4, 2016, K3 SR Oil & Gas LLC ("<u>K3 SR</u>") and K3 Oil LLC ("<u>K3 Oil</u>", and collectively with K3 SR, ("<u>K3 Companies</u>")), filed their Objection to Confirmation of the pending Chapter 11 Plan of Reorganization (the "<u>Objection</u>"). ECF Doc. 685. The Objection concerned the Debtors' plan terms regarding assumption of two exploration contracts between the SandRidge Exploration and Production, LLC ("<u>SandRidge</u>") and the K3 Companies (collectively the "<u>Exploration Contracts</u>").

Since the filing of the Objection, the parties have resolved their disputes with SandRidge by entering into amendments to the Exploration Contracts, with the understanding that assumption of the Exploration Contracts will be assumption of those contracts, as amended. Consequently, the Objection is no longer needed, and is hereby withdrawn.

Respectfully submitted this 2nd day of September 2016.

                */s/ Leonard H. Simon*
                Leonard H. Simon
                TBN: 18387400; SDOT: 8200
                The Riviana Building
                2777 Allen Parkway, Suite 800
                Houston, TX 77019
                (713) 737-8207 (Direct)
                (832) 202-2810 (Direct Fax)
                lsimon@pendergraftsimon.com
                **PROPOSED ATTORNEY IN CHARGE FOR OBJECTORS**

**OF COUNSEL:**
William P. Haddock, Esq.
TBN: 00793875; SDOT: 19637
PENDERGRAFT & SIMON, LLP.
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555 (Main)
Fax. (713) 868-1267 (Main Fax)

## CERTIFICATE OF SERVICE

     I hereby certify that on September 2, 2016, I electronically filed the foregoing pleading with the Clerk of the Bankruptcy Court by using the CM/ECF system which will send a notice of electronic filing to parties in interest.

                */s/ Leonard H. Simon*
                Leonard H. Simon