```
℅ AO 435                Administrative Office of the United States Courts     FOR COURT USE ONLY
(Rev. 10/05)                                                                   DUE DATE:
                                TRANSCRIPT ORDER
Read Instructions on Back:
```

| 1. NAME: Elizabeth Neuman | 2. PHONE NUMBER: (212) 237-0171 | 3. DATE: 9/9/2016 |
|---|---|---|

| 4. FIRM NAME: Vinson & Elkins LLP |
|---|

| 5. MAILING ADDRESS: 666 Fifth Avenue, 26th Floor | 6. CITY: New York | 7. STATE: NY | 8. ZIP CODE: 10103 |
|---|---|---|---|

| 9. CASE NUMBER: 16-32488 | 10. JUDGE: David Jones | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 9/6/2016 | 12. 9/8/2016 |

| 13. CASE NAME: In re SandRidge Energy, Inc. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Houston | 15. STATE: TX |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [✓] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | This is also an order for the entire proceeding on 9/9/16. |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) Entire proceeding | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | EMAIL [✓] | |
| 14 DAYS | [ ] | [ ] | | PAPER COPY [ ] | |
| 7 DAYS | [ ] | [ ] | | WORD INDEX [ ] | |
| DAILY | [ ] | [ ] | | PDF FORMAT [✓] | |
| HOURLY | [✓] | [ ] | | E-TRANS [ ] | |
| REALTIME | [ ] | [ ] | | ASCII FORMAT [ ] | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: eneuman@velaw.com

19. SIGNATURE: /s/ Elizabeth Neuman

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE: 9/9/2016

| TRANSCRIPT TO BE PREPARED BY: EXCEPTIONAL REPORTING SERVICES   361-949-2988 | ESTIMATE TOTAL | |
|---|---|---|

| | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY